UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Miami-Luken, Inc. v. Boehringer Ingelheim Pharma GmbH & Co. KG*, *et al.,* No. 14-cv-00477 (D. Conn.)<br><br>*Rochester Drug Co-Operative, Inc. v. Boehringer Ingelheim Pharma GmbH & Co. KG*, *et al.*, No. 3:14-cv-000485-SRU (D. Conn.)<br><br>*American Sales Company, LLC v. Boehringer Ingelheim Pharma GmbH & Co. KG*, *et al.*, No. 3:14-cv-00003-CSH (D. Conn.)<br><br>*Cesar Castillo, Inc. v. Boehringer Ingelheim Pharma GMBH & Co. KG et al*., No. 3:14-cv-00225-JBA (D. Conn.) | No. 14-md-02516 (SRU) |

**MOTION OF PLAINTIFFS MIAMI-LUKEN, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND AMERICAN SALES COMPANY, LLC FOR THE ENTRY OF <u>CASE MANAGEMENT ORDER NO. 1</u>**

Pursuant to Fed. R. Civ. P. 42(a) and 23(g)(3), direct purchaser plaintiffs Miami-Luken, Inc., Rochester Drug Co-Operative, Inc., and American Sales Company, LLC move this Court to consolidate all direct purchaser actions and appoint interim class counsel. In support of this motion, plaintiffs respectfully submit the following:

- Memorandum of Law in Support of Motion for Entry of Case Management Order No. 1;

- Declarations of Bruce E. Gerstein, David F. Sorensen, and Thomas M. Sobol in Support of Motion for Entry of Case Management Order No. 1; and

ORAL ARGUMENT REQUESTED

- [Proposed] Case Management Order No. 1.

Dated: April 14, 2014

Respectfully submitted,

      /s/
Gerald C. Pia, Jr. (ct21296)
Brian C. Roche (ct17975)
Roche Pia LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Tel: (203) 944-0235
Fax: (203) 567-8033
Email: gpia@rochepia.com
       broche@rochepia.com

*Proposed Interim Liaison Counsel for the Direct Purchaser Class*

| | |
|---|---|
| Bruce E. Gerstein<br>Joseph Opper<br>Ephraim R. Gerstein<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel: (212) 398-0055<br>Email: bgerstein@garwingerstein.com<br>      jopper@garwingerstein.com<br>      egerstein@garwingerstein.com | David F. Sorensen<br>Andrew C. Curley<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (800) 424-6690<br>Email: dsorensen@bm.net<br>      acurley@bm.net |

Thomas M. Sobol
David S. Nalven
Ed Notargiacomo
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Email: tom@hbsslaw.com
    davidn@hbsslaw.com
    ed@hbsslaw.com

*Proposed Interim Co-Lead Counsel for the Direct Purchaser Class*

2

| | |
|---|---|
| Peter Kohn | Stuart E. Des Roches |
| Joseph Lukens | Odom & Des Roches, LLP |
| Faruqi & Faruqi, LLP | 650 Poydras Street, Suite 2020 |
| 101 Greenwood Avenue, Suite 600 | New Orleans, LA 70130 |
| Jenkintown, PA 19046 | Tel: (504) 522-0077 |
| Tel: (215) 277-5770 | Email: stuart@odrlaw.com |
| Email: pkohn@faruqilaw.com | |
|       jlukens@faruqilaw.com | |

Peter Kohn
Joseph Lukens
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
       jlukens@faruqilaw.com

Stuart E. Des Roches
Odom & Des Roches, LLP
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Email: stuart@odrlaw.com

David C. Raphael, Jr.
Smith Segura & Raphael, LLP
3600 Jackson Street,
Suite 111 Alexandria, LA 70303
Tel: (318) 445-4480
Email: draphael@ssrllp.com

Barry S. Taus
Archana Tamoshunas
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Email: btaus@tcllaw.com
       atamoshunas@tcllaw.com

John Radice
Radice Law Firm, P.C.
34 Sunset Boulevard
Long Beach, NJ 08008
Tel: (646) 386-7688
Email: jradice@radicelawfirm.com

*Proposed Interim Executive Committee for the Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 14, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/
                                    Gerald C. Pia, Jr.
                                    Brian C. Roche