UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:
AGGRENOX ANTITRUST LITIGATION           3:14md2516 (SRU)

### ORDER

The following cases are hereby made part of MDL Docket 2516 In Re Aggrenox Antitrust Litigation:

| | |
|---|---|
| American Sales v Boehringer | - 3:14cv3 |
| Castillo v Boehringer | - 3:14cv225 |
| Welfare Plan v Boehringer | - 3:14cv336 |

Dated at Bridgeport, Connecticut, this 24th day of April 2014.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge