UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:
AGGRENOX ANTITRUST LITIGATION	3:14-md-2516 (SRU)

# ORDER

The following cases are hereby made part of MDL Docket 2516 In Re Aggrenox Antitrust Litigation:

Humana, Inc. v. Boehringer Ingelheim Pharma GMBH    -    3:14-cv-572

Dated at Bridgeport, Connecticut, this 7th day of May 2014.

          /s/ Stefan R. Underhill
              Stefan R. Underhill
              United States District Judge