# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2516 (SRU) |
| THIS DOCUMENT RELATES TO: | ALL ACTIONS |

**PLAINTIFF ROCHESTER DRUG CO-OPERATIVE, INC.'S STATEMENT
IN FURTHER SUPPORT OF THE MOTION OF PLAINTIFFS MIAMI-LUKEN, INC.,
ROCHESTER DRUG CO-OPERATIVE, INC., AND AMERICAN SALES COMPANY, LLC
FOR THE ENTRY OF CASE MANAGEMENT ORDER NO. 1**

Plaintiff Rochester Drug Co-operative, Inc. ("RDC") submits this short reply regarding the leadership structure for the direct purchaser class plaintiffs to make two points.

First, RDC supports the leadership structure proposed in the motion of Plaintiffs Miami-Luken, Inc., RDC, and American Sales Company, LLC (collectively, the "Majority Plaintiffs") for entry of case management order No. 1 designating Berger & Montague, P.C. ("Berger & Montague"), Garwin Gerstein & Fisher LLP ("GGF"), and Hagens Berman Sobol Shapiro LLP ("HBSS") as Interim Co-Lead Counsel and Roche Pia LLC as Liaison Counsel for the proposed class of direct purchaser ("Majority Plaintiffs' Case Management Motion").  Dkt. Nos. 3-8.  These firms filed the first three direct purchaser class cases relating to Aggrenox and have been working very well together in a number of similar, pending matters.

Second, Berger & Montague and David F. Sorensen, RDC's counsel and one of proposed lead counsel, have the express, affirmative support not only of their client, but also of the three largest members of the proposed class of direct purchasers: AmerisourceBergen Corp., Cardinal Health, Inc., and McKesson Corp. (collectively, the "national wholesalers"), the three largest pharmaceutical wholesalers in the United States, which together likely account for two-thirds or more of the direct purchases in this case.  *See* Exhibit A (letter dated May 14, 2014, from Donald W. Myers, counsel for AmerisourceBergen Corp); Exhibit B (letter dated May 12, 2014, from Robert J. Tucker, counsel for Cardinal Health, Inc.) and Exhibit C (letter dated May 16, 2014, from Steven Winick, counsel for McKesson Corporation).  These three companies – the largest class members in not only this case, but essentially all prior cases like it involving allegations of suppressed generic competition – all support Berger & Montague for lead counsel.

This support for Berger & Montague by the three largest class members strongly favors the proposed leadership structure that includes Berger & Montague.

1

Dated: May 16, 2014                                    Respectfully submitted:


/s/ David F. Sorensen
David F. Sorensen
Andrew C. Curley
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)
dsorensen@bm.net


Peter Kohn
Joseph T. Lukens
FARUQI & FARUQI, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770
(215) 277-5771 (fax)
pkohn@faruqilaw.com

Barry S. Taus
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
btaus@tcllaw.com

*Counsel for*
*Rochester Drug Co-Operative, Inc.*
*and the proposed Class of Direct Purchasers*

## CERTIFICATE OF SERVICE

I, David F. Sorensen, hereby certify that I caused the foregoing to be electronically filed with the Clerk for the United States District Court for the District of Connecticut through the CM/ECF system, which provides notification of the foregoing filing to all attorneys of record via electronic mail.

Dated: May 16, 2014

/s/ David F. Sorensen  
David F. Sorensen