# EXHIBIT A

*Excerpt from Meijer Complaint and Louisiana Wholesale Drug Co., Inc. docket sheet in Meijer, Inc. and Meijer Distribution, Inc. v. Smithkline Beecham, et al.*, **1:01cv12239-WGY (D. Mass.) (Relafen)**

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.<br><br>                  Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE P.L.C.<br><br>                  Defendants. | Civil Action No. **01-12239**RCL<br><br>**COMPLAINT** |

Plaintiffs, by their attorneys, bring this antitrust action upon information and belief

(except as to paragraph 5), individually and on behalf of the Class they represent, against the

Defendants SmithKline Beecham Corporation and GlaxoSmithKline (collectively,

"Defendants"), and complain and allege as follows:

## I. NATURE OF THE CASE

1.    This case arises from SmithKline Beecham Corporation's and GlaxoSmithKline's

unlawful scheme to monopolize the United States market for Nabumetone Tablets, 500 and 750

mg, which Defendants sell under the brand name Relafen® ("Relafen").

2.    Defendants fraudulently obtained patents from the United States Patent and

Trademark Office ("PTO") and used these invalid patents, as well as U.S. Food and Drug

Administration ("FDA") procedures and baseless litigation, to wrongfully block competition

from generic nabumetone products.

3.    Resolution of the litigation that Defendants initiated occurred on August 14, 2001,

when a judgment was entered in the United States District Court for the District of

Massachusetts, holding that the '639 Patent was invalid and unenforceable by reason of the

inequitable conduct during the prosecution of the applications that led to the patent. In re: '639 Patent Litigation, 154 F. Supp. 2d 157 (D. Mass. 2001). Until that date, Defendants forestalled any competitive entry into the market, maintaining control of 100% of the nabumetone market in the United States.

4.     Until August 2001, when Teva Pharmaceuticals USA was finally able to begin shipping generic nabumetone, Defendants' scheme had been effective in denying the persistent efforts of major pharmaceutical companies to enter the market with generic nabumetone products. Absent Defendants' unlawful conduct, generic nabumetone products would have been on the market by August 8, 1998. Defendants unlawfully deprived Plaintiffs and the other direct purchasers of access to lower priced nabumetone products.

## II.    THE PARTIES

5.     Plaintiff, Meijer, Inc., is a corporation organized under the laws of the State of Michigan, with its principal place of business in Grand Rapids, Michigan. Plaintiff, through its wholly owned subsidiary, Meijer Distribution, Inc., purchased Relafen manufactured by Defendants during the period and was injured by the illegal conduct alleged herein. Plaintiff, through its wholly owned subsidiary, is a direct purchaser by virtue of the assignment to it dated December 15, 2001 of the claims of Frank W. Kerr Company, which purchased Relafen directly from Defendants.

6.     Plaintiff, Meijer Distribution, Inc., is the wholly owned subsidiary of Meijer, Inc. and is a corporation organized under the laws of the State of Michigan, with its principal place of business in Grand Rapids, Michigan. Meijer Distribution, Inc. purchased Relafen manufactured by Defendants during the period and was injured by the illegal conduct alleged herein. Meijer

2

B.     A declaration that the Defendants have committed the violations alleged herein;

C.     A judgment for the damages sustained by Plaintiffs and the other members of the

Class defined herein, and for treble damages;

D.     The costs of this suit, including a reasonable attorneys' fee; and

E.     Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Plaintiffs demand a jury trial of all issues so triable.

DATED: December 18, 2001                    Respectfully submitted,

                                            **SHAPIRO HABER & URMY LLP**

                                            By: _____
                                            Thomas G. Shapiro BBO #454680
                                            75 State Street
                                            Boston, MA 02109
                                            Telephone: (617) 439-3939
                                            Fax: (617) 439-0134

                                            Michael D. Hausfeld
                                            **COHEN, MILSTEIN,**
                                              **HAUSFELD & TOLL, P.L.L.C.**
                                            1100 New York Avenue, N.W.
                                            West Tower, Suite 500
                                            Washington, DC 20005-3964
                                            Telephone: (202) 408-4600
                                            Fax: (202) 408-4699

                                            Linda P. Nussbaum
                                            **COHEN, MILSTEIN,**
                                              **HAUSFELD & TOLL, P.L.L.C.**
                                                825 Third Avenue, N.W., 30th Floor
                                            New York, NY 10022-7519
                                            Telephone: (212) 838-7797
                                            Fax: (212) 838-7745

21

Paul E. Slater
Greg Shinall
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 641-3200
Fax: (312) 641-6492

Joseph M. Vanek, Esq.
**DAAR, FISHER,**
    **KANARIS & VANEK, P.C.**
200 South Wacker Drive, Suite 3350
Chicago, Illinois 60606
Telephone: (312) 474-1400
Fax: (312) 474-1410

Richard L. Coffman
**RICHARD L. COFFMAN, P.C.**
550 Fannin St., Suite 1212
Beaumont, Texas 77701
Telephone: (409) 832-9422
Fax: (409) 832-9901

Bernard Persky
Hollis Salzman
**GOODKIND LABATON**
    **RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Fax: (212) 818-0477

L. Kendall Satterfield
Roy A. Katriel
**FINKELSTEIN**
    **THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Fax: (202) 337-8090

*ATTORNEYS FOR PLAINTIFFS*

22

CLOSED,LEAD,SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-cv-00934-ER

IN RE: RELAFEN ANTI v. , et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Demand: $0
Cause: 15:15 Antitrust Litigation

Date Filed: 02/22/2002
Date Terminated: 06/07/2002
Jury Demand: Plaintiff
Nature of Suit: 410 Other Statutes: Anti-Trust
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2002 | 1 | Complaint. filing fee $ 150 receipt # 783834 (tj) (Entered: 02/25/2002) |
| 02/22/2002 | | Summons(es) 2 issued. Mailed to counsel on 2/25/02. (tj) (Entered: 02/25/2002) |
| 02/22/2002 | | Demand for jury trial by PLAINTIFF LOUISIANA WHOLESALE. (tj) (Entered: 02/25/2002) |
| 02/22/2002 | | Special Case Management Track. (tj) (Entered: 02/25/2002) |
| 03/21/2002 | 2 | MOTION by DEFENDANT SMITHKLINE BEECHAM TO DISMISS , MEMORANDUM, CERTIFICATE OF SERVICE. (rv) (Entered: 03/22/2002) |
| 03/22/2002 | 3 | Stipulation for Entry of Case Management Order, Certificate of Service. (rv) (Entered: 03/22/2002) |
| 04/03/2002 | | Pre-trial conference SET at 4:00 4/16/02 (rv) (Entered: 04/03/2002) |
| 04/11/2002 | 4 | Memorandum of Law by PLAINTIFF LOUISIANA WHOLESALE in opposition to DEFENDANT SMITHKLINE BEECHAM CORP'S. MOTION TO DISMISS , Certificate of Service. (rv) (Entered: 04/11/2002) |
| 04/16/2002 | 5 | Copy of MOTION OF PLAINTIFF TEAMSTER LOCAL NO. 35 HEALTH PLANS TO TRANSFER AND CONSOLIDATE SEPERATE ACTION before the Judicial Panel on Multi-District Litigation, Memorandum, Certificate of Service. (rv) (Entered: 04/16/2002) |
| 04/17/2002 | | Consolidated Lead Case (rv) (Entered: 04/17/2002) |
| 04/17/2002 | 6 | CASE MANAGEMENT ORDER THE FOLLOWING CASES ARE HEREBY COORDINATED FOR PRETRIAL PURPOSES: CIVIL ACTION NO. 02-cv-934 (THE LOUISIANA WHOLESALE" ACTION) AND 02-cv-985 (THE TWIN CITIES ACTION). THE CURRENT ACTIONS AND THOSE OF A LIKE NATURE THAT MAY BE CONSOLIDATED WITH CUURENT ACTIONS PURSUANT TO SECTION V ARE COLLECTIVELY REFFERED TO AS "IN RE: RELAFEN ANTITRUST LITIGATION", MASTER FILE NO. 02-cv-934. (1)IN THE EVENT THE MULTIDISTRICT |

| | | PANEL ORDERS THE TRANSFER AND CONSOLIDATION OF ALL COMPLINTS INVOLVING THE DRUG RELAFEN IN THIS COURT, THIS CASE MANAGEMENT ORDER WILL BE VACATED. A REVISED CASE MANAGEMENT SHALL ISSUE AFTER GIVING ALL PARTIES AN OPPORTUNITY TO BE HEARD. EVERY PLEADING FILED IN THESE COORDINATED PROCEEDINGS, OR IN ANY SEPERATE ACTION INCLUDED THEREIN, SHALL BEAR THE FOLLOWING CAPTION: IN RE: RELAFEN ANTITRUST LITIGATION. THE FOLLOWING FIRMS SHALL SERVE AS CO-LEAD COUNSEL FOR THE DIRECT PURCHASER ACTION: KOHN, SWIFT & GRAF AND GARWIN BRONZAFT, GERSTEIN & FISHER. THE FOLLOWING FIRMS SHALL SERVE AS CO-LEAD COUNSEL FOR NATIONWIDE END PAYOR ACTION:TRUJILLO, RODRIGUEZ & RICHARDS AND HEINS, MILLS & OLSON. IN THE EVENT THE MULTIDISTRICT PANEL ORDERS THE TRANSFER AND CONSOLIDATION OF ALL COMPLAINTS INVOLVING THE DRUG RELAFEN IN THIS COURT, THE COURT WILL REVISIT THE DESIGNATION OF LEAD COUNSEL AFTER GIVING ALL PARTIES AN OPPORTUNITY TO BE HEARD. THE DEFENDANTS SHALL FILE ANY REPLY MEMORANDUM IN SUPPORT OF THEIR MOTIONS TO DISMISS ON OR BEFORE 4/22/02. THE COURT WILL SET A SCHEDULE FOR CLASS CERTIFICATION PROCEEDINGS UPON THIS COURT'S RULING ON DEFENDANTS' MOTIONS TO DISMISS, IF NECESSARY. AND ALL ADDITIONAL TERMS SET FORTHE HERE IN THIS ORDER, ETC. ( SIGNED BY JUDGE EDUARDO C. ROBRENO ) 4/18/02 ENTERED AND COPIES FAXED. (rv) (Entered: 04/18/2002) |
|---|---|---|
| 04/22/2002 | 7 | Reply Memorandum by DEFENDANT SMITHKLINE BEECHAM, DEFENDANT SMITHKLINE - PLC in support of DEFENDANTS' MOTION TO DISMISS , Certificate of Service. (rv) (Entered: 04/23/2002) |
| 04/24/2002 | 8 | Transcript for Hearing held on 4/16/02. (rv) (Entered: 04/24/2002) |
| 06/07/2002 | 9 | STIPULATION & ORDER THAT THE PARTIES IN THE LOUISIANA WHOLESALE ADN TWIN CITIES ACTIONS HEREBY STIPULATE TO THE TRANSFER OF THESE ACTIONS TO THE DISTRICT OF MASSACHUSETTS, PURSUANT TO 28 U.S.C. SEC. 1404(a). THIS TRANSFER IS FOR THE CONVENIENCE OF THE PARTIES TO THESE ACTIONS. AND IS IN THE INTEREST OF JUSTICE. DEFENDANTS AGREE THAT THEY WILL NOT USE THE FACT THAT THIS MATTER HAS BEEN TRANSFERRED PURSUANT TO THIS STIPULATION AS A BASIS FOR ANY MOTION SEEKING THE DISMISSAL OF THESE ACTIONS. THE CLERK SHALL DELIVER THE CASE AND A CERTIFIED COPY OF THE DOCKET TO THE CLERK FOR THE DISTRICT OF MASSACHUSETTS. ( SIGNED BY JUDGE EDUARDO C. ROBRENO ) 6/10/02 ENTERED AND COPIES FAXED. (rv) Modified on 06/10/2002 (Entered: 06/10/2002) |
| 06/07/2002 | | Case closed (kv) (Entered: 06/19/2002) |
| 06/10/2002 | 10 | Certified copy of order from The Judicial Panel on Multi-District Litigation that the MOTION TO TRANSFER UNDER U.S.C. SEC. 1407 is deemed withdrawn dated 6/6/02 (rv) (Entered: 06/10/2002) |

| 06/17/2002 | Original record together with certified copy of docket entries forwarded to District of MASSACHUSETTS pursuant to Order entered on 6/10/02. (rv) (Entered: 06/18/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/19/2014 19:16:51 | | |
| **PACER Login:** ge0059 | **Client Code:** | 19180 |
| **Description:** Docket Report | **Search Criteria:** | 2:02-cv-00934-ER |
| **Billable Pages:** 2 | **Cost:** | 0.20 |

*Excerpt from Meijer Complaint and Louisiana Wholesale Drug Co., Inc. docket sheet in Meijer, Inc. v. Organon, Inc.*, **2:03cv0085-FSH-PS (D.N.J.) (Remeron).**

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez (LR6767)
3 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002

FILED

JAN 08 2003
M

WILLIAM T. WALSH
CLERK

Attorney for Plaintiff
(Additional Counsel on Signature Page)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEIJER, INC., | Docket No. _____ |
| **PLAINTIFF,** | |
| V. | **CLASS ACTION COMPLAINT** |
| **ORGANON, INC. AND AKZO-NOVEL, NV** | **JURY TRIAL DEMANDED** |
| **DEFENDANTS.** | |

Plaintiff, by its attorneys, brings this antitrust action on behalf of itself and all others similarly situated, upon knowledge as to matters relating to itself and upon information and belief as to all other matters, and complains and alleges as follows:

## NATURE OF THE ACTION

1.      This class action is brought on behalf of all persons or entities in the United States who purchased Remeron® ("Remeron") directly from defendants during the period May 4, 2001 through such time in the future as the effects of Defendants' illegal conduct as alleged herein have ceased (the "Class Period") to recover damages caused by Defendants' violations of Section 2 of the Sherman Act, 15 U.S.C. § 2. Defendants' unlawful conduct

prevented generic versions of Remeron from coming to the United States market, thereby causing injury to Plaintiff and other members of the class.

2.  Remeron is a prescription antidepressant drug used to treat depression. In 2001, worldwide sales of Remeron generated revenues of over \$550 million. No generic version of Remeron is currently marketed in the United States because Defendants, through improper manipulation of patent filings with the Food and Drug Administration ("FDA") and the filing of baseless patent infringement lawsuits -- which circumvent statutory requirements and preclude public access to safe, effective and low-cost generic versions of Remeron -- have unlawfully monopolized and/or attempted to monopolize the domestic market for Remeron and its generic bioequivalents.

3.  The patent covering mirtazapine, the active ingredient in Remeron, is expired.

4.  Manufacturers of generic drugs, including Mylan Pharmaceuticals Inc. ("Mylan"), Teva Pharmaceuticals USA, Inc. ("Teva") and Alphapharm PTY, Ltd. ("Alphapharm"), have filed applications with the FDA requesting approval to market generic versions of Remeron. In their applications, the manufacturers assert that their products are bioequivalent to Remeron and do not infringe any patent owned by or licensed to Defendants.

5.  Defendants have engaged in anticompetitive conduct designed to prevent competition from manufacturers of generic bioequivalents to Remeron. Defendants' anticompetitive conduct includes wrongfully listing a patent with the FDA purportedly related to Remeron, in contravention of clear and unambiguous FDA regulations, for the sole purpose of

2

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:03-cv-00323-FSH-PS

LOUISIANA WHOLESALE v. ORGANON INC., et al     Date Filed: 01/23/2003
Assigned to: Judge Faith S. Hochberg     Date Terminated: 11/09/2005
Referred to: Magistrate Judge Patty Shwartz     Jury Demand: Plaintiff
Demand: $0     Nature of Suit: 410 Anti-Trust
Cause: 15:15 Antitrust Litigation     Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2003 | 1 | COMPLAINT filed; jury demand FILING FEE $ 150.00 RECEIPT # 313165 (dr) (Entered: 01/29/2003) |
| 01/29/2003 | 2 | NOTICE of Allocation and Assignment filed. ( NEWARK - Judge HOCHBERG - Magistrate Judge G. DONALD HANEKE) (NM) (dr) (Entered: 01/29/2003) |
| 01/29/2003 | | SUMMONS(ES) issued for ORGANON INC., AKZO NOBEL N.V. ( 20 Days) (Mailed to Counsel) (dr) (Entered: 01/29/2003) |
| 02/28/2003 | 3 | APPLICATION by ORGANON INC. and Clerk's Order extending time to answer. Answer due 3/11/03 for ORGANON INC. (mn) (Entered: 02/28/2003) |
| 03/07/2003 | 4 | Notice of MOTION for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice by LOUISIANA WHOLESALE, Motion set for 4/14/03 on [4-1] motion cert of service (SILB/PO Subm) (jd) (Entered: 03/11/2003) |
| 03/07/2003 | 5 | CERTIFICATION of Peter S. Pearlman on behalf of LOUISIANA WHOLESALE in support of [4-1] motion for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice (jd) (Entered: 03/11/2003) |
| 03/07/2003 | 6 | CERTIFICATION of Bruce E. Gerstein on behalf of LOUISIANA WHOLESALE in support of [4-1] motion for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice (jd) (Entered: 03/11/2003) |
| 03/07/2003 | 7 | CERTIFICATION of Barry S. Taus on behalf of LOUISIANA WHOLESALE in support of [4-1] motion for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice (jd) (Entered: 03/11/2003) |
| 03/07/2003 | 8 | CERTIFICATION of Noah H. Silver on behalf of LOUISIANA WHOLESALE in support of [4-1] motion for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice (jd) (Entered: 03/11/2003) |

| 03/07/2003 | 9 | CERTIFICATION of Adam M. Steinfeld on behalf of LOUISIANA WHOLESALE in support of [4-1] motion for Bruce E. Gerstein, Barry S. Taus, Noah H. Silverman and Adam M. Steinfeld to appear pro hac vice (jd) (Entered: 03/11/2003) |
|---|---|---|
| 03/07/2003 | 10 | Notice of MOTION to amend case management order No.1 by LOUISIANA WHOLESALE, Motion set for 4/14/03 on [10-1] motion cert of service (Brief/PO Subm) (jd) (Entered: 03/11/2003) |
| 03/07/2003 | 11 | DECLARATION of Adam Steinfeld on behalf of LOUISIANA WHOLESALE in support of [10-1] motion to amend case management order No.1 w/exhibits attached (jd) (Entered: 03/11/2003) |
| 03/24/2003 | 12 | Notice of MOTION to dismiss pltf's complaint by ORGANON INC., & cert. of serivce. Motion set for 4/28/03 on [12-1] motion . (Brief/PO Subm) (mn) (Entered: 03/26/2003) |
| 03/27/2003 | 14 | LETTER By pltf's atty. requesting issuance of summons abroad upon deft., AKZO NOBEL, N.V.; certified copies of cmp. & Order appointing Special Process server (DD) (Entered: 04/11/2003) |
| 04/09/2003 | 13 | LETTER By LOUISIANA WHOLESALE of cross-motion for partial summary judgment & issue preclusion (original cross-motion, affidavit, & cert. of service filed in civ. 03-85)(pending motion for consolidation to be heard on 4/14/03) (mn) (Entered: 04/10/2003) |
| 04/09/2003 | 15 | Notice of MOTION for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice by LOUISIANA WHOLESALE, Motion set for 5/12/03 on [15-1] motion CILB, w/cert of service. (PO Subm) (sr) (Entered: 04/11/2003) |
| 04/09/2003 | 16 | CERTIFICATION of Leonard Z. Kaufmann, Esq. Re: [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice (sr) (Entered: 04/11/2003) |
| 04/09/2003 | 17 | CERTIFICATION of Daniel Berger, Esq. Re: [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice (sr) (Entered: 04/11/2003) |
| 04/09/2003 | 18 | CERTIFICATION of Eric L. Cramer, Esq. Re: [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice (sr) (Entered: 04/11/2003) |
| 04/09/2003 | 19 | CERTIFICATION of Peter Kohn, Esq. Re: [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice (sr) (Entered: 04/11/2003) |
| 04/09/2003 | 20 | CERTIFICATION of Neill W. Clark, Esq. Re: [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice (sr) (Entered: 04/11/2003) |
| 04/22/2003 | 21 | ORDER granting [15-1] motion for Daniel Berger, Eric L. Cramer, Peter Kohn, & Neill W. Clark to appear pro hac vice ( signed by Magistrate Judge Patty Shwartz ) (NM) (ak) (Entered: 04/23/2003) |

*Excerpt from Meijer Complaint, Louisiana Wholesale Drug Co., Inc. Complaint, and Rochester Drug Co-Operative, Inc. Complaint, in Meijer, Inc. and Meijer Distribution, Inc. v. Ferring B.V., et al.,* **05cv02237 (S.D.N.Y.) (DDAVP)**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **05 CV 2237** Civil Action No. |
| Plaintiffs, | **CLASS ACTION COMPLAINT** |
| v. | |
| FERRING B.V., FERRING PHARMACEUTICALS, INC. and AVENTIS PHARMACEUTICALS, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiffs, on behalf of themselves and the class defined below, bring this antitrust action against Defendants Ferring B.V., Ferring Pharmaceuticals, Inc. and Aventis Pharmaceuticals, Inc., and allege as follows based upon personal knowledge as to matters relating to themselves and upon the investigation of their counsel and information and belief as to all other matters:

## NATURE OF THE CASE

1.     This case arises from Defendants' unlawful scheme to maintain illegally its monopoly in the United States market for the tablet form of its antidiuretic drug sold under the brand name DDAVP ("DDAVP") and its AB-rated generic equivalents. Desmopressin Acetate is the generic name for DDAVP.

2.     As alleged in greater detail herein, Defendants engaged in a scheme which involved the commission of fraud and/or inequitable conduct before the United States Patent Office ("PTO") in order to obtain a patent, U.S. Patent No. 5,407,398 (the "'398 patent") which, in the absence of the fraud, would not have issued. Defendants then proceeded to procure improperly the listing of that fraudulently obtained patent in the FDA's Orange Book in order to be able to assert patent infringement claims against and block the market entry of any potential

generic competitor who sought FDA approval for a competing generic version of DDAVP. Knowing that the '398 patent was obtained by fraud and/or inequitable conduct, Defendants proceeded to institute litigation against at least one potential generic competitor, knowing that filing such litigation would automatically prohibit the FDA from granting approval to any of the generic manufacturers for up to 30 months.

      3.    Defendants illegally and intentionally manipulated the litigation provisions of the 1984 amendments to the Food, Drug, and Cosmetic Act added by the Drug Price Competition and Patent Term Restoration Act of 1984, commonly referred to as the Hatch-Waxman Act or Amendments. *See* Pub.L. No. 98-417, 98 Stat. 1585 (1984) (codified as amended at 21 U.S.C. § 355 and 35 U.S.C. § 271(e)). As many courts have recognized, these amendments were principally designed to streamline the process by which generic drugs are brought to market.[1]

      4.    Defendants knew full well that under the Hatch-Waxman Amendments the *mere filing* of the patent litigation would bar the FDA from granting marketing approval to any of the competing generic companies for up to 30 months, even though the patent was fraudulently obtained and the patent litigation was baseless. Thus, even though Defendants' patent was ultimately exposed as invalid in a detailed opinion by the United States District Court for the Southern District of New York, Defendants were able to block generic competition simply by listing the fraudulently obtained patent in the Orange Book and then filing and pursuing the patent litigation in the federal courts.

---

    [1]    *See, e.g., Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1568 (Fed. Cir. 1997). "[T]hrough the Amendments, 'Congress sought to get generic drugs into the hands of patients at reasonable prices – fast.'" *Andrx Pharm., Inc v. Biovail Corp.*, 266 F.3d 799 (D.C. Cir. 2001) (quoting *In re Barr Laboratories, Inc.*, 930 F.2d 72, 76 (D.C. Cir. 1991)). *See also Mylan Pharm. v. Shalala*, 81 F. Supp. 2d 30, 32 (D. D.C. 2000) ("The stated purpose of the legislation was to 'make available more low cost generic drugs,'" quoting H.R.Rep. No. 98-857, pt. 1., at 14 (1984)).

76.     Defendants intentionally and wrongfully maintained its monopoly power with respect to DDAVP in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. As a result of this unlawful maintenance of monopoly power, Plaintiffs and members of the Class paid artificially inflated prices for DDAVP.

77.     Plaintiffs and members of the Class have been injured in their business or property by reason of Defendants' antitrust violations. Their injury consists of having paid and continuing to pay higher prices for DDAVP than they would have paid in the absence of those violations. Such injury, namely overcharges, is of the type antitrust laws were designed to prevent and flows from that which makes Defendants' conduct unlawful.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully pray for the following:

A.     Judgment in their favor and against Defendants for damages representing the overcharge damages sustained by Plaintiffs and the other members of the Class defined herein, trebled;

B.     Pre- and post-judgment interest;

C.     Costs of suit, including reasonable attorneys' fees; and

D.     Such other and further relief as the Court deems just and proper.

20

**JURY TRIAL DEMANDED**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demand a trial by jury of all of the claims asserted in this Complaint so triable.

Dated: February 18, 2005

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

Linda P. Nussbaum (LN-9336)
Sean K. McElligott (SM-4770)
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Michael D. Hausfeld
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Joseph M. Vanek
**DAAR & VANEK, P.C.**
225 W. Washington, 18th Floor
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

Paul E. Slater
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492

*Attorneys for Plaintiffs*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LOUISIANA WHOLESALE DRUG
COMPANY, INC. on behalf of itself
and all others similarly situated,

                     Plaintiff,

              v.

FERRING B.V., FERRING
PHARMACEUTICALS, INC.,
and AVENTIS PHARMACEUTICALS, INC.,

              Defendants.

**05** CIV. No. **2872**

JURY TRIAL DEMANDED

## CLASS ACTION COMPLAINT

### I. NATURE OF THE ACTION

1.    Plaintiff, on behalf of itself and the class defined below, brings this class action suit against Ferring B.V., Ferring Pharmaceuticals, Inc., (collectively, "Ferring") and Aventis Pharmaceuticals, Inc. ("Aventis") (collectively "Defendants") and alleges as follows based on: (a) the investigation of its counsel; and (b) information and belief.

2.    This case arises from Defendants' unlawful scheme to illegally maintain their monopoly in the United States market for desmopressin acetate tablets. Aventis markets desmopressin acetate tablets under the brand name DDAVP. In addition to the tablet form that is the subject of this suit, desmopressin acetate is also sold as an injectable and a nasal spray. DDAVP is used to treat diabetes inspidus, a disorder of the pituitary gland characterized by intense thirst and the excretion of great amounts of dilute urine. It is also used to treat bed-wetting in children.

3.      At all relevant times, DDAVP in tablet form has been the only desmopressin tablet product sold in the United States. It has no direct competitors. In the twelve months ending in December 2004, Aventis sold approximately $177 million DDAVP tablets in the United States.

4.      As alleged below, Defendants engaged in a scheme involving the commission of fraud before the United States Patent and Trademark Office ("PTO") in order to obtain the following U.S. patent related to DDAVP tablets: 5,407,398 (the "'398 patent"). But for Defendants' fraud and inequitable conduct, the '398 patent would not have issued. Defendants then proceeded improperly to procure the listing of this fraudulently obtained '398 patent in the FDA's Orange Book, in violation of the FDA's own patent listing regulations, and then filed and prosecuted sham patent infringement claims against potential generic competitor(s) who sought FDA approval for a competing generic version of DDAVP tablets, in order to block and delay generic competition.

5.      But for Defendants' fraudulent and improper conduct, a cheaper generic version of DDAVP tablets would have been available by now, and at all events, substantially sooner than it would have otherwise been available but for Defendants' conduct. Had generic DDAVP been on the market earlier, Plaintiff Louisiana Wholesale Drug Company, Inc. ("LWD"), and other direct purchasers of DDAVP tablets would have saved money by: (a) quickly substituting the cheaper generic for the more expensive brand; and (b) obtaining increased discounts and/or lower prices on purchases of DDAVP tablets as a result of generic competition. Defendants' unlawful conduct, accordingly, has caused Plaintiff and the other direct purchasers of DDAVP tablets to be overcharged.

6.      As a result of Defendants' illegal acts, described below, Defendants have (1) unreasonably restrained, suppressed, and eliminated competition in the market for desmopressin

2

WHEREFORE, Plaintiff, on behalf of itself and the Class, respectfully prays that:

(I)     The Court determine that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and direct that reasonable notice of this action, as provided by Rule 23, be given to the Class;

(ii)    The acts alleged herein be adjudged and decreed to be unlawful acts of monopolization in violation of Section 2 of the Sherman Act;

(iii)   Each member of the Class recover three-fold the damages determined to have been sustained by each of them, and that judgment be entered against Defendants in favor of the Class;

(iv)    The Class recover its costs of suit, including reasonable attorneys' fees and costs as provided by law; and

(v)     The Class be granted such other, further relief as the nature of the case may require or as may be determined to be just, equitable, and proper by this Court.

## DEMAND FOR TRIAL BY JURY

104.    Plaintiff demands trial by jury on all issues so triable.

Dated: March 15, 2005

GARWIN GERSTEIN & FISHER LLP

By: _____

Bruce E. Gerstein (BG 2726)
Noah Silverman (NS 5728)
Anne Fornecker (AF 2073)
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

ODOM & DES ROCHES, L.L.P.
John Gregory Odom
Stuart E. Des Roches
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

27

PERCY, SMITH & FOOTE, L.L.P.
David P. Smith
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Eric L. Cramer
Neill W. Clark
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4671

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROCHESTER DRUG CO-OPERATIVE, INC.,
on behalf of itself and all others similarly situated,

                    Plaintiff,

                v.

FERRING B.V., FERRING
PHARMACEUTICALS, INC.,
and AVENTIS
PHARMACEUTICALS, INC.,

                    Defendants.

**05 Civil Action No. 2928**

JURY TRIAL DEMANDED

## CLASS ACTION COMPLAINT

## I. NATURE OF THE ACTION

1.    Plaintiff, on behalf of itself and the class defined below, brings this class action

suit against Ferring B.V., Ferring Pharmaceuticals, Inc., (collectively, "Ferring") and Aventis

Pharmaceuticals, Inc. ("Aventis") (collectively "Defendants") and alleges as follows based on:

(a) the investigation of its counsel; and (b) information and belief.

2.    This case arises from Defendants' unlawful scheme to illegally maintain their

monopoly in the United States market for desmopressin acetate tablets. Aventis markets

desmopressin acetate tablets under the brand name DDAVP. In addition to the tablet form that is

the subject of this suit, desmopressin acetate is also sold as an injectable and a nasal spray.

DDAVP is used to treat diabetes inspidus, a disorder of the pituitary gland characterized by

intense thirst and the excretion of great amounts of dilute urine. It is also used to treat bed-wetting in children.

3.    At all relevant times, DDAVP in tablet form has been the only desmopressin tablet product sold in the United States. It has no direct competitors. In the twelve months ending in December 2004, Aventis sold approximately $177 million DDAVP tablets in the United States.

4.    As alleged below, Defendants engaged in a scheme involving the commission of fraud before the United States Patent and Trademark Office ("PTO") in order to obtain the following U.S. patent related to DDAVP tablets: 5,407,398 (the "'398 patent"). But for Defendants' fraud and inequitable conduct, the '398 patent would not have issued. Defendants then proceeded improperly to procure the listing of this fraudulently obtained '398 patent in the FDA's Orange Book, in violation of the FDA's own patent listing regulations, and then filed and prosecuted sham patent infringement claims against potential generic competitor(s) who sought FDA approval for a competing generic version of DDAVP tablets, in order to block and delay generic competition.

5.    But for Defendants' fraudulent and improper conduct, a cheaper generic version of DDAVP tablets would have been available by now, and at all events, substantially sooner than it would have otherwise been available but for Defendants' conduct. Had generic DDAVP been on the market earlier, Plaintiff Rochester Drug Co-operative, Inc. ("RDC"), a pharmaceutical wholesaler that purchased DDAVP directly from Defendants, and other direct purchasers of DDAVP tablets would have saved money by: (a) quickly substituting the cheaper generic for the more expensive brand; and (b) obtaining increased discounts and/or lower prices on purchases of

2

101. Defendants' acts were taken in bad faith, for the purpose and with the effect of maintaining a monopoly and unreasonably restraining competition.

102. Defendants' enforcement of the '398 patent, which it knew had been obtained by fraud, as well as its conduct in fraudulently obtaining the '398 patent, constitutes an act of monopolization undertaken with the specific intent to monopolize the market for desmopressin acetate tablets in the United States, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

103. Plaintiff has been injured in its business and property by reason of Defendants' anti-competitive activities. Plaintiff's injuries consist of paying higher prices for desmopressin acetate tablets than it would have paid in the absence of Defendants' anti-competitive conduct. But for Defendants' anti-competitive conduct, a cheaper generic version of desmopressin acetate tablets would have been available by now, and earlier than it otherwise would, but for Defendants' conduct. Plaintiff's injuries are of the type the antitrust laws were designed to prevent and flow from that which makes Defendants' conduct unlawful.

WHEREFORE, Plaintiff, on behalf of itself and the Class, respectfully prays that:

(I) The Court determine that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and direct that reasonable notice of this action, as provided by Rule 23, be given to the Class;

(ii) The acts alleged herein be adjudged and decreed to be unlawful acts of monopolization in violation of Section 2 of the Sherman Act;

(iii) Each member of the Class recover three-fold the damages determined to have been sustained by each of them, and that judgment be entered against Defendants in favor of the Class;

(iv) The Class recover its costs of suit, including reasonable attorneys' fees and costs as provided by law; and

27

(v)     The Class be granted such other, further relief as the nature of the case may require or as may be determined to be just, equitable, and proper by this Court.

## DEMAND FOR TRIAL BY JURY

104.    Plaintiff demands trial by jury on all issues so triable.

Dated: March 16, 2005

GARWIN GERSTEIN & FISHER LLP

By:

Bruce E. Gerstein (BG 2726)
Noah Silverman (NS 5728)
Anne Fornecker (AF 2073)
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Eric L. Cramer
Neill W. Clark
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4671

Donald L. Bilgore, Esq.
BILGORE, REICH, LEVINE
  & KANTOR
16 East Main Street, Suite 950
Rochester, NY 14614
Tel: (585) 262-4700
Fax: (585) 262-4118

28

Prof. Joshua P. Davis
Law Offices of Joshua P. Davis
2130 Fulton Street
San Francisco CA 94117
Tel.: (415) 422-6223

*Counsel for Plaintiff*

29

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHARMACEUTICALS**<br><br>**Defendants.** | **Civil Action No. 2:12-cv-00995 (WHW-MCA)** |
| **KING DRUG COMPANY OF FLORENCE, INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHARMACEUTICALS**<br><br>**Defendants.** | **Civil Action No. _____** |

## DECLARATION

My name is W. Keith Elmore. I am the President of King Drug Company of Florence, Inc. In my position as President, I am the contact person for certain lawsuits in which King Drug

1

Company of Florence, Inc. has been a member of a class of direct purchaser plaintiffs asserting antitrust claims relating to King Drug Company of Florence, Inc.'s purchase of pharmaceutical and medical supplies. I have personal knowledge of all matters attested to herein and am authorized to execute this affidavit on behalf of King Drug Company of Florence, Inc.

In addition to being a plaintiff in this case, King Drug Company of Florence, Inc. has been involved as a class member in several antitrust class actions that have been resolved and is currently involved in additional ongoing antitrust class actions. In these lawsuits, counsel for the class, led by Garwin, Gerstein & Fisher, LLP, under the direction of Bruce Gerstein, have expended considerable effort and shown notable competence in representing the entire class. Class members are consulted and kept fully informed of progress on the cases.

King Drug Company of Florence, Inc. and I attribute the class's success in these cases to the leadership of Mr. Gerstein and the firms under his direction including Smith Segura & Raphael, LLP and Odom & Des Roches LLP. Mr. Gerstein and the firms who work under his direction have shown outstanding ability in developing legal theories, marshalling resources, and using available assets to obtain the best results for the entire class. The expertise and experience Mr. Gerstein has demonstrated as lead class counsel have significantly contributed to the positive outcomes of cases in which King Drug Company of Florence, Inc. has been a class member.

I understand that there may be one or more law firms other than Garwin, Gerstein & Fisher, LLP vying for a leadership position in this case. Based upon past experience and for the foregoing reasons, I submit this declaration in complete support of Bruce Gerstein of Garwin, Gerstein & Fisher, LLP as sole lead counsel in the captioned case.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of March, 2012.

_____

King Drug Company of Florence, Inc.
By: W. Keith Elmore
Title: President

3

# EXHIBIT C

**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: LIPITOR ANTITRUST LITIGATION | MDL No. 2332 |

**DECLARATION**

My name is Gary Prester. I am the Vice President of Marketing of Dik Drug Co. In my position as Vice President of Marketing, I am the contact person for certain lawsuits in which Dik Drug Co. has been a member of a class of direct purchaser plaintiffs asserting antitrust claims relating to Dik Drug Co.'s purchase of pharmaceutical and medical supplies. I have personal knowledge of all matters attested to herein and am authorized to execute this affidavit on behalf of Dik Drug Co.

Dik Drug Co. has been involved in several antitrust class actions that have been resolved and is currently involved in additional ongoing antitrust class actions. In these lawsuits, counsel for the class, led by Garwin, Gerstein & Fisher, LLP, under the direction of Bruce Gerstein, have expended considerable effort and shown notable competence in representing the entire class. Class members are consulted and kept fully informed of progress on the cases.

Dik Drug Co. and I attribute the class's success in these cases to the leadership of Mr. Gerstein and the firms under his direction, including Smith Segura & Raphael, LLP and Odom & Des Roches LLP. Mr. Gerstein and the firms who work under his direction have shown outstanding ability in developing legal theories, marshalling resources, and using available assets to obtain the best results for the entire class. The expertise and experience Mr. Gerstein has

demonstrated as lead class counsel have significantly contributed to the positive outcomes of cases in which Dik Drug Co. has been a class member.

Dik Drug Co. purchased Lipitor directly from defendant Pfizer during the period from March 24, 2010 to the present, and is therefore a member of the proposed direct purchaser class in this case.

I understand that there may be one or more law firms other than Garwin, Gerstein & Fisher, LLP vying for a leadership position in this case. Based upon past experience and for the foregoing reasons, I submit this declaration in complete support of Bruce Gerstein of Garwin, Gerstein & Fisher, LLP as sole lead counsel in the captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13TH_ day of January, 2012.

Dik Drug Co.
By: Gary Prester
Title: Vice President of Marketing

2

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VALUE DRUG COMPANY, and BURLINGTON DRUG CO., INC., on behalf of themselves and all others similarly situated, | : : : : | Civil Action No. 3:12-cv-05525-JAP-TJB |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| | : | |
| ASTRAZENECA PLC, ASTRAZENECA LP, ASTRAZENECA AB, AKTIEBOLAGET HASSLE, MERCK & CO., INC., KBI, INC. KBI-E, INC., RANBAXY INC., RANBAXY LABORATORIES, TEVA PHARMACEUTICALS INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., DR. REDDY'S LABORATORIES, LTD, and DR. REDDY'S LABORATORIES, INC. | : : : : : : : : : : : : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

DECLARATION

My name is Ken Couch. I am the President of J M Smith Corporation d/b/a Smith Drug Company. In my position as President, I am the contact person for certain lawsuits in which J M Smith Corporation d/b/a Smith Drug Company has been a member of a class of direct purchaser plaintiffs asserting antitrust claims relating to J M Smith Corporation d/b/a Smith Drug Company's purchase of pharmaceutical and medical supplies. I have personal knowledge of all matters attested to herein and am authorized to execute this affidavit on behalf of J M Smith Corporation d/b/a Smith Drug Company.

1

J M Smith Corporation d/b/a Smith Drug Company purchased Nexium directly from defendant AstraZeneca during the period from April 14, 2008 to the present, and is therefore a member of the proposed direct purchaser class in this case. In addition, J M Smith Corporation d/b/a Smith Drug Company has been involved as a class member in several antitrust class actions that have been resolved and is currently involved in additional ongoing antitrust class actions. In these lawsuits, counsel for the class, led by Garwin, Gerstein & Fisher, LLP, under the direction of Bruce Gerstein, have expended considerable effort and shown exceptional competence in representing the entire class. Class members are consulted and kept fully informed of progress on the cases.

J M Smith Corporation d/b/a Smith Drug Company and I attribute the class's success in these cases to the leadership of Mr. Gerstein and the firms under his direction including Smith Segura & Raphael, LLP and Odom & Des Roches LLP. Mr. Gerstein and the firms who work under his direction have shown outstanding ability in developing legal theories, marshalling resources, and using available assets to obtain the best results for the entire class. The expertise and experience Mr. Gerstein has demonstrated as lead class counsel have significantly contributed to the positive outcomes of cases in which J M Smith Corporation d/b/a Smith Drug Company has been a class member.

I understand that there may be one or more law firms other than Garwin, Gerstein & Fisher, LLP vying for a leadership position in this case. Based upon past experience and for the foregoing reasons, I submit this declaration in complete support of Bruce Gerstein of Garwin, Gerstein & Fisher, LLP as sole lead counsel in the captioned case.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4th___ day of October, 2012.

J M Smith Corporation d/b/a Smith Drug Company
By:  Ken Couch
Title: President

# EXHIBIT E

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri *jsaveri@lchb.com*
Brendan P. Glackin *bglackin@lchb.com*
Sarah R. London *slondon@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Local Counsel for Customer Plaintiffs Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC., *et al.*, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. 07-5985 (CW)<br><br>**CONSOLIDATED CASE**<br><br>**DECLARATION OF BRUCE E. GERSTEIN AND ANDREW E. AUBERTINE IN SUPPORT OF CLASS SETTLEMENT, ATTORNEYS FEES, EXPENSES, AND INCENTIVE AWARDS**<br><br>Date:<br>Time:<br>Judge: Hon. Claudia Wilken |

- 1 -

community.  Live witness testimony continued on March 2 with Dr. Siddiqui, Azra Behlim and Jacqueline DeBruler.

49.     Ms. Behlim, a senior executive within the Walgreen Company, was the first non-expert witness in the case and, as such, was a key witness to establish the "face" of essentially all of the customer plaintiffs (which Class Counsel considered important to the success of our case), Walgreens" pricing practices, and the dynamics, shock and fallout from the 400% price increase. With that foundation in place, Ms. DeBruler, a senior executive in charge of Plaintiff Meijer"s prescription drug purchasing department, supplemented the Behlim testimony with an illustration of the negative impact of the 400% price increase on Class Representative Meijer.  Plaintiffs then presented the video deposition of the former President in charge of Abbott"s Phamaceutical Division, William Dempsey.

50.     Because of our thorough pre-trial work and trial preparation, which culminated in what we believed to be a successful three days of trial, Class Counsel were in a position to negotiate a settlement with Abbott on terms that were significantly different—and better—than just two weeks before the start of trial.

**F.     The Settlement Negotiations**

51.     In the midst of their trial preparation, Class Counsel engaged in settlement discussions with Abbott"s counsel.  Those discussions intensified as trial approached.  Co-Lead Counsel led negotiations over the course of many months involving two separate mediators and consultation with the Class"s economist, members of the Class, and attorneys for the Opt-Out Plaintiffs.  After lengthy and difficult arm"s-length negotiations, the parties agreed to the $52 million Settlement before the Court.

- 27 -

52.     In the early morning of Thursday, March 3, 2011, Class Counsel entered into a written Memorandum of Understanding with Counsel for Abbott to settle the case. Simultaneously, the Opt-Out Plaintiffs reached agreements in principle to settle their actions. Accordingly, the Class Plaintiffs promptly advised the Court of their settlements at the reopening of trial on March 4, 2011, and the Court consented to stay those actions pending approval of the Settlement.

## III.     PRELIMINARY APPROVAL OF THE SETTLEMENT AND NOTICE TO THE CLASS

53.     From March 4, 2011 through April 8, 2011, when the formal Settlement was presented to the Court for preliminary approval, Class Counsel engaged in intensive and lengthy negotiations with counsel for Abbott over the final terms of the Settlement.

54.     On March 4, 2011, the parties advised the Court of the proposed Settlement. On April 8, 2011, Class Counsel submitted to the Court a proposed formal Settlement Agreement including a Notice of Class Action Settlement, and a memorandum in support of preliminary approval of the Settlement describing its terms, setting out a proposed plan and schedule for providing notice to the Class, and setting deadlines for Class members to lodge objections and for Class Counsel to file the various settlement approval papers. (D.E. 502).

55.     On April 20, 2011, the Court preliminarily approved the proposed Settlement and the form and substance of the proposed Notice of Class Action Settlement and directed that the Notice of Settlement be sent to the Class. (D.E. 508).

56.     Pursuant to the terms of the Settlement Agreement, on or about May 6, 2011 Abbott paid $52 million into an escrow account held at Morgan Stanley Smith Barney, for the benefit of the Class.

- 28 -

| FIRM | CUMULATIVE HOURS | CUMULATIVE LODESTAR | CUMULATIVE EXPENSES |
|---|---|---|---|
| Berger & Montague, P.C. | 10,572.59 | 4,839,575.75 | 435, 713.06 |
| Garwin Gerstein & Fisher LLP | 9,695.75 | $5,667,897.50 | $424,259.69 |
| Grant & Eisenhofer, P.A. | 2,280.60 | 1,277,362 | 93, 211.41 |
| Kaplan Fox & Kilsheimer LLP | 3,990.50 | $1,801,998.75 | $171,827.40 |
| Kozyak Tropin & Throckmorton, P.A. | 325.00 | $88,381.50 | $27,503.23 |
| Law Offices of Joshua P. Davis | 139.70 | $90,825.00 | 0 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | 2,688.60 | $1,222,778.00 | $212,236.20 |
| Nussbaum LLP | 171.25 | $118,767.50 | $1,932 |
| Odom & Des Roches, LLP | 1,966.25 | $904,298.75 | $222,794.07 |
| Smith Foote Law Firm | 5,663.60 | $2,633,241.00 | $297,316.42 |
| Sperling & Slater | 37.25 | $27,937.50 | 0 |
| Spiegel Liao & Kagay LLP | 159.40 | $55,697.50 | 1,221.81 |
| Vanek, Vickers & Masini, P.C. | 1,173.00 | $529,452.00 | $13,235.84 |
| **TOTALS** | 38,833.49 | $19,258,712, 25. | $1,901,251.13 |

1. **The Direct Participation and Efforts of the Class Representatives**

66. The Class Plaintiffs have each expended significant effort in prosecuting this Action for the benefit of all Class members. LWD, RDC and Meijer actively pursued the Class"s interests by filing suit on behalf of the Class and undertaking the responsibilities attendant upon serving as a named plaintiff, including responding to several detailed document requests and interrogatories, and keeping themselves thoroughly apprised of the

DECLARATION OF BRUCE E. GERSTEIN AND ANDREW E. AUBERTINE IN SUPPORT OF CLASS SETTLEMENT, ATTORNEYS FEES, EXPENSES, AND INCENTIVE AWARDS

1    progress of this case. As Class Plaintiffs, each took on the added burden of being deposed.

2    In addition, a Meijer senior executive, Jacquelyn DeBruler, traveled to Oakland to prepare

3    for, and testified at trial. The President and Chief Executive Officer of LWD, Gayle White,

4    traveled from Louisiana to Oakland in order to prepare for and be available to testify before

5    this Court at trial. Lawrence Doud, CEO of RDC, was scheduled to travel to Oakland from

6    Rochester, New York had the trial continued into the following week; Mr. Doud had been

7

8    prepared by counsel prior to the commencement of the action. The Class Plaintiffs were also

9    actively involved and apprised of the progress of ongoing settlement discussions.

10        67.    In recognition of their time and effort expended for the benefit of the Class,

11   Class Counsel have requested an incentive award of $60,000 for each Class Plaintiff.

12

13       **VI.    CONCLUSION**

14       68.    The Settlement is fair, reasonable and adequate. On behalf of the Customer

15   Plaintiff Class and Class Counsel, it is respectfully requested that this Court approve the

16   proposed Settlement, approve the Plan of Allocation and grant the Fee and Expense petition

17   presented, including the incentive awards to the Class Plaintiffs.

18       We declare under penalty of perjury under the laws of the United States that the

19   foregoing is true and correct to the best of our knowledge.

20

21

22   June 13, 2011
23   Date                                                          Bruce E. Gerstein

24

25   June 13, 2011
26   Date                                                          Andrew E. Aubertine

27                                            - 36 -        DECLARATION OF BRUCE E. GERSTEIN AND
                                                            ANDREW E. AUBERTINE IN SUPPORT OF CLASS
28                                                          SETTLEMENT, ATTORNEYS FEES, EXPENSES, AND
                                                            INCENTIVE AWARDS

# EXHIBIT F

1 | Robert G. Abrams
Thomas A. Isaacson
2 | Peter A. Barile III
HOWREY LLP
3 | 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
4 | Tel.: (202) 783-0800
Fax: (202) 383-6610
5 | abramsr@howrey.com
isaacsont@howrey.com
6 | barilep@howrey.com

7 | Paul Alexander
HOWREY LLP
8 | 1950 University Avenue
East Palo Alto, CA 94303
9 | Tel.: (650) 798-3500
Fax: (650) 798-3600
10 | alexanderp@howrey.com

11 | Emily L. Maxwell
HOWREY LLP
12 | 525 Market Street, Suite 3600
San Francisco, CA 94105
13 | Tel.: (415) 848-4947
Fax: (415) 848-4999
14 | maxwelle@howrey.com

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
melissa@saveri.com
cadio@saveri.com

15 | *Lead Class Counsel*
*Member of the Steering Committee for*
16 | *Plaintiffs in MDL No. 2029*

*Liaison Class Counsel*
*Member of the Steering Committee for Plaintiffs*
*in MDL No. 2029*

17

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

20

| 21 | **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** |
|---|---|---|
| 22 | | **MDL No. 2029** |
| 23 | | **Hon. Phyllis J. Hamilton** |
| 24 | | |
| 25 | **This document relates to:** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** |
| 26 | 3:09-cv-00002 PJH 3:09-cv-00096 PJH | |
| 27 | 3:09-cv-00111 PJH 3:09-cv-00116 PJH | |
| 28 | 3:09-cv-00138 PJH 3:09-cv-00139 PJH | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 1 | 3:09-cv-00180 PJH |
| | 3:09-cv-00225 PJH |
| 2 | 3:09-cv-00236 PJH |
| | 3:09-cv-00244 PJH |
| 3 | 3:09-cv-00274 PJH |
| | 3:09-cv-00294 PJH |
| 4 | 3:09-cv-00340 PJH |
| | 3:09-cv-00349 PJH |
| 5 | 3:09-cv-00361 PJH |
| | 3:09-cv-00368 PJH |
| 6 | 3:09-cv-00375 PJH |
| | 3:09-cv-00378 PJH |
| 7 | 3:09-cv-00391 PJH |
| | 3:09-cv-00399 PJH |
| 8 | 3:09-cv-00400 PJH |
| | 3:09-cv-00402 PJH |
| 9 | 3:09-cv-00434 PJH |
| | 3:09-cv-00445 PJH |
| 10 | 3:09-cv-00447 PJH |
| | 3:09-cv-00496 PJH |
| 11 | 3:09-cv-00553 PJH |
| | 3:09-cv-00554 PJH |
| 12 | 3:09-cv-00678 PJH |
| | 3:09-cv-00958 PJH |
| 13 | 3:09-cv-01274 PJH |
| | 3:09-cv-01499 PJH |
| 14 | 3:09-cv-01740 PJH |
| | 3:09-cv-02154 PJH |
| 15 | 3:09-cv-02062 PJH |
| | 3:09-cv-02063 PJH |
| 16 | 3:09-cv-02155 PJH |
| | 3:09-cv-02156 PJH |
| 17 | 3:09-cv-02152 PJH |
| | 3:09-cv-02153 PJH |
| 18 | 3:09-cv-02065 PJH |
| | 3:09-cv-02151 PJH |
| 19 | 3:09-cv-02184 PJH |
| | 3:09-cv-02150 PJH |
| 20 | 3:09-cv-02067 PJH |
| | 3:09-cv-02066 PJH |

21

22    PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through

23  the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants

24  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric

25  Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig

26  (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

27

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1  (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2  Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236); Melanie

3  Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4  00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5  Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6  (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7  (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8  Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9  Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10  Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11  Adrienne Belai (3:09-cv-01740); Robert Touchton (3:09-cv-02154); Charles Kopera (3:09-cv-02062);

12  Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13  Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14  Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15  Fernando Ortiz-Cardona (3:09-cv-02150); Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16  Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17  the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18  Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19  assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)). Each of the

20  Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21  *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH. Defendants have not served an answer

22  or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints. Defendants

23  have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24  Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding. The above listed Plaintiffs

25  reserve their rights as absent class members to share in any recovery in this case to which they would

26  otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Pursuant to

27

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 2 -

the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

File docket number. The following individual dockets can now be closed:

3:09-cv-00096 PJH
3:09-cv-00111 PJH
3:09-cv-00116 PJH
3:09-cv-00139 PJH
3:09-cv-00180 PJH
3:09-cv-00225 PJH
3:09-cv-00236 PJH
3:09-cv-00244 PJH
3:09-cv-00274 PJH
3:09-cv-00294 PJH
3:09-cv-00340 PJH
3:09-cv-00349 PJH
3:09-cv-00361 PJH
3:09-cv-00368 PJH
3:09-cv-00375 PJH
3:09-cv-00378 PJH
3:09-cv-00391 PJH
3:09-cv-00399 PJH
3:09-cv-00400 PJH
3:09-cv-00402 PJH
3:09-cv-00434 PJH
3:09-cv-00445 PJH
3:09-cv-00447 PJH
3:09-cv-00496 PJH
3:09-cv-00553 PJH
3:09-cv-00554 PJH
3:09-cv-00678 PJH
3:09-cv-00958 PJH
3:09-cv-01274 PJH
3:09-cv-01499 PJH
3:09-cv-01740 PJH
3:09-cv-02154 PJH
3:09-cv-02062 PJH
3:09-cv-02063 PJH
3:09-cv-02155 PJH
3:09-cv-02156 PJH
3:09-cv-02152 PJH
3:09-cv-02153 PJH
3:09-cv-02065 PJH
3:09-cv-02151 PJH
3:09-cv-02184 PJH
3:09-cv-02150 PJH
3:09-cv-02067 PJH
3:09-cv-02066 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Dated: June 9, 2009

Respectfully Submitted,

BY:   /s/ Robert G. Abrams

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
00554)

***Lead Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029***

*And attests in accordance with General Order
No. 45 X. B. that concurrence in the filing of the
document has been obtained from each of the
undersigned counsel:*

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 4 -

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 5 -

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

***Members of the Steering Committee for Plaintiffs in MDL No. 2029***

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER, SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

*Counsel for Plaintiff*

O'Connor v. Walmart.com USA LLC, et al.,
Case No. 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.: (310) 461-1426
Fax: (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.: (215) 914-2460
Fax: (215) 914-2462

*Counsel for Plaintiff*

Schmitz v. Walmart.com USA LLC, et al., Case
No. 09-0116 PJH

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier
COHEN MILSTEIN SELLERS & TOLL PPLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 6 -

1

1100 New York Avenue, N.W.
Suite 500, West Tower

2

Washington, DC 20005
Tel.: (202) 838-7797

3

Fax: (202) 838-7745

4

*Counsel for Plaintiffs*

5

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

6

7

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser

8

CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610

9

Philadelphia, PA 19103

10

Nyran Rose Pearson
CAFFERTY FAUCHER LLP

11

30 N. LaSalle Street, Suite 3200
Chicago IL 60602

12

*Counsel for Plaintiffs*

13

Groce, et al. v. Netflix, Inc., et al., Case No. 09-

14

0139 PJH

15

Daniel C. Girard
Elizabeth C. Pritzker

16

Alex C. Turan
GIRARD GIBBS LLP

17

601 California Street, Suite 1400
San Francisco, CA 94104

18

Tel.: (415) 981-4800
Fax: (415) 981-4846

19

*Counsel for Plaintiffs*

20

Groce, et al. v. Netflix, Inc., et al., Case No. 09-

21

0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180

22

PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-

23

0244 PJH

24

Kevin Bruce Love
Michael E. Criden

25

CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515

26

South Miami, FL 33143

27

*Counsel for Plaintiff*

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 7 -

1

2     Faris v. Netflix, Inc., et al., Case No. 09-0180
      PJH

3     Robert C. Schubert
      Willem F. Jonckheer
4     SCHUBERT JONCKHEER KOLBE &
      KRALOWEC LLP
5     Three Embarcadero Center, Suite 1650
      San Francisco, CA 94111
6     Tel.: (415) 788-4220
      Fax: (415) 788-0161

7
      *Counsel for Plaintiffs*
8
      Slobodin v. Netflix, Inc., et al., Case No. 09-
9     0225 PJH
      Landels, et al. v. Netflix, Inc., et al., Case No.
10    09-0340 PJH
      James Chatelain v. Netflix, Inc., et al., Case No.
11    09-0391 PJH

12    Judith L. Spanier
      Jill S. Abrams
13    Natalie Marcus
      ABBEY SPANIER RODD & ABRAMS, LLP
14    212 East 39th Street
      New York, New York 10016
15    Tel.: (212) 889-3700
      Fax: (212) 684-5191

16
      Craig H. Blinderman
17    MREJEN BLINDERMAN, P.L.
      701 West Cypress Creek Road, Suite 302
18    Fort Lauderdale, FL 33309
      Tel.: (954) 771-3740
19    Fax: (954) 771-3047

20    *Counsel for Plaintiffs*

21    Anthony, et al. v. Walmart.com USA LLC, et al.,
      Case No. 09-0236 PJH
22
      Mary Jane Fait
23    Theodore T. Bell
      John E. Tangren
24    WOLF HALDENSTEIN ADLER FREEMAN &
      HERZ LLC
25    55 West Monroe Street, Suite 1111
      Chicago, IL 60603
26
      *Counsel for Plaintiff*
27

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

*Counsel for Plaintiff*

Sheeler, Jr. v. Walmart.com USA LLC, et al., Case No. 09-0274 PJH

Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 433-4949
Fax: (415) 433-7311

*Counsel for Plaintiff*

Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street
Santa Rosa, CA 95404
Tel.: (707) 525-1277

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street
Washington, DC 20007
Tel.: (202) 625-4342

*Counsel for Plaintiffs*

Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.: (215) 230-8043
Fax: (215) 230-8735

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 9 -

1

2          *Counsel for Plaintiff*

3          Meyer v. Walmart.com USA LLC, et al., Case
           No. 09-0361 PJH

4          Laurence D. King
           Linda M. Fong
5          KAPLAN, FOX & KILSHEIMER, LLP
           350 Sansome Street
6          Suite 400
           San Francisco, CA 94104
7          Tel: (415) 772-4700
           Fax: (415) 772-4707
8
           Linda P. Nussbaum
9          KAPLAN, FOX & KILSHEIMER, LLP
           850 Third Ave., 14th Floor
10         New York, NY 10022
           Tel: (212) 680-1980
11         Fax: (212) 687-7714

12         *Counsel for Plaintiff*

13         Randall v. Walmart.com USA LLC, et al., Case
           No. 09-0368 PJH
14
           Douglas A. Millen
15         FREED KANNER LONDON & MILLEN, LLC
           2201 Waukegan Road, Suite 130
16         Bannockburn, IL 60015
           Tel.: (224) 632-4500
17         Fax.: (224) 632-4521

18         Harry Shulman
           THE MILLS LAW FIRM
19         880 Las Gallinas Avenue, Suite 2
           San Rafael, CA 94903
20         Tel.: 415-455-1326
           Fax: 415-455-1327
21
           *Counsel for Plaintiff*
22
           Hirsch v. Netflix, Inc., et al., Case No. 09-0375
23         PJH

24         Mark Warshaw
           Jaquelynn Pope
25         WARSHAW & POPE
           934 Hermosa Avenue, Suite 14
26         Hermosa Beach, CA 90254
           Tel.: (310) 379-3410
27

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2

3

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

4

*Counsel for Plaintiff*

5

James Chatelain v. Netflix, Inc., et al., Case No. 09-0391 PJH

6

7

8

9

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

10

11

12

13

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

14

15

16

17

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

18

*Counsel for Plaintiff*

19

Patras v. Netflix, Inc., et al., Case No. 09-00378 PJH

20

21

22

23

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

24

25

26

27

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2   Gerald J. Rodos
    Jeffrey B. Gittleman
    Julie B. Palley
3   BARRACK, RODOS & BACINE
    3300 Two Commerce Square
4   2001 Market Street
    Philadelphia, PA 19130
5   Tel.: (215) 963-0600
    Fax: (215) 963-0838
6
    Steve R. Basser
7   BARRACK, RODOS & BACINE
    One American Plaza
8   600 West Broadway, Suite 900
    San Diego, CA 92101
9   Tel.: (619) 230-0800
    Fax: (619) 230-1874
10
    *Counsel for Plaintiff*
11
    Millrood v. Walmart.com USA LLC, et al. Case
12  No. 09-00399 PJH

13  Frank J. Johnson
    Francis A. Bottini, Jr.
14  JOHNSON BOTTINI, LLP
    655 West Broadway, Suite 1400
15  San Diego, CA 92101
    Tel.: (619) 230-0063
16  Fax: (619) 233-5535

17  *Counsel for Plaintiff*

18  Kober v. Walmart.com USA LLC, et al. Case
    No. 09-00400 PJH
19
    Joseph Saveri
20  Michele C. Jackson
    Eric B. Fastiff
21  Andrew S. Kingsdale
    LIEFF CABRASER HEIMANN
22  & BERNSTEIN, LLP
    275 Battery Street, Suite 3000
23  San Francisco, CA 94111
    Tel.: (415) 956-1000
24  Fax: (415) 956-1008

25  *Counsel for Plaintiff*

26  Lacabe v. Walmart.com USA LLC, et al. Case
    No. 09-00402 PJH
27

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 12 -

1    Bruce L. Simon
     Jonathan M. Watkins
2    PEARSON, SIMON, SOTER, WARSHAW &
     PENNY, LLP
3    44 Montgomery Street
     Suite 1430
4    San Francisco, CA 94104
     Tel: (415) 433-9000
5    Fax: (415) 433-9008

6    *Counsel for Plaintiff*

7    Roy v. Netflix, Inc. et al. Case No. 09-00434
     PJH
8
     Mindee J. Reuben
9    WEINSTEIN KITCHENOFF & ASHER, LLC
     1845 Walnut Street, Suite 1100
10   Philadelphia, PA 19103
     Tel.: (215) 545-7200
11   Fax: (215) 535-6535

12   *Counsel for Plaintiffs*

13   Bruno, et al. v. Walmart.com USA LLC, et al.
     Case No. 09-00445 PJH
14
     Edward A. Wallace
15   Kenneth A. Wexler
     WEXLER WALLACE, LLP
16   55 West Monroe Street, Suite 3300
     Chicago, IL 60603
17   Tel: 312.346.2222
     Fax: 312.346.0022
18
     Mark J. Tamblyn
19   Neha Duggal
     WEXLER WALLACE, LLP
20   455 Capitol Mall, Suite 231
     Sacramento, CA 95814
21   Tel.: 916-492-1100
     Fax: 916-492-1124
22
     *Counsel for Plaintiff*
23
     Zaker v. Netflix, Inc., et al. Case No. 09-00447
24   PJH

25   Bonny E. Sweeney
     David W. Mitchell
26   COUGHLIN STOIA GELLER RUDMAN &
     ROBBINS LLP
27   655 West Broadway, Suite 1900

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1   San Diego, CA 92101
    Tel.: (619) 231-1058
2   Fax: (619) 231-7423

3   William C. Wright
    THE LAW OFFICES OF WILLIAM C.
4   WRIGHT, P.A.
    301 Clematis Street, Suite 3000
5   West Palm Beach, FL 33401
    Tel.: (561) 514-0904
6   Fax: (561) 514-0905

7   *Counsel for Plaintiff*

8   Parikh v. Netflix, Inc., et al. Case No. 09-00496
    PJH
9
    Garrett D. Blanchfield
10  REINHARDT, WENDORF & BLANCHFIELD
    E1250 First National Bank Building
11  332 Minnesota Street
    St. Paul, MN 55101
12  Tel.: (651) 287-2100
    Fax: (651) 287-2103
13
    *Counsel for Plaintiff*
14
    Johnson v. Walmart.com USA LLC, et al. Case
15  No. 09-00553 PJH

16  David P. McLafferty
    MCLAFFERTY & ASSOCIATES, P.C.
17  923 Fayette Street
    Conshohocken, PA 19428
18  Tel.: (610) 940-4000
    Fax: (610) 940-4007
19
    *Counsel for Plaintiff*
20
    Gannon v. Walmart.com USA LLC, et al. Case
21  No. 09-00554 PJH

22  Dianne M. Nast
    Joseph F. Roda
23  Michele S. Burkholder
    Daniel N. Gallucci
24  RODANAST, P.C.
    801 Estelle Drive
25  Lancaster, Pennsylvania 17601
    Telephone: (717) 892-3000
26  Facsimile: (717) 892-1200

27  *Counsel for Plaintiff*

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Williams v. Netflix, Inc., et al. Case No. 09-00678 PJH

Edward M. Gergosian
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALSONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94101
Tel.: (415) 544-0200
Fax: (415) 544-0201

*Counsel for Plaintiff*

Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

Mario N. Alioto
Lauren C. Russel
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel.: (415) 563-7200

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Fax: (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.: (415) 563-7200
Fax: (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.: (510) 652-2554
Fax: (510) 652-9308

*Counsel for Plaintiff*

Belai v. Netflix, Inc. et al., Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

Michalski, et al. v. Netflix, Inc., et al.,
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 16 -

Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel.: (515) 223-4567
Fax: (515) 223-8887

*Counsel for Plaintiffs*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No .09-02067

Stephen R. Fine
LAW OFFICES OF STEPHEN R. FINE
620 Chestnut Street
Manchester, NH 03104
Tel.: (603) 668-2343
Fax: (603) 626-0408

*Counsel for Plaintiff*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel.: (802) 862-0030
Fax: (802) 862-0060

*Counsel for Plaintiff*

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02067

Daniel E. Becnel, Jr.
BECNEL LAW FIRM
Nghana Lewis Gauff
Matthew B. Moreland
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 office
(985) 536-6445 fax

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 17 -

1

2

*Counsel for Plaintiffs*

3       *Christina v. Netflix, Inc., et al.*,
        (transferred from Middle District of Louisiana
        3:09-cv-00059)

4

5       *Hotard v. Netflix, Inc., et al.*,
        Case No. 09- 02153

6       John R. Wylie
        FUTTERMAN HOWARD WATKINS WYLIE
7       & ASHLEY, CHTD.
        122 S. Michigan Avenue, Suite 1850
8       Chicago, IL 60603
        (312) 427-3600 office
9       (312) 427-1850 fax

10      *Counsel for Plaintiff*

11      *Levin v. Wal-Mart.com USA LLC, et al.*,
        Case No. 09-02155

12

        Archie C. Lamb, Jr.
13      THE LAMB FIRM, LLC
        P.O. Box 2088
14      Birmingham, AL 35201
        (205) 324-4644 office
15      (205) 324-4649 fax

16      *Counsel for Plaintiff*

17      *Touchton v. Netflix, Inc., et al.*,
        Case No. 09-02154

18

        E. Kirk Wood, Jr.
19      WOOD LAW FIRM, LLC
        P.O. Box 382434
20      Birmingham, AL 35238
        (205) 612-0243 office
21      (205) 705-1223 fax

22      *Counsel for Plaintiff*

23      *Kopera v. Netflix, Inc., et al.*,
        Case No.09-02062

24

        Harry F. Bell, Jr.
25      William L. Bands, Jr.
        BELL & BANDS, PLLC
26      P.O. Box 1723
        Charleston, West Virginia 25326
27      (304) 345-1700 office

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1         (304) 344-1956 fax

2         *Counsel for Plaintiff*

3         Walters, et al. v. Netflix, Inc., et al.,
        Case No. 09-02066

4

5         Irwin B. Levin
        Richard E. Shevitz
        Eric S. Pavlack

6         COHEN & MALAD, LLP
        One Indiana Square, Suite 1400

7         Indianapolis, IN 46204
        Tel.: (317) 636-6481

8         Fax: (317) 636-2593

9         *Counsel for Plaintiff*

10         Karatz v. Netflix, Inc., et al.,
        (transferred from Southern District of Indiana

11         1:09-cv-00136)

12         Michael Goetz
        MORGAN & MORGAN, P.A.

13         One Tampa City Center, Suite 700
        Tampa, FL 33602

14         (813) 223-5505 office
        (813) 223-5402 fax

15

16         Scott W. Weinstein
        MORGAN & MORGAN, P.A.

17         One University Park
        12800 University Drive

18         Fort Myers, FL 33906
        (239) 433-6880 office

19         (239) 433-6836 fax

20         *Counsel for Plaintiff*

21         Bowles v. Netflix, Inc., et al.,
        Case No. 09-02063

22         Andres F. Alonso
        Jerrold S. Parker

23         David B. Krangle
        PARKER WAICHMAN ALONSO LLP

24         111 Great Neck Road, Suite 101
        Great Neck, NY 11021

25         (516) 466-6500 office
        (516) 466-6665 fax

26

27         *Counsel for Plaintiff*

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

2

3

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

4

5

6

7

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

8

9

10

11

*Counsel for Plaintiff*

12

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

13

14

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

15

16

17

18

*Counsel for Plaintiff*

19

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

20

21

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

22

23

24

*Counsel for Plaintiff*

25

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

26

27

Robert M. Foote
Matthew Herman

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1

2

3

4

Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS,
LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333 office
(630) 845-8982 fax

5

6

7

8

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, IL 60174
(630) 862-1130 office
(630) 845-8982 fax

9

10

11

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.: (630) 232-4480
Fax: (630) 845-8982

12

*Counsel for Plaintiff*

13

14

Cleary v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02156

15

***Additional Counsel for Plaintiffs***

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

# EXHIBIT G

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: WELLBUTRIN XL ANTITRUST LITIGATION | Case No. 2:08-cv-2431 |
| | **Hon. Mary A. McLaughlin** |
| THIS DOCUMENT RELATES TO: | |
| AMERICAN SALES COMPANY, INC., | C.A. No. 08-cv-2464 |
| Plaintiff, | |
| v. | |
| BIOVAIL CORPORATION, BIOVAIL LABORATORIES, INC., BIOVAIL LABORATORIES INTERNATIONAL SRL, and SMITHKLINE BEECHAM, D/B/A GLAXOSMITHKLINE, PLC, | |
| Defendants. | |

## PLAINTIFF AMERICAN SALES COMPANY INC.'S
## RULE 41(A)(1)(a)(i) NOTICE OF DISMISSAL

The plaintiff, American Sales Company, Inc., pursuant to Fed.R.Civ. P. 41(A)(1)(a)(i), hereby files this notice of dismissal of its action against defendants Biovail Corporation, Biovail Laboratories, Inc., Biovail Laboratories International SRL, and SmithKline Beecham d/b/a/ GlaxoSmithKline plc.

Rule 41(A)(1)(a)(i) applies to this action because the opposing parties have neither served an answer nor otherwise moved for summary judgment, and the class claims have not been certified.

Dated:  September 4, 2008                     Respectfully submitted,


                                              /s/ Dianne M. Nast
                                              Dianne M. Nast
                                              Erin C. Burns
                                              **RODANAST, P.C.**
                                              801 Estelle Drive
                                              Lancaster, PA 17601
                                              Telephone: (717) 892-3000
                                              Fax: (717) 892-1200

                                              Thomas M. Sobol
                                              David S. Nalven
                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                              One Main Street
                                              Cambridge, MA  02142
                                              Telephone: (617) 482-3700
                                              Fax: (617) 482-3003

                                              *Counsel for American Sales Company, Inc.*

## CERTIFICATE OF SERVICE

  I, Dianne M. Nast, hereby certify that on September 4, 2008, I caused copies of the papers annexed hereto to be served on all counsel of record in this proceeding via CM/ECF filing.


             /s/Dianne M. Nast     

Dated: September 4, 2008

# EXHIBIT H

**Malena Remon**

| | |
|---|---|
| **From:** | Bruce Gerstein <BGERSTEIN@garwingerstein.com> |
| **Sent:** | Monday, July 16, 2012 3:53 PM |
| **To:** | PSP@NJLAWFIRM.COM |
| **Cc:** | Gina L. VanDenHenden; BGERSTEIN@garwingerstein.com; Linda P. Nussbaum |
| **Subject:** | FW: Lamictal |

Would you please prepare the filings necessary for Linda to withdraw from Lamictal

Susan C. Roth
Paralegal
_____
Garwin Gerstein & Fisher LLP
Phone: 212 398 0055 ▪ Fax:  212 764 6620
Direct dial: 646-291-4714▪Direct fax 646-291-4764
1501 Broadway, Suite 1416 ▪ New York, NY 10036

**CONFIDENTIAL: THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY WORK-PRODUCT INFORMATION.**

 **Please consider the environment before printing this e-mail & any documents**

---

**From:** Linda P. Nussbaum [mailto:lnussbaum@gelaw.com]
**Sent:** Monday, July 16, 2012 3:12 PM
**To:** Bruce Gerstein
**Subject:** RE: Lamictal

Bruce
We will withdraw from the case.  I would appreciate it if you would ask Peter to prepare the necessary filings.
Thanks

Linda P. Nussbaum
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Direct Dial:  (646) 722-8504

**From:** Bruce Gerstein [mailto:BGERSTEIN@garwingerstein.com]
**Sent:** Tuesday, July 10, 2012 4:23 PM
**To:** Linda P. Nussbaum
**Cc:** Jay Eisenhofer; jcecchi@carellabyrne.com; Peter S. Pearlman; Stuart Des Roches; Andrew Kelly; dsmith@ssrllp.com; draphael@ssrllp.com; Elena Chan; Noah Silverman; Joseph Opper; Daniel Litvin; jvanek@vaneklaw.com; Bruce Gerstein
**Subject:** Lamictal

Please see attached.

Bruce E. Gerstein
Garwin Gerstein & Fisher LLP
Phone: (212) 398-0055/ Fax: (646)291-4751
1501 Broadway, Suite 1416/ New York, NY 10036

CONFIDENTIAL:  THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY WORK-PRODUCT INFORMATION.   This message and any attachment are confidential, and may be covered by an attorney-client privilege.  Additionally, this message and any

attachments may contain privileged attorney work product information.  If you receive this message in error, please contact the sender immediately at the number listed above and delete the message, as well as any attachments.