UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Miami-Luken, Inc. v. Boehringer Ingelheim Pharma GmbH & Co. KG*, et al., No. 2:13-cv-06543-MSG (E.D. Pa.)<br><br>*Rochester Drug Co-Operative, Inc. v. Boehringer Ingelheim Pharma GmbH & Co. KG*, et al., No. 2:13-cv-06992-MSG (E.D. Pa.)<br><br>*American Sales Company, LLC v. Boehringer Ingelheim Pharma GmbH & Co. KG*, et al., No. 3:14-cv-00003-CSH (D. Conn.)<br><br>*Cesar Castillo, Inc. v. Boehringer Ingelheim Pharma GMBH & Co. KG et al*., No. 3:14-cv-00225-JBA (D. Conn.) | No. 3:14-md-02516 (SRU) |

**SUPPLEMENTAL DECLARATION OF JOSEPH OPPER IN SUPPORT OF THE MOTION OF MIAMI-LUKEN, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND AMERICAN SALES COMPANY, LLC FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1 AND IN OPPOSITION TO CROSS-MOTION OF CESAR CASTILLO, INC. FOR APPOINTMENT OF GRANT & EISENHOFER P.A. AS INTERIM LEAD CLASS COUNSEL AND BRENNER, SALTZMAN & WALLMAN LLP AS LIAISON COUNSEL**

I, Joseph Opper, under penalty of perjury under the laws of the United States of America, declare as follows based on facts personally known to me:

1. I am an attorney and member of the bar in good standing in the State of New York.

2. I am a partner with the law firm Garwin Gerstein & Fisher LLP.

1

3. On May 15, 2014, I filed a Declaration in Support of the Motion of Miami-Luken, Inc. Rochester Drug Co-Operative, Inc. and American Sales Company, LLC for Entry of CMO No. 1 and In Opposition to Cross Motion of Caesar Castillo, Inc. For Appointment of Grant & Eisenhofer, P.A. as Interim Lead Class Counsel and Brenner, Salzman and Wallman, LLP as Liaison Counsel ("Opper Declaration") Doc. No. 55.

4. Exhibit 4, to the Opper Declaration, a declaration from David C. Raphael, dated May 13, 2014, which cited to declarations from several wholesalers (D.I. 55 Ex. 4 Para 11) inadvertently omitted the declarations of three of the wholesalers identified: Drogueria Betances, Inc.; Dakota Drug Co.; and King Drug Co. of Florence. I respectfully submit the declarations of these three wholesalers.

5. A true and correct copy of the declaration of Raul Rodriguez Font on behalf of putative class member Drougeria Betances, Inc. is appended hereto as Exhibit 1.

6. A true and correct copy of the declaration of Matthew Kip on behalf of putative class member Dakota Drug, Inc. is appended hereto as Exhibit 2.

7. A true and correct copy of the declaration of W. Keith Ellmore on behalf of putative class member King Drug Company of Florence, Inc. is appended hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 21, 2014                                  Respectfully submitted:

/s/ Joseph Opper
Joseph Opper (ct12840)
Bruce E. Gerstein
Ephraim R. Gerstein
Jonathan M. Gerstein

2

GARWIN GERSTEIN & FISHER LLP
Wall Street Plaza
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Email: jopper@garwingerstein.com

## **CERTIFICATE OF SERVICE**

I, Joseph Opper, hereby certify that I caused the foregoing to be electronically filed with the Clerk for the United States District Court for the District of Connecticut through the CM/ECF system, which provides notification of the foregoing filing to all attorneys of record via electronic mail.

Dated: May 21, 2014　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　s/ Joseph Opper
　　　　　　　　　　　　　　　　　　　　　Joseph Opper (ct12840)
　　　　　　　　　　　　　　　　　　　　　Bruce E. Gerstein
　　　　　　　　　　　　　　　　　　　　　Ephraim R. Gerstein
　　　　　　　　　　　　　　　　　　　　　Jonathan M. Gerstein
　　　　　　　　　　　　　　　　　　　　　GARWIN GERSTEIN & FISHER LLP
　　　　　　　　　　　　　　　　　　　　　Wall Street Plaza
　　　　　　　　　　　　　　　　　　　　　88 Pine Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 398-0055
　　　　　　　　　　　　　　　　　　　　　Email: jopper@garwingerstein.com