IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2526 (SRU) |
| THIS DOCUMENT RELATES TO: | ALL ACTIONS |

**PLAINTIFF HUMANA INC.'S NOTICE OF INTENTION TO DISCUSS PRETRIAL COORDINATION UNDER 28 U.S.C. § 1407(a) AT THE <u>MAY 22, 2014 PRETRIAL CONFERENCE</u>**

Plaintiff Humana Inc. ("Humana") writes in advance of the Court's May 22, 2014 pretrial conference to give notice of its intention to address a discrete topic that the Court has not asked the parties to address in its April 29, 2014 Practice and Procedure Order.

Humana filed its action on April 28, 2014. *Humana v. Boheringer Ingelheim Pharma GmbH & Co. KG, et al.*, 14-cv-05762 (D. Conn.). Humana's case was transferred to Your Honor from Judge Thompson by Order entered on May 7, 2014. Dkt. No. 45. Prior to transfer, on April 29, 2014, the Court entered a case management order consolidating all "indirect purchaser" cases for pretrial purposes. Dkt. No. 37. That Order applies to all cases in the MDL proceedings, including those transferred after its entry. Dkt. No. 37, ¶ 1.

Humana is concerned that the Court's "consolidation" of these actions will serve more than simple administrative functions which may impair the rights of the constituent plaintiffs in these proceedings. A recent decision from the United States Court of Appeals for the Second Circuit highlights this potential. Certain bondholders filed actions alleging harms from the manipulation of the London Interbank Overnight Rate. These actions were consolidated by the multidistrict transferee judge for pretrial purposes. Later in the proceedings, the Court dismissed

all of the bondholder claims with prejudice while sustaining some portions of other consolidated plaintiffs' complaints. *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 935 F. Supp. 2d 666 (S.D.N.Y. 2013). The Second Circuit dismissed the bondholders' appeal for lack of jurisdiction, concluding that "the orders appealed from did not dispose of all claims in the consolidated action." *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Nos. 13-3565 (L), 13-3636 (Con) (2d Cir. Oct. 30, 2013) (order attached). Hence, solely by virtue of the consolidation order, the bondholder plaintiffs' appeal rights have been significantly delayed. *See* MANUAL FOR COMPLEX LITIGATION, FOURTH, § 20.11 ("Cases should not be consolidated if it would result in increased delay and other unnecessary burdens on parties . . . .").

This Court has the power to conduct either "coordinated" or "consolidated" proceedings as a multidistrict transferee court. *See* 28 U.S.C. § 1407(a). Humana believes that an order "coordinating" the indirect purchaser actions would equally serve the Court's administrative goals while protecting against unintentional prejudice associated with a consolidation order.

Humana has conferred with counsel on this issue prior to filing. Counsel for the Indirect Purchasers have indicated that they do not agree with Humana's position. Counsel for the Direct Purchasers have requested a conference on this discrete issue prior to the pretrial conference. Counsel for the Defendants were also given an opportunity to review the notice, and have reserved their right to submit a written response, but have not yet informed Humana of their position.

Humana intends to seek guidance from the Court concerning this issue during the pretrial conference on May 22, 2014.

Dated: May 21, 2014

                          Respectfully submitted,

                          **LOWEY DANNENBERG COHEN
                                      & HART, P.C.**

By:    /s/ Peter St. Phillip
          Peter St. Phillip
             (District of Connecticut Bar No. ct29379)
          Barbara J. Hart
          Gerald Lawrence
          Richard Cohen
          Noelle Ruggiero
          One North Broadway, Suite 509
          White Plains, NY 10601-2301
          Telephone:    (914) 997-0500
          Facsimile:     (914) 997-0035
          E-mail:        pstphillip@lowey.com

          **RAWLINGS & ASSOCIATES, PLLC**
          Mark D. Fischer
          Robert Griffith
          One Eden Parkway
          LaGrange, Kentucky 40031-1800
          Telephone:    (502) 587-1279
          Facsimile:     (502) 584-8580
          E-mail:   mdf@rawlingsandassociates.com

*Counsel to Humana Inc. and Proposed Interim Co-Lead Counsel*

{2646 / MISC / 00122727.DOCX v2}