UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2516 (SRU) |
| THIS DOCUMENT RELATES TO: | All Direct Purchaser Actions |
| | June 17, 2014 |

## NOTICE OF MANUAL FILING

Please take notice that the direct purchaser plaintiffs have manually filed a *corrected* unredacted Consolidated Amended Complaint.[1] This document has not been filed electronically because:

[ ] the document cannot be converted to an electronic format

[ ] the electronic file size of the document exceeds 5 MB

[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.

[ X ] The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d).

The document is being been manually served on all parties.

---

[1] The unredacted Consolidated Amended Complaint previously submitted by the direct purchaser plaintiffs contained a typographical error. Specifically, the phrase "Boehringer and Barr agreed to do all things reasonably" was inadvertently inserted at the beginning of Paragraph 84. That phrase has been removed from the *corrected* unredacted Consolidated Amended Complaint. No other changes were made.

1

Respectfully submitted,

/s/
Gerald C. Pia, Jr. (ct21296)
Brian C. Roche (ct17975)
Roche Pia LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Tel: (203) 944-0235
Fax: (203) 567-8033
Email: gpia@rochepia.com
broche@rochepia.com

*Interim Co-Liaison Counsel for the Direct Purchaser Class*

## **CERTIFICATION**

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Copies of the **corrected** Unredacted Consolidated Complaint will be served manually (electronically) on counsel of record and/or parties, as applicable.*

/s/
Brian C. Roche
Gerald C. Pia