UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | : : : Docket No. 3:14 MD 2516 (SRU) : : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : |

### JOINT STATUS REPORT

The parties submit this Joint Status Report in anticipation of the telephonic status conference scheduled for July 1, 2014. The parties provide this report to inform the Court of their progress since the May 22, 2014 pretrial conference and the Court's entry of Scheduling Order No. 1 [Dkt. No. 83] ("SO 1"). The parties believe there are no matters that require action by the Court at this time.

### A. The Challenged Settlement, Co-Promotion, & Supply and License Agreements

On June 1, 2014, in accordance with SO 1, Defendants provided copies of the challenged Settlement, Co-Promotion, and Supply and License Agreement concerning Aggrenox to Plaintiffs.

### B. Preliminary Production of Discovery

#### 1. Direct Purchaser Plaintiffs

On or prior to June 2, 2014, in accordance with SO 1, each Direct Purchaser Plaintiff served preliminary productions, consisting of its purchase and chargeback data for Aggrenox, and proof of assignments of claims where appropriate, on Defendants. Defendants have not yet had the opportunity to evaluate the sufficiency of the production.

### 2. End-Payor Plaintiffs

In accordance with SO 1, End-Payor Plaintiffs will serve their preliminary production of documents by August 1, 2014.

### 3. Plaintiff Humana Inc.

In accordance SO 1, Plaintiff Humana Inc. will serve its preliminary production on or before August 1, 2014.

### 4. Defendants

On June 30, 2014, in accordance with SO 1, Defendants served their preliminary production of documents on Plaintiffs. Plaintiffs have not yet had the opportunity to evaluate the sufficiency of the production in light of the determinations made at the May 22, 2014 conference.

## C. Amended Complaints

In accordance with SO 1, each plaintiff group filed an amended complaint [Direct Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. Nos. 97, 98, 105); End-Payor Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 101); Plaintiff Humana, Inc.'s Amended Complaint (Dkt. No. 93)].

## D. Discovery Requests

On June 16, 2014, Plaintiffs served Defendants with Plaintiffs' First Joint Request for Production of Documents. In accordance with this Court's direction at the May 22, 2014 conference, Defendants have 60 days to respond to Plaintiffs' request for production.

## E. Rule 26(a) Disclosures

On June 30, 2014, in accordance with SO 1, the parties served Rule 26(a) disclosures.

### F. Anticipated Motions to Dismiss

On or before July 15, 2014, Defendants will file any motions to dismiss. Plaintiffs will file oppositions to the motions by August 15, 2014, and Defendants' will file replies on September 5, 2014.

### G. Protective Order and ESI Protocol

Defendants have proposed a draft protective order and 502(d) order to Plaintiffs. Plaintiffs will provide Defendants with a draft ESI protocol for discussion. In accordance with SO 1, the parties will confer to negotiate a joint protective order and ESI protocol. On or before July 25, 2014, in accordance with CMO 1, the parties will file a joint, or if necessary, competing proposals with the Court. Plaintiffs will also consider Defendants' proposed 502(d) order and the parties will confer and attempt to reach consensus, if possible, on the contents of such an order.

### H. Service of Non-Domestic Defendants

#### 1. Direct Purchaser Plaintiffs

At the May 22, 2014 pretrial conference, Direct Purchaser Plaintiffs reported that they were in the process of serving Defendants Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharma GmbH & Co. KG, both located in Germany, with their original complaints. As reported in Direct Purchaser Plaintiffs' Notices of Filing of Summary Returned Executed dated June 18, 2014 (Doc nos. 113 and 114), Direct Purchaser Plaintiffs' complaints have now been served on these defendants. Direct Purchaser Plaintiffs believe that such service was made in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Direct Purchaser Plaintiffs believe that all

Defendants have been served copies of Direct Purchaser Plaintiffs' Consolidated Amended Complaint pursuant to Rule 5 of the Federal Rules of Civil Procedure.

### 2. End Payor Purchaser Plaintiffs

Prior to the JPML's transfer of this MDL to the District of Connecticut, certain end-payor plaintiffs initiated Hague service of their original complaints on Teva Pharmaceuticals Industries Limited in Israel and Boehringer Ingelheim Pharma GmbH & Co. KG and Boehringer Ingelheim International GmbH in Germany.  The End-Payor Plaintiffs contend that the Teva entity was served on March 4, 2014 in accordance with the Hague Convention.  Regarding the Boehringer foreign entities, End-Payor Plaintiffs understand that the relevant documents were delivered to the German Central Authority for service on April 8, 2014, but have yet to receive confirmation of service.  End-Payor Plaintiffs have reached out to counsel for Boehringer Ingelheim Pharmaceuticals, Inc. for confirmation of service on the German entities.

### 3. Plaintiff Humana, Inc.

As of June 30, 2014, all domestic Defendants have acknowledged service of Humana Inc.'s First Amended Complaint [Dkt. Nos. 119, 121, 122, 123, 124, 125].  Counsel for Teva Pharmaceuticals USA, Inc. has informed Humana Inc.'s counsel that they are authorized to waive the requirements of Hague Convention service for Teva Pharmaceuticals Industries Ltd., located in Israel.  Accordingly, a waiver of service of summons on behalf of Teva Pharmaceuticals Industries Ltd. has been prepared and its execution is pending.  Counsel for Humana Inc. has also reached out to counsel for Boehringer Ingelheim Pharmaceuticals, Inc. regarding obtaining waivers of service of summons on behalf of Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharma GmbH & Co. KG, both located in Germany.  Humana's counsel was informed that both of these Defendants stand on their rights

for formal service, and therefore will commence service in accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

### I. Outstanding Motions

As of the date of this Joint Status Report, there are no outstanding motions.

Dated: July 1, 2014                                   Respectfully Submitted

/s/ Gerald C. Pia, Jr,

Gerald C. Pia, Jr.
Brian C. Roche
Roche Pia LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Tel: (203) 944-0235
Email: gpia@rochepia.com
broche@rochepia.com

*Interim Co-Liaison Counsel for Direct Purchaser Class Plaintiffs*

Bruce E. Gerstein
Joseph Opper
Ephraim R. Gerstein
Garwin Gerstein & Fisher, LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Email: bgerstein@garwingerstein.com
jopper@garwingerstein.com
egerstein@garwingerstein.com

*Interim Lead Counsel for Direct Purchaser Class Plaintiffs*

David F. Sorensen
Andrew C. Curley
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Tel: (215) 875-3000
Email: dsorensen@bm.net
acurley@bm.net

Thomas M. Sobol
David S. Nalven
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Email: tom@hbsslaw.com
davidn@hbsslaw.com
Ed@hbsslaw.com

Linda P. Nussbaum
Adam Steinfeld
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8504
Email: lnussbaum@gelaw.com
adamsteinfeld@gmail.com

*Interim Executive Committee for Direct Purchaser Class Plaintiffs*

David C. Raphael , Jr.
Erin R. Leger
Smith Segura & Raphael, LLP
3600 Jackson St., Suite 111
Alexandria, LA 71303
318-445-4480
Email: draphael@ssrllp.com
eleger@ssrllp.com

Peter Kohn
Joseph T. Lukens
Faruqi & Faruqi - PA
101 Greenwood Ave., Suite 600
Jenkintown, PA 19003-2793
215-277-5770
Email: pkohn@farquilaw.com
jlukens@faruqilaw.com

Stuart Des Roches
Chris Letter
Odom & Des Roches, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
504-522-0077
Email: sstuard@odrlaw.com
cletter@odrlaw.com

Barry S. Taus
Archana Tamoshunas
Taus Cebulash & Landau LLP
80 Maiden Lane, Suite 1204
New York, NY 10036
646-873-7651
Email: btaus@tcllaw.com
atamoshunas@tcllaw.com

6

| | |
|---|---|
| Russell A. Chorush<br>Heim, Payne & Chorush<br>Chase Tower<br>600 Travis<br>Suite 6710<br>Houston, TX  77002<br>713-221-2000<br>Email rchorush@hpcllp.com | Brent W. Landau<br>Hausfeld LLP<br>1604 Locust Street<br>Philadelphia, PA 19103<br>Tel.: (215) 985-3273<br>E-mail: blandau@hausfeldllp.com |

*Counsel for Direct Purchaser Class Plaintiffs*

| | |
|---|---|
| Donald A. Migliori<br>Michael M. Buchman<br>John A. Ioannou<br>Alex R. Straus<br>Motley Rice LLC<br>600 Third Avenue, Suite 2101<br>New York, NY 10016<br><br>Tel: (212) 577-0040<br><br>Fax: (212) 577-0054<br>E-mail:  dmigliori@motleyrice.com<br>         mbuchman@motleyrice.com<br><br>*Liaison Counsel for the*<br>*Proposed End-Payor Class* | William H. Narwold (ct 00133)<br>Mathew P. Jasinski (ct 27520)<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Tel: (860) 882-1676<br>Fax: (860) 882-1682<br>E-mail:  bnarwold@motleyrice.com<br><br>*Liaison Counsel for the*<br>*Proposed End-Payor Class* |
| Steve D. Shadowen<br>Hilliard & Shadowen LLC<br>39 West Main Street<br>Mechanicsburg, PA  17055<br>Tel: (855) 344-3928<br>E-mail:  steve@hilliardshadowenlaw.com<br><br>*Interim Co-Lead Counsel for the Proposed*<br>*End-Payor Class* | Renae D. Steiner<br>David R. Woodward<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Tel: (612) 338-4605<br>E-mail:  rsteiner@heinsmills.com<br>          dwoodward@heinsmills.com<br><br>*Interim Co-Lead Counsel for the Proposed*<br>*End-Payor Class* |

Marvin A. Miller
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
E-mail:  mmiller@MillerLawLLC.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

J. Douglas Richards
Cohen Milstein Sellers & Toll, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
E-mail:  drichards@cohenmilstein.com

*Executive Committee Member for the Proposed End-Payor Class*

Peter St. Phillip (ct29379)
Barbara J. Hart
Gerald Lawrence
Richard Cohen
Noelle Ruggiero
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2301
Telephone: (914) 997-0500
Email: pstphillip@lowey.com
         bhart@lowey.com
         glawrence@lowey.com
         rcohen@lowey.com
         nruggeiero@lowey.com

*Attorneys for Plaintiff Humana, Inc.*

Daniel C. Girard
Girard Gibbs LLP
601 California Street
San Francisco, CA 94108
Tel: (415) 981-4800
E-mail:  dcg@girardgibbs.com

*Executive Committee Member for the Proposed End-Payor Class*

Natalie Finkelman Bennett
Shepherd Finkelman Miller & Shah LLP
35 East State Street
Media, PA 19063

Tel: (610) 891-9880

E-mail:  nfinkelman@sfmslaw.com

*Executive Committee Member for the Proposed End-Payor Class*

Mark D. Fischer
Robert Griffith
Rawlings & Associates, PLLC
One Eden Parkway
LaGrange, KY  40031-1800
Telephone: (502) 587-1279
Email: mdf@rawlingsandassociates.com
         rg1@rawlingsandassociates.com

*Attorneys for Plaintiff Humana, Inc.*

| | |
|---|---|
| */s/ Robert A. Milne*<br>Robert A. Milne (ny 2317527)<br>Jack E. Pace III<br>Alison Hanstead<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>rmilne@whitecase.com<br>jpace@whitecase.com<br>ahanstead@whitecase.com | J. Mark Gidley<br>Peter J. Carney<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005-3807<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>pcarney@whitecase.com<br>mgidley@whitecase.com |

*Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

Christopher T. Holding
Robert D. Carroll
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
cholding@goodwinprocter.com
rcarroll@goodwinprocter.com

*Counsel for Defendants Teva Pharmaceuticals USA, Inc., Barr Pharmaceuticals Inc. (n/k/a Barr Pharmaceuticals, LLC), Barr Laboratories Inc., and Duramed Pharmaceuticals Inc. (n/k/a Teva Women's Health Inc.)*

                                                                                 J. Mark Gidley