UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2516 (SRU) |
| THIS DOCUMENT RELATES TO: | All Direct Purchaser Actions |
| | August 22, 2014 |

## NOTICE OF MANUAL FILING

Please take notice that the direct purchaser plaintiffs have manually filed an

***Unredacted Memorandum of Law in Opposition to Defendants' Motion to Dismiss [ECF Doc. #149]***.  This document has not been filed electronically because:

[ ] the document cannot be converted to an electronic format

[ ] the electronic file size of the document exceeds 5 MB

[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.

[ X ] The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d).


The document is being been manually served on all parties.

1

Respectfully submitted,

/s/
Gerald C. Pia, Jr. (ct21296)
Brian C. Roche (ct17975)
Roche Pia LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Tel: (203) 944-0235
Fax: (203) 567-8033
Email: gpia@rochepia.com
broche@rochepia.com

*Co-Liaison Counsel for the Direct Purchaser Class*

**CERTIFICATION**

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Copies of the **Memorandum in Opposition to Defendants' Motion to Dismiss [ECF Doc. # 149]** *will be served manually (electronically) on counsel of record and/or parties, as applicable.*

/s/
Brian C. Roche
Gerald C. Pia