IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | C.A. No. 3:14-MD-2516 (SRU) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OPPOSITION TO MOTION TO WITHDRAW BRADLEY J. DEMUTH (ECF 260) AND NOTICE OF CHANGE IN FIRM AFFILIATION

As noted in the Motion to Withdraw Bradley J. Demuth (ECF 260), filed by Peter A. Barile III – who himself has separately filed to withdraw from this matter (ECF 261) – I have recently changed firm affiliation from Grant & Eisenhofer, P.A. to Nussbaum Law Group, P.C. Along with Ms. Nussbaum of the Nussbaum Law Group, P.C., I continue to represent Plaintiff Cesar Castillo, Inc. in the above-captioned action. My new firm contact information is:

Nussbaum Law Group, P.C.
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel: (212) 702-7053
Fax: (212) 681-0300
Email: bdemuth@nussbaumpc.com

Accordingly, it is respectfully requested that this Court deny the Motion to Withdraw Bradley J. Demuth (ECF 260). Please instead take notice of my change in firm affiliation.

Respectfully submitted,

Dated: May 15, 2015

By: /s/ Bradley J. Demuth
Bradley J. Demuth
**NUSSBAUM LAW GROUP, P.C.**
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel: (212) 702-7053
Fax: (212) 681-0300
Email: bdemuth@nussbaumpc.com
*Counsel for Plaintiff Cesar Castillo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: May 15, 2015

By:  /s/ Bradley J. Demuth
Bradley J. Demuth
**NUSSBAUM LAW GROUP, P.C.**
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel: (212) 702-7053
Fax: (212) 681-0300
Email: bdemuth@nussbaumpc.com

*Counsel for Plaintiff Cesar Castillo, Inc.*