Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK R. Jaiman / R. Pollack    RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: 1 hours 20 minutes

DATE: 11/30/2015    START TIME: 2:20    END TIME: 3:40

LUNCH RECESS    FROM: ___    TO: ___

RECESS (if more than ½ hr)    FROM: ___    TO: ___

CIVIL NO. 3:14-md-2516

In re Aggrenox Antitrust Litigation

Multiple, appearances on record
Plaintiff's Counsel

vs

Multiple, appearances on record
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

| | | | |
|---|---|---|---|
| ☑ #374 | Motion to Dismiss | ☐ granted ☐ denied ☑ advisement |
| ☑ #348 | Motion to Compel Discovery | ☐ granted ☐ denied ☐ advisement |
| ☑ #354 | Motion to Compel Discovery | ☐ granted ☐ denied ☐ advisement |
| ☑ #363 | Motion to Compel Discovery | ☐ granted ☐ denied ☐ advisement |
| ☑ #411 | Motion to Compel Discovery | ☐ granted ☐ denied ☐ advisement |
| ☑ #412 | Motion for Entry of Revised Scheduling Order | ☐ granted ☐ denied ☐ advisement |
| ☑ #413 | Motion for Entry of Revised Scheduling Order | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion | ☐ granted ☐ denied ☐ advisement |
| ☐ | Oral Motion | ☐ granted ☐ denied ☐ advisement |

☐ Briefs(s) due ___    ☐ Proposed Findings due ___    Response due ___

☐ ............ ___    ☐ filed ☐ docketed
☑ ............ The motion to dismiss is taken under advisement and, as discussed on the    ☐ filed ☐ docketed
☑ ............ record, consideration of the other motions is deferred until the parties report    ☐ filed ☐ docketed
☑ ............ or propose how to proceed on the question of market definition on Tuesday.    ☐ filed ☐ docketed
☐ ............ ___    ☐ filed ☐ docketed
☐ ............ ___    ☐ filed ☐ docketed
☐ ............ ___ Hearing continued until ___ at ___