```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -x

IN RE:                            :   No. 3:14-MD-2516(SRU)
                                  :   915 Lafayette Boulevard
AGGRENOX ANTITRUST LITIGATION     :   Bridgeport, Connecticut
                                  :
                                  :   January 5, 2016

- - - - - - - - - - - - - - - - -x


                     TELEPHONE STATUS CONFERENCE


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.



A P P E A R A N C E S:

    FOR THE PLAINTIFFS:


         GARWIN GERSTEIN & FISHER, LLP
              88 Pine Street, 10th Floor
              New York, New York  10005
         BY:  JOSEPH OPPER, ESQ.


         KENNY NACHWALTER P.A.
              1100 Miami Center
              201 South Biscayne Boulevard
              Miami, Florida  33131
         BY:  SCOTT PERWIN, ESQ.


         MILLER LAW LLC
              115 S. LaSalle Street
              Suite 2910
              Chicago, Illinois  60603
         BY:  MARVIN A. MILLER, ESQ.
```

```
                  YOUNG COTTER & MEADE LLC
                       909 Poydrass Street
                       Suite 1600
                       New Orleans, Louisiana 70112
                  BY:  JOHN ALDEN MEADE, ESQ.



        FOR THE DEFENDANTS:


                  WHITE & CASE LLP
                       701 Thirteenth Street, NW
                       Washington, D.C.  20005
                  BY:  PETER J. CARNEY, ESQ.
```

Sharon L. Masse, RMR, CRR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (860)937-4177

```
 1   (Whereupon, the conference commenced at 3:01 p.m.)
 2           THE COURT:  Stefan Underhill.
 3           MR. OPPER:  Judge, this is Joe Opper for the
 4   direct purchaser class plaintiffs.  I think we have
 5   everybody represented except for the -- that action that
 6   was last filed.  I don't know if anybody is on for the
 7   DCD SLA action.  But otherwise --
 8           A VOICE:  He's just about to join.
 9           MR. OPPER:  Okay.
10           THE COURT:  All right, we'll wait a minute just
11   so we have everybody on.
12           (Pause.)
13           THE COURT:  All right, sounds like maybe we have
14   everybody now?  Do we have somebody for Blue Cross/Blue
15   Shield?
16           MR. MEADE:  Hello.  This is John Alden Meade on
17   behalf of Blue Cross Louisiana.
18           THE COURT:  All right.  Thank you.
19           Well, I appreciate receiving the joint status
20   report for today's call, and I thought it kind of
21   helpfully laid out the status of where we are, which
22   principally is waiting for the Court to get a couple
23   things decided, and I apologize that we're still in that
24   situation.  You've made my list of New Year's resolutions,
25   if that makes anybody feel any better.  So it's lose
```

1    weight, save more money and get Aggrenox decided.  So I
2    hope --
3              MR. CARNEY:  That would be great.
4              THE COURT:  I hope I do better on Number 3 than
5    I have done on Number 1 and 2.
6              In all seriousness, I'm very aware of the need
7    to decide some motions and figure out where we're going on
8    the market definition issue, and we are moving forward on
9    that.
10             Is there anything else we can actually usefully
11   do today?  Is there anything that anybody wants to talk
12   about, because I think it appears to me, anyway, that
13   things are somewhat stalled until we get a couple of
14   rulings out.
15             MR. CARNEY:  Your Honor, for defendants, Peter
16   Carney.  I guess the one thing might be just getting the
17   proposed scheduling order with the six-month extension
18   that the parties had agreed on in place, and depending on
19   what Your Honor does on the other pending motion, we might
20   all need more time, but it seems like we all agreed we
21   needed at least that much time, and that might be one
22   thing to do in the meanwhile.
23             THE COURT:  Yes, I'm happy to permit that extra
24   time.  And we'll reflect that -- we'll reflect that on the
25   conference memo.

1          MR. PERWIN: Judge, this is Scott Perwin. I was
2  just going to add that we have been discussing the
3  discovery issues with the defendants since the hearing
4  that Your Honor raised the issue of a potential resolution
5  of the market definition issue, and we have made some
6  progress. So I just want the Court to be aware that we
7  have not just been sitting on our hands while the Court
8  has these motions in front of it.
9          THE COURT: Okay, good.
10         MR. OPPER: Your Honor, this is Joe Opper for
11 the direct purchaser class. I just wanted to remind the
12 Court that there were two submissions with respect to
13 extending the schedule. I think all sides agree that we
14 need a six month. There was a dispute between the direct
15 purchaser class and the defendants. They wanted to have
16 class certification briefing before the close of
17 discovery, which is contrary to the prior order. We had
18 suggested just moving everything back, you know, six
19 months and keeping the staging of the various events in
20 place as the Court has to resolve that issue.
21         MR. CARNEY: For defendants, Your Honor, that's
22 right. We thought class cert was something that we could
23 keep going on in the meanwhile, but that is the one real
24 difference between the two proposals. Otherwise, we're
25 all agreed on the six months, Your Honor.

1          THE COURT:  I will admit that I didn't focus on
2  the timing of the class cert motion, so let me take a look
3  at that, and we'll docket something one way or the other
4  on that issue.
5          MR. CARNEY:  Thank you, Your Honor.
6          MR. OPPER:  Thank you.
7          THE COURT:  Okay.  Anything else that either I
8  should be aware of or that you want to discuss today?
9          MR. CARNEY:  Not for defendants, Your Honor.
10         MR. OPPER:  I don't think there's anything for
11  plaintiffs, unless my co-counsel think otherwise.
12         MR. MILLER:  Nothing from the end-payors, Your
13  Honor.
14         THE COURT:  All right.  Well, thanks for calling
15  in; and, again, I'm sorry we aren't in a position to do
16  more today but hopefully soon.  Take care.
17         (Whereupon, the conference adjourned at
18  3:07 p.m.)
19
20
21
22
23
24
25

C E R T I F I C A T E


      I, Sharon L. Masse, RMR, CRR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.


      January 14, 2016


      /S/ Sharon L. Masse
    Sharon L. Masse, RMR, CRR
    Official Court Reporter
    915 Lafayette Boulevard
  Bridgeport, Connecticut  06604
      Tel: (860)937-4177