UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | : : : Docket No. 3:14 MD 2516 (SRU) : : |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc.*, C.A. No. 3:14-cv-00572 (SRU) | : : : : : : : : |

PLAINTIFF HUMANA INC.'S RESPONSE TO DEFENDANTS' MEMORANDUM
IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

{2646 / MEMO / 00134211.DOCX v1}

On January 8, 2016, the Court ordered Defendants to show cause why the Court "should not enter an order restricting discovery and evidence in this case to the market in Aggrenox and any AB-rated bioequivalent substitute for Aggrenox." Order to Show Cause, ECF No. 432 at 2. Defendants' filed their Memorandum in Response to the Order to Show Cause on February 5, 2016, ECF No. 439. In order to not burden the Court with redundant submissions, Plaintiff Humana Inc. hereby joins the memoranda and supporting materials submitted by the other Plaintiffs in response to Defendants' February 5, 2016 Memorandum (ECF Nos. 448, 452 and 454).

## CONCLUSION

For the reasons set forth in Plaintiffs' responses, the Court should "restrict[] discovery and evidence in this case to the market in Aggrenox and any AB-rated bioequivalent substitute for Aggrenox." Order to Show Cause, ECF No. 432 at 2.

Dated: February 26, 2016

LOWEY DANNENBERG COHEN
& HART, P.C.

By: /s/ Peter D. St. Phillip
Peter D. St. Phillip (ct29379)

Richard W. Cohen
Gerald Lawrence
Uriel Rabinovitz
Noelle Ruggiero
One North Broadway
White Plains, New York 10601
Tel.: 914-997-0500
Email: pstphillip@lowey.com

RAWLINGS & ASSOCIATES PLLC
Mark D. Fischer
Robert Griffith

One Eden Way
LaGrange, KY  40031-8100
Telephone:  502-587-1279

*Counsel for Humana Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ *Noelle-Kristen Ruggiero*
Noelle-Kristen Ruggiero
