# MANDATE

D. Conn.
14-md-2516
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand seventeen.

Present:

Dennis Jacobs,
Robert D. Sack,
Susan L. Carney,
            *Circuit Judges.*

————————————————————————

In Re: Aggrenox Antitrust Litigation

————————————————————————

Barr Pharmaceuticals Inc., a Delaware corporation, AKA Barr Pharmaceuticals, LLC, et al.,

                    *Petitioners,*

Generic Pharmaceutical Association, Lisa Cameron, Steve Herscovici, Pharmaceutical and Research Manufacturers of America,

                    *Movants,*

                v.                                                                16-2864

A.F. of L. – A.G.C. Buildings Trade Welfare Plan, on behalf of itself and all others similarly situated, et al.,

                    *Respondents.*

————————————————————————

Petitioners move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court. The nonparty movants move to file amicus curiae briefs. Upon due consideration, it is hereby ORDERED the motions to file amicus curiae briefs are GRANTED. It is further

MANDATE ISSUED ON 01/09/2017

ORDERED that the petition is DENIED. *See Klinghoffer v. S.N.C. Achille Lauro Ed Altri-Gestione Motonave Achille Lauro in Amministrazione Straordinaria*, 921 F.2d 21, 23-25 (2d Cir. 1990).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit