IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE AGGRENOX ANTITRUST LITIGATION** | **Master Docket No. 3:14-cv-02516-(SRU)**<br><br>**Judge Stefan R. Underhill** |

**DECLARATION OF JOSEPH OPPER IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS AND PROPOSED SCHEDULE FOR A FAIRNESS HEARING**

I, Joseph Opper, declare as follows:

1. I am an attorney admitted *pro hac vice* in this matter and a partner in the law firm of Garwin Gerstein & Fisher LLP, Interim Lead Counsel for Direct Purchaser Class Plaintiffs pursuant to the Court's Order dated June 16, 2014 (ECF No. 94). I submit this Declaration in support of Direct Purchaser Class Plaintiffs' Unopposed Motion for Certification of a Settlement Class, Appointment of Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class and Proposed Schedule for a Fairness Hearing.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a Settlement Agreement dated August 15, 2017 between Direct Purchaser Class Plaintiffs and Defendants Boehringer Ingelheim Pharma GmbH & Co KG, Boehringer Ingelheim International GmbH, Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") and Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals, LLC), Barr Laboratories, Inc., Duramed Pharmaceuticals Inc. (n/k/a Teva Women's Health Inc.), and Duramed Pharmaceutical Sales Corp. (n/k/a Teva Sales and Marketing, Inc.)("Teva").

1

3. Attached hereto as <u>Exhibit A to the Settlement Agreement</u> is a proposed Order Granting Direct Purchaser Class Plaintiffs' Unopposed Motion for Certification of a Settlement Class, Appointment of Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class and Proposed Schedule for a Fairness Hearing.

4. Attached hereto as <u>Exhibit B to the Settlement Agreement</u> is a proposed form of Notice.

5. Attached hereto as <u>Exhibit C to the Settlement Agreement</u> is a proposed Order Granting Final Judgment and Order of Dismissal Approving Direct Purchaser Class Settlement and Dismissing Direct Purchaser Class Claims Against Boehringer and Teva.

6. Attached hereto as <u>Exhibit D to the Settlement Agreement</u> is a true and correct copy of an Escrow Agreement dated August 15, 2017 between Direct Purchaser Class Plaintiffs, Defendants and Berdon Claims Administration LLC.

7. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Declaration of Jeffrey Leitzinger, Ph.D., and exhibits thereto, dated September 5, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

September 6, 2017                             <u>/s/ Joseph Opper</u>