# **CERTIFICATE OF SERVICE**

I, Joseph Opper, hereby certify that on September 6, 2017, I caused the following documents to be filed with the Court's Electronic Case Filing (ECF) system which will effect service upon counsel of record for all parties:

- Direct Purchaser Class Plaintiffs' Unopposed Motion for Certification of a Settlement Class, Appointment of Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class and Proposed Schedule for a Fairness Hearing;

- Direct Purchaser Class Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Certification of a Settlement Class, Appointment of Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class and Proposed Schedule for a Fairness Hearing;

- Declaration of Bruce E. Gerstein and exhibits thereto.

A hard copy of the aforementioned documents will be served on the Court via Federal Express.

/s/ Joseph Opper

*Interim Lead Counsel for Direct Purchaser Class Plaintiffs*