IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE AGGRENOX ANTITRUST LITIGATION**<br><br>**ALL END-PAYOR CASES** | Master Docket No. 3:14-cv-02516 (SRU)<br><br>Judge Stefan R. Underhill |

**DECLARATION OF MARVIN A. MILLER IN SUPPORT OF END-PAYOR CLASS PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF FORM AND MANNER OF NOTICE TO CLASS, AND PROPOSED SCHEDULE FOR FINAL APPROVAL**

I, Marvin A. Miller, declare as follows:

1.  I am a partner in the law firm of Miller Law LLC and an Interim Co-Lead Counsel for End-Payor Class Plaintiffs. I submit this Declaration in support of End-Payor Class Plaintiffs' Unopposed Motion for Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, Preliminary Approval of Proposed Settlement, Approval of Form and Manner of Notice to Class, and Proposed Schedule for Final Approval ("Plaintiffs' Motion").

2.  Appended hereto is an Index of the documents I am about to describe, which are the documents that support or are the subject of Plaintiffs' Motion.

1

3. Attached hereto as Exhibit 1 is a true and correct copy of a Settlement Agreement dated December 22, 2017 between the End-Payor Class Plaintiffs and Defendants Boehringer Ingelheim Pharma GmbH & Co KG, Boehringer Ingelheim International GmbH, Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") and Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals, LLC), Barr Laboratories, Inc., Duramed Pharmaceuticals Inc. (n/k/a Teva Women's Health Inc.), and Duramed Pharmaceutical Sales Corp. (n/k/a Teva Sales and Marketing, Inc.) ("Teva").

4. Attached hereto as Exhibit A to the Settlement Agreement is a proposed Order Granting Indirect Purchaser Class Plaintiffs' Unopposed Motion for Certification of a Settlement Class, Appointment of Class Representatives and Class Counsel, Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class, and Schedule for Fairness Hearing.

5. Attached hereto as Exhibit B to the Settlement Agreement is Plaintiffs' proposed long-form Notice to the Class.

6. Attached hereto as Exhibit C to the Settlement Agreement is a proposed Order Granting Final Judgment and Order of Dismissal, Approving Indirect Purchaser Class Settlement, and Dismissing Indirect Purchaser Class Claims Against Boehringer and Teva.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Meredith Rosenthal in Support of Certification of the Settlement Class of End-Payor Purchasers of Aggrenox and Its Generic, and Attachments, dated January 5, 2018.

8. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Linda V. Young ("Young Affidavit"), and Exhibits, dated January 5, 2018.

9. Attached hereto as Exhibit A to the Young Affidavit is Plaintiffs' proposed Notice Program.

10. Attached hereto as Exhibit B to the Young Affidavit is Plaintiffs' proposed short-form Notice to the Class.

11.	Attached hereto as Exhibit 4 is Plaintiffs' proposed Plan of Allocation for the distribution of proceeds among the Class members.

12.	Attached hereto as Exhibit 5 is Plaintiffs' proposed Claim Form for consumer members of the Class.

13.	Attached hereto as Exhibit 6 is Plaintiffs' proposed Claim Form for Third-Party Payor members of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

January 8, 2018 /s/ Marvin A. Miller

**INDEX OF KEY DOCUMENTS ATTACHED TO MILLER DECLARATION**

Exhibit 1:  Settlement Agreement

    A. Proposed Order on Preliminary Approval
    B. Proposed long-form Notice to Class
    C. Proposed Order on Final Approval

Exhibit 2:  Declaration of Economist Meredith Rosenthal

Exhibit 3:  Affidavit of Notice Expert Linda Young

    A. Proposed Notice Program
    B. Proposed short-form Notice to Class

Exhibit 4:  Proposed Plan of Allocation

Exhibit 5:  Proposed Claim Form for Consumers

Exhibit 6:  Proposed Claim Form for Third-Party Payors