# Exhibit 4

PLAN OF ALLOCATION

I. **Amount Payable To A Claimant**

1. If a person or entity ("Claimant") submitting a Proof of Claim is not a member of the Settlement Class, then that Claimant shall not be entitled to any distribution from the Settlement. If a Claimant is a member of the Settlement Class, then that Claimant's eligibility to participate in this Plan of Allocation, and the amount of payment the Claimant shall receive (if any), is described below. The Net Settlement Amount shall be distributed to Eligible Claimants as follows:

II. **Definitions**

2. "Allocation Pool" shall mean the Consumer Pool and the Third-Party Payor Pool, defined below.

    A. "Consumer Pool" shall mean, 21.2 percent of the Net Settlement Fund as defined in the Settlement Agreement dated December 22, 2017.

    B. "Third-Party Payor Pool" shall mean, 78.8 percent of the Net Settlement Fund as defined in the Settlement Agreement dated December 22, 2017.

3. "Class States" shall mean: The Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

4. "Eligible Claimant" shall mean any member of the Settlement Class who submits a timely and valid Proof of Claim

1

5. "Net Settlement Amount" shall mean the Settlement Fund Amount ($54,000,000), less Court-approved attorneys' fees, reimbursement of costs and expenses, incentive awards, and fees and costs associated with issuing notice and claims administration.

6. "Notice" shall mean the legal notice authorized by the Court in the *In re: Aggrenox Antitrust Litigation*, 3:14-md-02516 (SRU) District of Connecticut to be disseminated to the class of indirect purchasers of Aggrenox.

7. "Proof of Claim" shall mean the document titled "Consumer Proof of Claim and Release," which is available for download at www.InreAggrenoxAntitrustLitigation.com, or by calling 1-800-302-7323. The timeliness and validity of a Claimant's Proof of Claim shall be determined by the Claims Administrator.

8. "Qualifying Claim" shall mean (i) for consumers, the number of 30—day prescriptions you paid for Aggrenox and generic Aggrenox in the Class States from November 30, 2009 through December 22, 2017; (ii) for Third-Party Payors, the amount you paid, for Aggrenox and generic Aggrenox in the Class States from November 30, 2009 through December 22, 2017.

9. "Settlement" shall mean the Settlement Agreement dated December 22, 2017 and as described in the Notice.

10. "Settlement Class" shall mean All persons or entities in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New

2

Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, who indirectly purchased, paid and/or provided reimbursement for some or all of the purchase price for branded or generic Aggrenox, for consumption by themselves, their families, or their members, employees, insureds, participants, or beneficiaries, other than for resale, from November 30, 2009 through December 22, 2017, subject to the specific exclusions identified in the Settlement Agreement.

### III. Distribution Among Eligible Claimants *Inter Se*

11. No Eligible Claimant shall be permitted to recover from any Allocation Pool unless that Claimant submits a Proof of Claim with a Qualifying Claim for that Allocation Pool.

12. Each Allocation Pool shall be distributed to Eligible Claimants in that Allocation Pool on a *pro rata* of Qualifying Claim basis. To determine each Eligible Claimant's Qualifying Claim *pro rata* share of an Allocation Pool, the Claims Administrator shall multiply the total value of that Allocation Pool by a fraction, for which (a) the numerator is the Qualifying Claim for that Eligible Claimant for that Allocation Pool, and (b) the denominator is the sum total of all Qualifying Claims by all Eligible Claimants for that Allocation Pool.

13. If the initial proposed distribution to an Allocation Pool would result in the Claimants in that pool receiving more than their single damages, then the amount initially allocated to that pool that is in excess of those Claimants' collective single damages shall be divided between the two Allocation Pools (21.2% to the Consumer Pool and 78.8% to the Third-

3

Party Payor Pool) and distributed pro-rata among the Eligible Claimants in that pool. For purposes of this provision, the amount of the single damages for a consumer Eligible Claimant is $41.86 per 30-day prescription.

14. Claimants shall be paid only out of the Allocation Pool for which they are eligible. Claimants who have opted out of the Class shall not receive any of the Settlement proceeds.

## IV. Administration.

15. All determinations under this Plan of Allocation shall be made by the Claims Administrator, subject to review by Lead Counsel and approval by the Court.

## V. Amendments to the Plan of Allocation.

16. This Plan of Allocation may be amended. To obtain the most up-to-date information regarding the Plan of Allocation, please visit www.InreAggrenoxAntitrustLitigation.com, or call 1-800-302-7323.