# Exhibit 5

| MUST BE POSTMARKED ON OR BEFORE _____, 201X | *In re Aggrenox Antitrust Litigation*<br>Case No. 3:14-md-02516 (D. Conn.) | FOR OFFICIAL USE ONLY<br>*ABDCA99999* |

## CONSUMER PROOF OF CLAIM

### YOUR CLAIM MUST BE POSTMARKED ON OR BEFORE MONTH XX, 201X

**Mail your claim to:**   Aggrenox Settlement
c/o A.B. Data, Ltd
P.O. Box 17XXXX
Milwaukee, WI 53217

OR

Submit the Proof of Claim form using the Settlement Administrator's Website, www.InReAggrenoxAntitrustLitigation.com

### Section A: Claimant Identification

Claimant's Name

Agent/Legal Representative

Street Address

City                                                               State                                    Zip Code

Daytime Telephone Number                      E-Mail Address*

*By providing your e-mail address, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.

### Section B: Should I File a Claim Form?

You must meet the following definition to be eligible for cash from the Proposed Settlement:

All persons or entities in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, who, in one of the listed states, indirectly purchased, paid and/or provided reimbursement for some or all of the purchase price for branded or generic Aggrenox, for consumption by themselves, their families, or their members, employees, insureds, participants, or beneficiaries, other than for resale, from November 30, 2009 through December 22, 2017.

The following persons or entities are excluded from the proposed End-Payor Class Settlement: (a) Defendants and their counsel, officers, directors, management, employees, subsidiaries, or affiliates; (b) all federal or state governmental entities, *except* cities, towns, or municipalities with self-funded prescription drug plans; (c) all persons or entities who purchased Aggrenox for purposes of

Page 1 of 3

resale or who purchased directly from the Defendant or their affiliates; (d) fully-insured health plans (plans that purchased insurance from another third-party payor covering 100% of the plan's reimbursement obligations to its members); (e) Pharmacy Benefits Managers; (f) Humana Inc. and its subsidiaries as listed in paragraph 4 of Humana's Second Amended Complaint dated April 13, 2015 (Doc. No. 239); (f) Louisiana Health Service Indemnity Company d/b/a BlueCross/Blueshield of Louisiana ("BCBSLA") as defined in paragraph 17 of BCBSLA's Amended Complaint dated August 12, 2015 (Doc. No. 6); (g) flat co-payers (consumers who paid the same co-payment amount for brand and generic drugs); (h) co-payers (consumers) who did not purchase branded Aggrenox before July 1, 2015 **and** who have a flat generic co-pay, *i.e.* a fixed dollar copayment (*e.g.*, $10 for generic drugs) regardless of the co-payment applicable to branded drugs; (i) all persons who purchased or received branded or generic Aggrenox through a Medicaid program only; (j) the judges in this case and any members of their immediate families; (k); Purchasers for all purchases of Aggrenox in the State of Rhode Island prior to July 15, 2013; and (l) Purchasers for all purchases of Aggrenox in the State of Oregon before 2010.

☐ By checking this box, I confirm that I have read the definition of the class and I am not excluded from participating in the Proposed Settlement.

## Section C: Purchase Information

Provide the number of prescriptions that you purchased AND total amount of the Class Member's out-of-pocket expenditures for purchases or reimbursement of Aggrenox® or generic versions of Aggrenox® in the **Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin, or Puerto Rico** from November 30, 2009 through December 22, 2017, inclusive.

Only include purchases in the states listed above from November 30, 2009 through December 22, 2017.

Do <u>NOT</u> include purchases in Oregon prior to 2010 or in Rhode Island prior to July 15, 2013.

| AGGRENOX® BRAND PRESCRIPTIONS | NUMBER OF 30-DAY PRESCRIPTIONS |
|---|---|
| Provide the number of 30-day prescriptions from November 30, 2009 through December 22, 2017, for which you purchased Aggrenox® or generic versions | |

| AGGRENOX® BRAND PRESCRIPTIONS | TOTAL AMOUNT PAID |
|---|---|
| Purchases or Reimbursements from November 30, 2009 through December 22, 2017, inclusive. | $ |

## Section D: Note Regarding Documentation

<u>You do not need to provide any documentation at this time</u>.  However, the Claims Administrator may ask for additional proof of payment.  Any one of the following is acceptable as claim documentation for Aggrenox® brand or generic versions of Aggrenox® prescriptions purchased or reimbursed between November 30, 2009 and December 22, 2017, inclusive:

1) Itemized receipts, cancelled checks, or credit card statement that show a payment for Aggrenox® or generic versions of Aggrenox®; or
2) An EOB (explanation of benefits) from your insurer that shows you paid for Aggrenox® or generic versions of Aggrenox®; or
3) Records from your pharmacy showing that you paid for Aggrenox® or generic versions of Aggrenox®.

### Section E: Certification

I have read and am familiar with the contents of the Instructions accompanying this Claim Form. I certify that the information I have set forth in the above Proof of Claim and in any documents attached by me are true, correct and complete to the best of my knowledge. I certify that I or the Class Member I represent paid the total amount set forth above in out-of-pocket expenditures for purchases or reimbursements of Aggrenox® brand or generic versions of Aggrenox® prescriptions in **Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin, or Puerto Rico** from November 30, 2009 through December 22, 2017, inclusive. I further certify that I or the Class Member I represent did not opt out of the certified Class in this Action. Nor did I or the represented Class Member purchase such Aggrenox® or generic versions of Aggrenox® for purposes of resale. In addition, I have not (or the represented Class Member has not) served as counsel, officer, director, agent, or employee of Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Limited ("Teva"), Barr Pharmaceuticals Inc., Barr Laboratories, Inc. ("Barr"), Duramed Pharmaceuticals Inc., Duramed Pharmaceuticals Sales Corp. ("Duramed"), Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), (together, the "Defendants"), or a corporate parent, subsidiary, affiliate, or other related entity thereof; or a judge or justice assigned to hear any aspect of this lawsuit.

To the extent I have been given authority to submit this Proof of Claim by a Class Member on its behalf, and accordingly am submitting this Proof of Claim in the capacity of an Authorized Agent with authority to submit it by the Class Member identified on a separate sheet of paper submitted with this form, and to the extent I have been authorized to receive on behalf of this Class Member(s) any and all amounts that may be allocated to it from the Settlement Fund, I certify that such authority has been properly vested in me and that I will fulfill all duties I may owe the Class Member. In the event amounts from the Settlement Fund are distributed to me and a Class Member later claims that I did not have the authority to claim and/or receive such amounts on its behalf, I and/or my employer will hold the Class, counsel for the Class, and the Settlement Administrator harmless with respect to any claims made by the Class Member.

I hereby submit to the jurisdiction of the United States District Court for the District of Connecticut for all purposes connected with this Proof of Claim, including resolution of disputes relating to this Proof of Claim. I acknowledge that any false information or representations contained herein may subject me to sanctions, including the possibility of criminal prosecution. I agree to supplement this Proof of Claim by furnishing documentary backup for the information provided herein, upon request of the Settlement Administrator.

**I certify that the above information supplied by the undersigned is true and correct to the best of my knowledge and that this Proof of Claim form was executed this _____ day of _____, 201___.**

Signature

Print or Type Name

Mail the completed Claim Form postmarked on or before **_____, 201X**, along with proof of payment, if required, to the following address:

Aggrenox Settlement
c/o A.B. Data, Ltd.
P.O. Box 17XXXX
Milwaukee, WI 53217

Toll-Free Telephone: 1-8XX-XXX-XXXX   Website: www.InReAggrenoxAntitrustLitigation.com

**REMINDER CHECKLIST:**
1. Please complete and sign the above Proof of Claim form. Attach or upload any documentation supporting your claim.
2. Keep a copy of your Proof of Claim form and supporting documentation for your records.
3. If you would also like acknowledgement of receipt of your Proof of Claim form, please complete the form online or mail this form via Certified Mail, Return Receipt Requested.
4. If you move and/or your name changes, please send your new address and/or your new name or contact information to the Settlement Administrator via the Settlement Website or U.S. Mail (the addresses are listed in the Notice).