# Exhibit 6

| MUST BE POSTMARKED ON OR BEFORE _____, 201X | *In re Aggrenox Antitrust Litigation*<br>Case No. 3:14-md-02516 (D. Conn.) | FOR OFFICIAL USE ONLY<br>*ABDCA99999* |

# THIRD-PARTY PAYOR PROOF OF CLAIM AND RELEASE

Use Blue or Black Ink Only

> **ATTENTION: THIS FORM IS ONLY TO BE FILLED OUT ON BEHALF OF A THIRD-PARTY PAYOR NOT INDIVIDUAL CONSUMERS**

## PART I – CLAIMANT IDENTIFICATION

| SECTION A | | SECTION B |
|---|---|---|
| ONLY IF YOU ARE FILING AS A CLASS MEMBER FOR YOUR COMPANY'S HEALTH PLAN | OR | ONLY IF YOU ARE AN AUTHORIZED AGENT FILING ON BEHALF OF ONE OR MORE CLASS MEMBERS |

### Section A: Company or Health Plan Class Member Only

**Company or Health Plan Name**
[ ]

**Contact Name**
[ ]

**Address 1**
[ ]

**Address 2** | **Floor/Suite**
[ ] | [ ]

**City** | **State** | **Zip Code**
[ ] | [ ] | [ ]

**Area Code - Telephone Number** | **Tax Identification Number**
[ ] | [ ]

**Email Address**
[ ]

List other names by which your company or health plan has been known or other Federal Employer Identification Numbers ("FEINs") it has used since November 30, 2009.

[ ]
[ ]

☐ Health Insurance Company/HMO    ☐ Self-Insured Employee Health Plan    ☐ Self-Insured Health & Welfare Fund

☐ Other (Explain) [ ]

Page 1 of 4

**Section B: Authorized Agent Only**

** As an Authorized Agent, please check how your relationship with the Class Member(s) is best described:

☐ Third-Party Administrator

☐ Pharmacy Benefits Manager

☐ Other (Explain): _____

Authorized Agent's Company Name
_____

Contact Name
_____

Address _____  Floor/Suite _____

City _____  State _____  Zip Code _____

Area Code - Telephone Number _____  Authorized Agent's Tax Identification Number _____

Email Address
_____

Please list the name and FEIN of every Class Member (i.e., Company or Health Plan) for whom you have been duly authorized to submit this Claim Form (attach additional sheets to this Proof of Claim as necessary). Alternatively, you may submit the requested list of Class Member names and FEINs in an electronic format, such as Excel or a tab-delimited text file saved on a disk. Please contact the Claims Administrator to determine what formats are acceptable.

| CLASS MEMBER'S NAME | CLASS MEMBER'S FEIN |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## PART II – AMOUNT CLAIMED

Please type or print in the box below, the total amount paid or reimbursed for Aggrenox® net of co-pays, deductibles, and co-insurance in the Settlement Class States from November 30, 2009 through December 22, 2017, inclusive.

Note that this Settlement excludes all federal and state governmental entities, excluding cities, towns, or municipalities with self-funded prescription drug plans.

| AGGRENOX® BRAND PRESCRIPTIONS | TOTAL AMOUNT PAID |
|---|---|
| Purchases or Reimbursements by Class States from November 30, 2009 to December ___, 2017, inclusive. | $ |

You must submit claims data and information in support of the purchase amounts stated above if your total net claim amount is more than $100,000. Instructions on how to do so are found in the Claims Documentation Instructions on Page 1. If your total net claim is $100,000 or less, you need not provide complete claims data with this Claim Form, but the Settlement Administrator may require supporting documentation.

## PART III – CERTIFICATION

I (We) have read and am (are) familiar with the contents of the Instructions accompanying this Claim Form. I (We) certify that the information I (we) have set forth in the above Proof of Claim and in any documents attached by me (us) are true, correct and complete to the best of my (our) knowledge. I (We) certify that I (we) of the Class Member(s) I (we) represent paid the total amount set forth above in out-of-pocket expenditures for purchases or reimbursements of Aggrenox® brand prescriptions in the Settlement Class States from November 30, 2009 through December 22, 2017, inclusive. I (We) further certify that I (we) or the Class Member(s) I (we) represent did not opt out of the certified Class in these Actions. Nor did I (we) or the represented Class Member(s) purchase such Aggrenox® for purposes of resale. In addition, I (we) have not (or the represented Class Member(s) has not) served as counsel, officer, director, agent, or employee of Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Limited ("Teva"), Barr Pharmaceuticals Inc., Barr Laboratories, Inc. ("Barr"), Duramed Pharmaceuticals Inc., Duramed Pharmaceuticals Sales Corp. ("Duramed"), Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), (together, the "Defendants"), or a corporate parent, subsidiary, affiliate, or other related entity thereof; or a judge or justice assigned to hear any aspect of this lawsuit.

To the extent I (we) have been given authority to submit this Proof of Claim by a Class Member(s) on its behalf, and accordingly am submitting this Proof of Claim in the capacity of an Authorized Agent with authority to submit it by the Class Member(s) identified on a separate sheet of paper submitted with this form, and to the extent I (we) have been authorized to receive on behalf of this Class Member(s), in the event amounts from the Settlement Fund are distributed to me (us) and a Class Member(s) later claims that I (we) did not have authority to claim and/or receive such amounts on its behalf, I (we) and/or my (our) employer will hold the Class, counsel for the Class, and the Settlement Administrator harmless with respect to any claims made by the Class Member(s).

I (We) hereby submit to the jurisdiction of the United States District Court for the District of Connecticut for all purposes connected with the Proof of Claim, including resolution of disputes relating to this Proof of Claim. I(we) acknowledge that any false information or representations contained herein may subject me (us) to sanctions, including the possibility of criminal prosecution. I (we) agree to supplement this Proof of Claim by furnishing documentary backup for the information provided herein, upon request of the Settlement Administrator.

**I certify under the penalties of perjury pursuant to the laws of the United States that the above information supplied by the undersigned is true and correct to the best of my knowledge and that this Proof of Claim form was executed this _____ day of _____, 201__.**

Signature

Position/Title

Print Name

Date

Mail the completed Claim Form, along with any supporting documentation as described in Claim Documentation Instructions on page 2 above, postmarked on or before **_____, 201X** to:

Aggrenox Settlement
c/o A.B. Data, Ltd.
P.O. Box 17XXXX
Milwaukee, WI 53217

Toll-Free Telephone: 1-8XX-XXX-XXXX     Website: www._____.com

**REMINDER CHECKLIST:**

1. Please complete and sign the above Proof of Claim form. Attach or upload any documentation supporting your claim.
2. Keep a copy of your Proof of Claim form and supporting documentation for your records.
3. If you would also like acknowledgement of receipt of your Proof of Claim form, please complete the form online or mail this form via Certified Mail, Return Receipt Requested.
4. If you move and/or your name changes, please send your new address and/or your new name or contact information to the Settlement Administrator via the Settlement Website or U.S. Mail (the addresses are listed above).