# CERTIFICATE OF SERVICE

I, Steve Shadowen, hereby certify that I caused the following documents to be filed electronically via the Court's electronic filing system, which will effect service upon counsel of record for all parties:

- End-Payor Class Plaintiffs' Motion for Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, Preliminary Approval of Proposed Settlement, Approval of Form and Manner of Notice to Class, and Proposed Schedule for Final Approval;

- End-Payor Class Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, Preliminary Approval of Proposed Settlement, Approval of Form and Manner of Notice to Class, and Proposed Schedule for Final Approval;

- Declaration of Marvin Miller and exhibits thereto

Dated: January 8, 2018                    Respectfully Submitted,

                                          /s/ Steve D. Shadowen
                                          Steve D. Shadowen