UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: AGGRENOX ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL END-PAYOR CLASS ACTIONS | )<br>)<br>)<br>)   C.A. No. 3:14-MD-2516 (SRU)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO STRIKE HUMANA COUNSEL'S JANUARY 16, 2018 LETTER (ECF NO. 750) AND IN SUPPORT OF EPPS' MOTION FOR PRELIMINARY APPROVAL (ECF NO. 748)**

Pursuant to Rules 7(b)(1) and 11(a) of the Federal Rules of Civil Procedure and Rule 5(b) of the Local Rules of Civil Procedure for the District of Connecticut, Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH (collectively, "Boehringer"), Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals, LLC), Barr Laboratories Inc., Duramed Pharmaceuticals, Inc. (n/k/a/ Teva Women's Health Inc.), and Duramed Pharmaceutical Sales Corp. (n/k/a Teva Sales and Marketing, Inc.) (collectively, "Teva") (together with Boehringer, "Defendants") hereby move the Court to strike the January 16, 2018 letter (ECF No. 750) filed by Lowey Dannenberg, P.C. ("Humana Counsel's Letter"), and grant End-Payor Plaintiffs' ("EPPs") motion for preliminary approval (ECF No. 748).

As explained more fully in the supporting memorandum accompanying this motion, the Court should strike Humana Counsel's Letter because the letter fails to identify a single class member who actually opposes EPPs' motion for preliminary approval. Moreover, the arguments in the letter are insufficient to deny EPPs' Motion for Preliminary Approval. To the extent the

Court addresses the merits at this stage or after the opt-out period ends, Humana Counsel should still be required to file a notice of appearance on behalf of any absent class member who opposes preliminary approval or objects to the settlement.

Dated: February 5, 2018              Respectfully Submitted,

                                          */s/ Ross E. Elfand*
J. Mark Gidley (ct 22743)
Peter J. Carney (ct 24721)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Robert A. Milne (pro hac vice)
Jack E. Pace III (pro hac vice)
Alison Hanstead (pro hac vice)
Ross E. Elfand (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Richard P. Colbert (ct 08721)
DAY PITNEY LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

James T. Cowdery (ct 05103)
COWDERY & MURPHY, LLC
280 Trumbull Street, 22nd Floor
Hartford, Connecticut 06103
Telephone: (860) 278-5555
jcowdery@cowderymurphy.com

*Counsel for Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Pharma GmbH & Co. KG, and Boehringer Ingelheim International GmbH*


*/s/ Christopher T. Holding*
Christopher T. Holding (ct 29474)
Robert D. Carroll (pro hac vice)
Sarah K. Frederick (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

James T. Shearin (ct 01326)
PULLMAN & COMLEY, LLC
850 Main St., P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone:  (203) 330-2000
Facsimile:  (203) 576-8888

*Counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals, LLC), Barr Laboratories Inc., Duramed Pharmaceuticals, Inc. (n/k/a/ Teva Women's Health Inc.), and Duramed Pharmaceutical Sales Corp. (n/k/a Teva Sales and Marketing, Inc.)*

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2018, I caused a true and correct copy of the foregoing Motion to Strike Humana Counsel's January 16, 2018 Letter (ECF No. 750) and in Support of EPPs' Motion for Preliminary Approval (ECF No. 748) to be served through the CM/ECF system upon all counsel of record.

Date:  February 5, 2018            By:    */s/ Ross E. Elfand*
                                          Ross E. Elfand (pro hac vice)
                                          WHITE & CASE LLP
                                          1221 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 819-8200
                                          Facsimile: (212) 354-8113
                                          relfand@whitecase.com