UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2516 (SRU) |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR CLASS ACTIONS | |

**END-PAYOR CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

End-Payor Class Plaintiffs, A.F. of L. – A.G.C. Building Trades Welfare Plan; AFSCME District Council 47 Health and Welfare Fund; AGC-International Union of Operating Engineers Local 701 Health & Welfare Trust Fund; International Union of Operating Engineers Local 49 Health & Welfare Fund; International Union of Operating Engineers Local 132 Health and Welfare Fund; Man-U Service Contract Trust Fund; NECA-IBEW Welfare Trust Fund; Painters District Council No. 30 Health & Welfare Fund; Pipefitters Union Local No. 537 Health & Welfare Fund; Plumbers and Pipefitters Local 178 Health & Welfare Trust Fund; School Cafeteria Employees Local No. 634 Health and Welfare Fund; Twin City Iron Workers Health and Welfare Fund; United Food and Commercial Workers Local 1776 & Participating Health and Welfare Fund; Welfare Plan of the International Union of Operations Engineers Locals 137, 137A, 137B, 137C, and 137R; The Electrical Workers' Insurance Fund; and Sergeant's Benevolent Association Health & Welfare Fund (collectively "Indirect Purchaser Class Plaintiffs," "named Plaintiffs," "End Payor Class Plaintiffs" or "Plaintiffs"), hereby move for entry of the Final Approval Order submitted herewith.

In support of this Motion, End Payor Class Plaintiffs rely upon the accompanying Memorandum of Law and Declaration of Steve Shadowen (and exhibits thereto).

Dated: June 18, 2018

Respectfully submitted,

End-Payor Class Plaintiffs

/s/*Steve Shadowen*
Steve Shadowen
HILLIARD & SHADOWEN LLP
2407 S. Congress Ave., Ste. E 122
Austin, TX  78704
855-344-3298

/s/*Marvin A. Miller*
Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910,
Chicago, IL 60603
312-332-3400

/s/*Renae D. Steiner*
Renae D. Steiner
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
612-338-4605

*Co-Lead Counsel for the End-Payor Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, a true copy of the foregoing document was served on counsel of record by filing the document with the Court's CM/ECF system.

*/s/ Steve D. Shadowen*
Steve D. Shadowen