UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX<br>ANTITRUST LITIGATION | :<br>:<br>:   Docket No. 3:14 MD 2516 (SRU)<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | :<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF STEVE SHADOWEN IN SUPPORT OF
END-PAYOR PLAINTIFFS' MOTION FOR FINAL APPROVAL**

I, Steve Shadowen, declare as follows:

1.      I am a partner of Hilliard Shadowen LLP.  This declaration is submitted in support of End-Payor Plaintiffs' Motion for an Order Regarding Certain Opt Out Requests.

2.      My firm is one of the Lead Counsel for the End-Payor Class in this action.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Eric J. Miller.

4.      Co-lead Counsel received an Objection to the Settlement from the Orange County District Attorney which can be located at ECF No. 794.

5.      End-Payor Class Plaintiffs responded to that Objection on June 13, 2018, which can be located at ECF No. 804.

6.      Louisiana Health Service Indemnity Company filed an Objection on April 20, 2018 (ECF No. 790), and subsequently withdrew the objection on May 18, 2018 (ECF No. 797).

7.      Co-Lead Counsel received no objections to the Motion for Attorneys' Fees (ECF 786).

8.     Pursuant to paragraph 5(a) of the Settlement Agreement, Defendants had the right to reduce dollars to be deposited into, the Settlement Fund by an amount (the "Draw Down") equal to the Settlement Fund Amount multiplied by the ratio of the Opt Out's net spend on Aggrenox and generic Aggrenox (the "Numerator") over the Indirect Purchaser Class's total gross spend on Aggrenox and generic Aggrenox (the "Denominator"). The Opt Out's net spend is its gross spend on Aggrenox and generic Aggrenox minus the member copay, in the Class states, for the time period from November 30, 2009 through December 31, 2016. The Indirect Purchaser Class's gross spend is the amount spent on Aggrenox and generic Aggrenox in the same states and jurisdictions during the same time period used for the Opt Out's net spend in the Numerator. The Indirect Purchaser Class's gross spend is the amount spent on Aggrenox and generic Aggrenox in the same states and jurisdictions during the same time period used for the Opt Out's net spend in the Numerator.

9.     In summary, the numerator was determined by use of the opt out Insurer's and their clients' data.  The parties worked with the Insurers to understand the data fields, and to separate the Insurers' spending from that of their ASO plan clients.  The denominator was determined by using IMS National Prescription Audit (NPA) data to determine total expenditures and using CMS National Drug Utilization data to deduct the expenditures for Medicaid and National Health Expenditure data to deduct the expenditures of excluded federal and state governmental agencies.  That national data was then adjusted to capture only Class states' spending, by use of each state's share of the national spend on all prescription drugs.

10.     The effort to determine the draw down required the parties to agree on the data set and to agree to certain assumption in the face of some data deficiencies, which required multiple conversations with each other and their economists, with the Claims Administrator, AB Data, and with the Insurers' counsel.  The results of these efforts determined that the opt outs accounted for 6.9829768 percent of the total class spend on Aggrenox and generic Aggrenox ($117,027,146.14 spend for opt outs;

$1,675,891,951 total class spend). That draw down reduces the Settlement Fund to $50,229,193.

11.     If the ASO plan clients were allowed to be excluded by the Insurers from the Class, the opt outs would account for 8.4283429 percent of the class spend ($141,249,921/$1,675,891,951).  If ASO plan clients are excluded from the class, the Settlement Fund would be reduced by $780,498, leaving a net settlement fund of $49,448,695.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This Declaration is executed this 5th day of June, 2018, in Austin, Texas.

*/s/ Steve Shadowen*
Steve Shadowen

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | Master Docket No. 3:14-cv-02516 (SRU)<br><br>Judge Stefan R. Underhill |

**DECLARATION OF ERIC J. MILLER REGARDING**
**A) MAILING OF THE NOTICE AND PROOF OF CLAIM AND RELEASE;**
**B) PUBLICATION OF SUMMARY NOTICE; AND**
**C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Eric J. Miller, declare as follows:

      1.      I am the Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), with its principal offices in Milwaukee, Wisconsin.

      2.      Pursuant to the Court's Ruling and Order dated March 6, 2018 (the "Preliminary Approval Order"); A.B. Data was appointed to serve as claims administrator and to assist Class Counsel in disseminating the Notice.

      3.      This Declaration details the steps that were taken to implement the notice per the terms of the Preliminary Approval Order, which consist of the following:

      a.      Disseminating the Notice to members of the Class of the pendency of this Action and the proposed Settlement thereof;

      b.      Establishing a case-specific toll-free telephone line with Interactive Voice Response (IVR) system and live operators;

      c.      Establishing a case-specific website for the Settlement at www.InReAggrenoxAntitrustLitigation.com (the "Website"); and

      d.      Claim processing.

## PUBLICATION NOTICE

4.      A. B. Data worked extensively with Class Counsel to prepare a Summary Notice, attached to this Declaration as Exhibit A.

5.      Pursuant to the Notice Plan approved by this Court, A.B. Data implemented the Notice Program at an estimated reach of approximately 80%. A.B. Data submitted the Summary Notice to the periodicals indicated in the table below for publication on the dates noted:

| **Publication** | **Issue Date** |
| --- | --- |
| *Parade* | April 15, 2018 |
| *Time* | April 16, 2018 |
| *People* | April 16 and 23, 2018 |
| PR Newswire | March 29, 2018 |
| Digital Media | March 30 – May 18, 2018 |

6.      Beginning on March 30, 2018, A.B. Data coordinated at least 172 million internet banners and Facebook ads to appear on popular websites through May 18, 2018 across the U.S. and Puerto Rico. When clicked, the banners directed potential members of the Settlement Classes to the case-specific website or Facebook page. A sample internet banner in English and Spanish is attached to this Declaration as Exhibit B. Sponsored search listings were acquired on Google AdWords so a link to the case website would appear on search result pages when searching for key words like "stroke medication." A thirty-day banner ad campaign was purchased on the website, ThinkAdvisor.com/life-health, to reach TPP's. The banner ads for this campaign are attached as Exhibit C.

## WEBSITE

7.      On or about March 20, 2018, A.B. Data established a website designated for this Action, www.InReAggrenoxAntitrustLitigation.com. The website includes information regarding the Action and

downloadable copies of the Notice and Claim Forms, as well as the capability of submitting Claims online; the Preliminary Approval Order; the End Payor Consolidated Class Action Complaint; the IPP Motion for Attorney's Fees Reimbursement of Expenses Service Awards; the Motion for Fees Joint Declaration of Miller, Steiner, and Shadowen; the Motion for Fees; the Motion for Fees Memo in Support of Attorney's Fees and Expenses; and the Motion for Fees Steiner Declaration of Declarations (with Exhibits 1-25). The website became operational on March 20, 2018, and is accessible 24 hours a day, 7 days a week.

## TELEPHONE HOTLINE

8.      On or about March 20, 2018, A. B. Data established a case-specific toll-free number, 800-494-2165, with an Interactive Voice Response (IVR) system and live operators to accommodate members of the Class. The automated attendant answers calls and presents callers with a series of choices in response to basic questions. If callers require further assistance, they have the option to transfer to a live operator during business hours.

## DIRECT MAIL NOTICE

9.      A.B. Data formatted the Notice and Claim Forms for printing.  A true and correct copy of the Notice and Claim Forms is attached hereto as Exhibit D.

10.      A.B. Data established a mailing list of potential TPP Settlement Class Members by identifying third-party payors and their representatives (the "TPP Mailing List"). The TPP Mailing List was compiled using membership listings and existing databases from publicly available sources including U.S. Department of Labor Form 5500 filings and the Pharmacy Benefit Management Institute. Following de-duplication, the Mailing List comprised a total of 40,876 unique notice records relating to the names and addresses of potential TPP Class Members.

11.      A.B. Data caused the TPP Mailing List to be standardized and updated using NCOALink®, a national database of address changes that is compiled by the United States Postal Service.

12.     On March 16, 2018, in accordance with the Notice Plan approved by the Court, A.B. Data caused 40,771 Notice Packets to be mailed to the potential TPP Class Members included on the TPP Mailing List via the USPS by First-Class Mail.

13.     As of the date of this Declaration, an additional 121 Notice Packets were mailed in response to requests received from potential Consumer and TPP Class Members.

## REPORT ON REQUESTS FOR EXCLUSION

14.     As further discussed in my Declaration dated June 5, 2018, the Notice informed Consumers and Third-Party Payors that if they wish to opt out of the Settlement Class they must submit a written request to be mailed to *In re Aggrenox Antitrust Litigation*, EXCLUSION, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 and postmarked no later than May 11, 2018.

15.     As of June 5, 2018, A.B. Data had received fourteen (14) timely requests from Third-Party Payors and one (1) timely request from a Consumer to opt out of the Settlement Class.  As of the date of this Declaration, A.B. Data has not received any additional requests to opt out of the Settlement Class.

## REPORT ON OBJECTIONS

16.     The Notice informed Consumers and Third-Party Payors that if they object to the request for attorneys' fees and request for reimbursement of expenses, request for payment of incentive awards to the Class Representatives, of the proposed settlement, they must send a written objection to Aggrenox Settlement, OBJECTION, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 no later than May 11, 2018.

17.     As further discussed in my Declaration dated June 5, 2018, A.B. Data had received two (2) timely objections from Third-Party Payors.  One objection was subsequently withdrawn.  As of the date of this Declaration, A.B. Data has not received any additional objections.

## **REPORT ON CLAIMS**

18.    Pursuant to the Preliminary Approval Order, Claim Forms are to be mailed to the address listed in the Notice Packet postmarked or submitted online through the Website no later than September 14, 2018. As of July 3, 2018, 170 claims totaling $24,201,071.07 have been filed by TPPs and 17,966 claims totaling $70,124,267.98 have been filed by Consumers.   A.B. Data anticipates that a large percentage of the TPPs will file claims closer to the filing deadline.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2018 at Palm Beach Gardens, FL.


_____
Eric J. Miller

# EXHIBIT A

**If You Purchased Aggrenox® or Generic Aggrenox® A Class Action Settlement Could Affect You**

A proposed $54 million settlement has been reached in a class action lawsuit regarding the prescription drug Aggrenox (aspirin/extended-release dipyridamole). The lawsuit claims that Defendants Boehringer Ingelheim and Teva Pharmaceutical hurt competition and violated state laws by delaying the availability of allegedly less-expensive generic versions of Aggrenox®. Defendants deny any wrongdoing.

*No one is claiming that Aggrenox or its generic equivalent is unsafe or ineffective.*

### Who is included?

You are a Consumer Class Member if you:
- Purchased and/or paid for Aggrenox® or generic versions of Aggrenox®,
- In the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (purchases after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin
- For consumption by yourself or your family,
- From November 30, 2009 through December 22, 2017.

You are NOT a Class Member if you paid a flat co-pay (consumers who paid the same co-payment amount for brand and generic drugs), if you pay a flat co-pay for generic prescriptions and did not purchase Aggrenox before July 1, 2015, or if you purchased or received branded or generic Aggrenox through a Medicaid program only.

### What do the settlements provide?

The Defendants will pay a total of $54 million into a Settlement Fund to settle all claims in the lawsuit brought on behalf of consumer and health insurers known as third-party payors.

Class Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund, plus interest, litigation expenses and incentive payments to the Class Representatives.  After these deductions, the remainder of the Settlement Fund will be distributed *pro rata* to Class Members who file a valid claim form. The amount of money you are eligible to receive will depend on how much you (and other consumers) paid for Aggrenox® or generic versions of Aggrenox®.

### How do I get a payment?

You must submit a Claim Form by **September 14, 2018** to be eligible for a payment. See below.

### What are my other rights?

If you do not want to be legally bound by the Settlement, you must exclude yourself.  The exclusions deadline is **May 11, 2018**. If you do not exclude yourself, you will not be able to sue the Defendants for any claim relating to the lawsuit. If you stay in the Settlement, you may object to the Settlement by **May 11, 2018**. The Court will hold a hearing on July 19, 2018 at 1:00 p.m. Eastern time to consider whether to approve the Settlement, a request for attorneys' fees, expenses and incentive awards. The Court has appointed attorneys to represent the Class. You or your own lawyer may ask to appear and speak at the hearing at your own expense.  These deadlines may be amended by Court Order, so check the litigation website noted below.

**For more information and a Claim Form:**
**Visit www.InReAggrenoxAntitrustLitigation.com or call 1-800-494-2165**

# EXHIBIT B

Aggrenox - Digital Banner Ads - ENGLISH

300x250

**$54 Million Aggrenox®**
**Pharmaceutical Settlement**

If you purchased **Aggrenox®** medication or it's generic equivalent, you could get money from a **$54 Million Settlement**

**File A Claim**

**And You Could Get Money!**

InReAggrenoxAntitrustLitigation.com

300x50 Mobile

**Aggrenox®**
**$54 Million**
**Pharmaceutical Settlement**

File a Claim
And You Could Get Money!
InReAggrenoxAntiTrustLitigation.com

728x90

300x600

**$54 Million Aggrenox®**

**Pharmaceutical Settlement**

If you purchased **Aggrenox®** medication or it's generic equivalent, you could get money from a $54 Million Settlement

**File A Claim**

**And You Could Get Money!**

InReAggrenoxAntitrustLitigation.com



If you purchased **Aggrenox®** medication or it's generic equivalent, you could get money from a $54 Million Settlement

InReAggrenoxAntitrustLitigation.com

**$54 Million Aggrenox®**
**Pharmaceutical Settlement**

File a Claim
And You Could Get Money!

Aggrenox - Digital Banner Ads - SPANISH

300x250



300x600



728x90

Si compró el medicamento **Aggrenox**® o su equivalente genérico, podria obtener dinero de una conciliación por USD 54 millones  InReAggrenoxAntitrustLitigation.com   Conciliación farmacéutica de **Aggrenox**® por USD 54 millones   ¡Presente una reclamación y podria recibir dinero!

# EXHIBIT C

Aggrenox - Digital Banner TPP Ads (English)

300x250



728x90

 

# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

**NOTICE OF CLASS ACTION AND PROPOSED INDIRECT PURCHASER SETTLEMENT**

**If you purchased Aggrenox or its generic version,
the settlement of a class action lawsuit may affect your rights.**

*This Notice is being provided by Order of the U.S. District Court.
It is not a solicitation from a lawyer. You are not being sued.*

- **Your legal rights are affected whether you act or do not act, so please read this notice carefully.**

- The purpose of this notice is to alert you to a proposed settlement relating to a Class Action Lawsuit (the "Lawsuit") brought by indirect purchasers ("Indirect Purchaser Class Plaintiffs") of Aggrenox (aspirin/extended-release dipyridamole). The Lawsuit is pending in the United States District Court for the District of Connecticut ("the Court") against the following Defendants: Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim International GmbH, Boehringer Ingelheim Pharma GmbH & Co. KG, (collectively "Boehringer Ingelheim"); and Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd. ("Teva"), Barr Pharmaceuticals Inc. (n/k/a Barr Pharmaceuticals LLC), Barr Laboratories, Inc., Duramed Pharmaceuticals Inc. (n/k/a Teva Women's Health Inc.) and Duramed Pharmaceuticals Sales Corp. (n/k/a/ Teva Sales and Marketing, Inc.) ("Barr") (collectively "Teva"). Plaintiffs in the lawsuit claim that Defendants hurt competition and violated state laws in the United States and its territories, including Puerto Rico. Plaintiffs allege Defendants unlawfully delayed the availability of allegedly less-expensive generic versions of Aggrenox and that Defendants' conduct caused consumers and third-party payors (discussed below) to pay too much for Aggrenox in these states and territories. Defendants deny any wrongdoing.

*This lawsuit does not claim that Aggrenox is unsafe or ineffective.*

**PROPOSED CLASS**

This Notice (the "Settlement Notice") provides notice of the proposed settlements with the Defendants on behalf of the members of the Proposed Settlement Class as defined below. As described below, if you are a member of the Proposed Settlement Class, you may object to the Settlement.

The Court has determined that the lawsuit between Indirect Purchaser Class Plaintiffs and Defendants can be a class action for purposes of this settlement because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts, for those purposes.   The class (hereinafter, the "Indirect Purchaser Class Plaintiffs" or the "Class") includes the following:

> All persons or entities in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, who, in one of the listed states, indirectly purchased, paid and/or provided reimbursement for some or all of the purchase price for branded or generic Aggrenox, for consumption by themselves, their families, or their members, employees, insureds, participants, or beneficiaries, other than for resale, from November 30, 2009 through December 22, 2017.
> .

The following persons or entities are excluded from the proposed Indirect Purchaser Class Settlement: (a) Defendants and their counsel, officers, directors, management, employees, subsidiaries, or affiliates; (b) all federal or state governmental entities, *except* cities, towns, or municipalities with self-funded prescription drug plans; (c) all persons or entities who purchased Aggrenox for purposes of resale or who purchased directly from the Defendant or their affiliates; (d) fully-insured health plans (plans that purchased insurance from another third-party payor covering 100% of the plan's reimbursement obligations to its members); (e) Pharmacy Benefits Managers (but not excluding affiliates, subsidiaries or related companies who would otherwise be included in the class definition); (f) Humana Inc. and its subsidiaries as listed in paragraph 4 of Humana's Second Amended Complaint dated April 13, 2015 (Doc. No. 239); (f) Louisiana Health Service Indemnity Company d/b/a BlueCross/BlueShield of Louisiana ("BCBSLA") as defined in paragraph 17 of BCBSLA's Amended Complaint dated August 12, 2015 (Doc. No. 6); (g) flat co-payers (consumers who paid the same co-payment amount for brand and generic drugs); (h) co-payers (consumers) who did not purchase branded Aggrenox before July 1, 2015 ***and*** who have a flat generic co-pay, *i.e.*, a fixed dollar copayment (*e.g.*, $10 for generic drugs) regardless of the co-payment applicable to branded drugs; (i) all persons who purchased or received branded or generic Aggrenox through a Medicaid program only; (j) the judges in this case and any members of their immediate families; (k); Purchasers for all purchases of Aggrenox in the State of Rhode Island prior to July 15, 2013; and (l) Purchasers for all purchases of Aggrenox in the State of Oregon before 2010.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS** | You may choose to exclude yourself (i.e., "opt out") from the Class. If you decide to exclude yourself, you will not be bound by any decision in this Lawsuit relating to Defendants. This is the only option that allows you ever to be part of any lawsuit (other than this Lawsuit) against Defendants relating to the legal claims against Defendants in this case. The Exclusion Deadline is May 11, 2018. |
| **OBJECT TO THE SETTLEMENT** | Do not exclude yourself. Write and explain what you do not like about the Settlement. See Question 12. The objection deadline is May 11, 2018. Please consult **www.InReAggrenoxAntitrustLitigation.com** for any updates on deadlines. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. Your notice of intention to appear at the Final Approval Hearing must be postmarked no later than May 11, 2018. Please consult **www.InReAggrenoxAntitrustLitigation.com** for any updates on deadlines. |
| **DO NOTHING** | Remain a part of this lawsuit and participate in the Settlements. |

**THESE RIGHTS AND OPTIONS AND THE DEADLINES TO EXERCISE THEM ARE EXPLAINED IN THIS NOTICE.**

## TABLE OF CONTENTS

BASIC INFORMATION ABOUT THE LAWSUIT AND SETTLEMENTS......................................3
1.  Why did I get this Notice? ...............................................................................................3
2.  What is the lawsuit about? ...............................................................................................4
3.  What is the current status of the lawsuit? .......................................................................4
4.  What does the Settlement provide?..................................................................................4
5.  What are members of the Class giving up in exchange for the Settlements? .................4
DETERMINING IF YOU ARE A MEMBER OF THE CLASS ...............................................6
6.  I am an individual who purchased or paid for Aggrenox and/or its generic equivalent; how do I know if I am a member of the Class?...........................................................................................................6
7.  I am a Third-Party Payor that has purchased or paid for Aggrenox and/or its generic equivalent; how do I know if I am a member of the Settlement Class? .................................................................6
YOUR SETTLEMENT OPTIONS AS A MEMBER OF THE CLASS .................................7
8.  How much money can I get? ............................................................................................7
9.  When will I get a payment? .............................................................................................7
10. What are my options as a member of the Class? .............................................................8
11. What does it mean to object? ..........................................................................................8
12. How do I object to the proposed Settlements?................................................................8
EXCLUDING YOURSELF FROM THE SETTLEMENT......................................................8
13. What does it mean to request to be excluded from the Settlement? ...............................8
14. How do I get out of the Settlement? (Excluding yourself.) ............................................9
15. How do Third-Party Payors get out of the Settlement? (Excluding a Third-Party Payor) .................9
16. What is the legal significance of excluding myself? .....................................................10
17. If I don't exclude myself, can I sue later?....................................................................10
18. What's the difference between objecting and excluding myself from the Settlement?..........10
IF YOU DO NOTHING ..........................................................................................................10
19. What happens if I do nothing at all? .............................................................................10
THE LAWYERS REPRESENTING YOU ...............................................................................11
20. As a member of the Settlement Class, do I have a lawyer representing my interests in this Class Action and the Settlements? ...........................................................................................................11
21. How will the lawyers representing the Class be compensated? Will the named Plaintiffs receive an incentive award? ..............................................................................................................11
22. Should I get my own lawyer? ........................................................................................11
THE COURT'S FINAL APPROVAL HEARING.....................................................................12
23. When and where will the Court determine whether to approve the Settlement?...................12
24. Do I have to attend the Final Approval Hearing? .........................................................12
25. May I speak at the Final Approval Hearing? ................................................................12
GETTING MORE INFORMATION........................................................................................12
26. Where do I get more information?.................................................................................12

## BASIC INFORMATION ABOUT THE LAWSUIT AND SETTLEMENTS

**1.     Why did I get this Notice?**

You received this Notice because you requested it or records indicate that you may be a member of the Indirect Purchaser Class. A Settlement has been reached with Defendants. All Defendants deny any wrongdoing. You are not being sued. This Settlement Notice describes the lawsuit, the Settlement of this case, and the rights and options you have now.

**2.     What is the lawsuit about?**

The lawsuit is about the price of Aggrenox and whether its manufacturer, Boehringer Ingelheim, delayed the availability of an allegedly less-expensive generic version through alleged anticompetitive agreements with Barr. Plaintiffs (those who brought the suit) allege that Boehringer Ingelheim and Barr did so through unlawful settlement of patent lawsuits in which the patents covering Aggrenox were in dispute. After the challenged agreements were entered into, Barr was acquired by Teva.  Plaintiffs claim that Defendants' actions denied Indirect Purchasers who paid for Aggrenox the benefits of competition and caused them to pay higher prices for Aggrenox than they otherwise would have paid.

Defendants deny these claims and deny that they did anything wrong. Defendants assert that the settlement of the patent lawsuits did not violate Federal or state antitrust or consumer protection laws. Defendants assert that their conduct has not delayed the entry of generic versions of Aggrenox into the market.  No court or other authority has found that Defendants engaged in any wrongdoing.

**3.     What is the current status of the lawsuit?**

Plaintiffs have agreed to settle with the Defendants. The lawsuit is currently pending in the United States District Court for the District of Connecticut before United States District Judge Stefan R. Underhill. The case name is *In re Aggrenox Antitrust Litigation*, and the civil action number is 3:14-md-2516-SRU (D. Conn.). The Court has set a Final Approval Hearing for the proposed Settlement on July 19, 2018 at 1:00 p.m. Eastern time, in Courtroom 1 at the United States District Court for the District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport CT 06604.The Court may continue the Final Approval Hearing without further notice so please consult **www.InReAggrenoxAntitrustLitigation.com** for any updates on deadlines.

**4.     What does the Settlement provide?**

Defendants have agreed to pay fifty-four million dollars ($54,000,000.00) in cash into the Settlement Fund (which will include any earnings or interest that accrues). Indirect Purchaser Class Plaintiffs' Counsel will apply to the Court for an award of attorneys' fees (of up to thirty-three and one-third percent (33⅓%) of the Settlement Fund), a proportionate share of the interest earned on the Settlement Fund, and expenses, incentive awards to the Class Representatives of $10,000.00 each their services to the Class, and payment for costs of administering the settlement from the fund. The remainder (the "Net Settlement Fund") will be divided among Class Members. Plaintiffs' Counsel may also apply for additional attorneys' fees and costs incurred for services rendered to defend any appeals from final approval of the Settlement, additional services rendered in connection with claims administration, and to enforce the terms of the Settlement.

The Settlement additionally provides for what happens if the Defendants subsequently resolve the litigation with any persons or entities who elect to exclude themselves from the Settlement ("opt outs") and pursue Aggrenox-related claims against the Defendants. If such a resolution occurs, the Settlement provides that the Defendants shall make additional payments to Class Counsel, in an interest-bearing account (the "Set Aside Fund"), in an amount equal to ten percent (10%) of any amount that Defendants pay to any person or entity who opted out of this Class and will be available for distribution to Class Counsel upon Court approval.  The parties agree that this amount is intended to cover a portion of Indirect Purchaser Class Counsels' attorneys' fees, costs and expenses. The amount of any such attorneys' fees, costs and expenses awarded to Class Counsel from the Set Aside Fund shall be determined by the Court. Any Set Aside Funds not awarded to Class Counsel shall be returned to the Defendants.

**5.     What are members of the Class giving up in exchange for the Settlements?**

In exchange for the Settlements, members of the Class will agree to a "Release of Claims" against the Defendants as follows:

Upon the Settlement Agreement  becoming final, Plaintiffs and the Indirect Purchaser Class, except those who have requested exclusion from the Class and such request has been approved by the Court,  shall unconditionally, fully and finally release  and forever discharge  Defendants,  any past, present, and future parents, subsidiaries, divisions,

affiliates, joint ventures, stockholders, officers, directors, management, supervisory boards, insurers, general or limited partners, employees, agents, trustees, associates, attorneys and any of their legal representatives, or any other representatives thereof (and the predecessors, heirs, executors, administrators, successors and assigns of each of the foregoing) (the "Released Parties") from any and all manner of claims, rights, debts, obligations, demands, actions, suits, causes of action, damages whenever incurred, liabilities of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, including costs, expenses, penalties and attorneys' fees, accrued in whole or in part, in law or equity, that Plaintiffs or any member or members of the Indirect Purchaser Class (including any of their past, present, or future officers, directors, insurers, general or limited partners, divisions, stockholders, agents, attorneys, employees, legal representatives, trustees, parents, associates, affiliates, joint ventures, subsidiaries, heirs, executors, administrators, predecessors, successors and assigns, acting in their capacity as such) (the "Releasors"), whether or not they object to the Settlement, ever had, now has, or hereafter can, shall or may have, indirectly, representatively, derivatively or in any other capacity, arising out of or relating in any way to any claim under federal or state laws that was alleged or could have been alleged in the Indirect Purchaser Class Action, prior to the date of this Settlement, including but not limited to:

(1) the alleged delayed entry of generic Aggrenox;
(2) conduct with respect to the procurement, maintenance and enforcement of United States Patent No. 6,015,577; and
(3) the sale, marketing or distribution of Aggrenox or generic Aggrenox except as provided for in paragraph 15 of the Settlement Agreement (the "Released Claims").

Releasors hereby covenant and agree that each shall not sue or otherwise seek to establish or impose liability against any Released Party based, in whole or in part, on any of the Released Claims. For the avoidance of doubt, the release provided herein applies, without limitation, to any conduct relating to the procurement, maintenance or enforcement of United States Patent Number 6,015,577, including any commencement, maintenance, defense or other participation in litigation concerning any such patent, that was alleged in, could be fairly characterized as being alleged in, is related to an allegation made in, or could have been alleged in the Indirect Purchaser Class Action.

In addition, Plaintiffs, on behalf of themselves and all other Releasors, hereby expressly waive, release and forever discharge, upon the Settlement becoming final, any and all provisions, rights and benefits conferred by §1542 of the California Civil Code, which reads:

**SECTION 1542. GENERAL RELEASE; EXTENT. A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR;**

or by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable or equivalent to § 1542 of the California Civil Code. Plaintiffs and members of the Indirect Purchaser Class may hereafter discover facts other than or different from those which he, she or it knows or believes to be true with respect to the claims which are the subject matter of this paragraph 14, but each Plaintiff and member of the Indirect Purchaser Class hereby expressly waives and fully, finally and forever settles, releases and discharges, upon this Settlement becoming final, any known or unknown, suspected or unsuspected, asserted or unasserted, contingent or non-contingent claim that would otherwise fall within the definition of Released Claims, whether or not concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts. Each Plaintiff and member of the Indirect Purchaser Class also hereby expressly waives and fully, finally and forever settles, releases and discharges any and all claims it may have against any Released Party under § 17200, *et seq.*, of the California Business and Professions Code or any similar comparable or equivalent provision of the law of any other state or territory of the United States or other jurisdiction, which claims are expressly incorporated into the definition of Released Claims.

The Settlement Agreement, available at **www.InReAggrenoxAntitrustLitigation.com**, fully describes the Settlement and the Released Claims. If you have any questions, you can talk with the lawyers listed in Question 20 for free, or you can, of course, talk with your own lawyer if you have questions about what this means.

## DETERMINING IF YOU ARE A MEMBER OF THE CLASS

**6.     I am an individual who purchased or paid for Aggrenox and/or its generic equivalent; how do I know if I am a member of the Class?**

As a **Consumer**, you may be a member of the Class if:

- From November 30, 2009 through December 22, 2017, you purchased or paid for some or all of the purchase price for Aggrenox and/or its generic versions in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, for consumption by yourself or your family.

 The following are *NOT* members of the Class:

- Defendants and their counsel, officers, directors, management, employees, subsidiaries, or affiliates;
- All federal or state governmental entities, except cities, towns, or municipalities with self-funded prescription drug plans;
- All persons or entities who purchased Aggrenox for purposes of resale or who purchased directly from the Defendant or their affiliates;
- Fully insured health plans (plans that purchased insurance from another third-party payor covering 100% of the plan's reimbursement obligations to its members);
- Pharmacy Benefits Managers (but not excluding affiliates, subsidiaries or related companies who would otherwise be included in the class definition);
- Humana and its subsidiaries as listed in paragraph 4 of Humana's Second Amended Complaint, dated April 13, 2015 (Doc. No. 239);
- BCBSLA;
- Flat co-payers (consumers who paid the same co-payment amount for brand and generic drugs);
- Co-payers (consumers) who did not purchase branded Aggrenox before July 1, 2015 *and* who have a flat generic co-pay, *i.e.*, a fixed dollar copayment (*e.g.*, $10 for generic drugs) regardless of the co-payment applicable to branded drugs;
- All persons that purchased or received branded or generic Aggrenox through a Medicaid program only; and
- The judges in this case and any members of their immediate families;
- All persons or entities who purchased Aggrenox in the State of Rhode Island prior to July 15, 2013; and
- All persons or entities who purchased Aggrenox in the State of Oregon before 2010.

**7.     I am a Third-Party Payor that has purchased or paid for Aggrenox and/or its generic equivalent; how do I know if I am a member of the Settlement Class?**

As a **Third-Party Payor**, you may be a member of the Class if:

- From November 30, 2009 through December 22, 2017, you purchased, paid and/or reimbursed for some or all of the purchase price for Aggrenox and/or its generic versions in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon[1], Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, for consumption by your members, employees, insureds, participants, or beneficiaries.

- As a Third-Party Payor, you are *NOT* a member of the Class if you are among any of the following:

---

[1]  Purchases in Oregon must have been made in 2010 or after and purchases in Rhode Island must have been made after July 15, 2013.

o   Defendants and their counsel, officers, directors, management, employees, subsidiaries, or affiliates;

o   All federal or state governmental entities, excluding cities, towns, or municipalities with self-funded prescription drug plans;

o   All persons or entities that purchased Aggrenox or its generic equivalents for purposes of resale or directly from the Defendants or their affiliates;

o   Fully-insured health plans (plans that purchased insurance from another Third-Party Payor covering 100% of the plan's reimbursement obligations to its members);

o   Pharmacy Benefits Managers (but not excluding affiliates, subsidiaries or related companies who would otherwise be included in the class definition);

o   Humana Inc. and its subsidiaries as listed in paragraph 4 of Humana's Second Amended Complaint, dated April 13, 2015 (Doc. No. 239) ("Humana");

o    Louisiana Health Service Indemnity Company d/b/a BlueCross/BlueShield of Louisiana ("BCBSLA") as defined in paragraph 17 of BCBSLA's Amended Complaint dated August 12, 2015 (Doc. No. 6, No. 3:15-cv-00964).

o   All entities who did not purchase branded Aggrenox before July 1, 2015 **and** purchased only branded Aggrenox after July 1, 2015;

o   The judges in this case and any members of their immediate families;

o   Purchasers for their purchases of Aggrenox in the State of Oregon before 2010;

o   Purchasers for their purchases of Aggrenox in the State of Rhode Island before July 15, 2013.

Third-Party Payors include all health insurance companies, third-party administrators, health maintenance organizations, health and welfare plans that make payments from their own funds, and other health benefit providers and entities with self-funded plans that contract with a health insurer or administrator to administer their prescription drug benefits. Third-Party Payors include such private entities that may provide prescription drug benefits for current or former public employees and/or public benefits programs, but only to the extent that such a private entity purchased Aggrenox and/or its generic equivalent for consumption by its members, employees, insureds, participants, or beneficiaries. For purposes of this definition, an entity "paid for" Aggrenox and/or its generic equivalent if it paid some or all of the purchase price.

## YOUR SETTLEMENT OPTIONS AS A MEMBER OF THE CLASS

**8.      How much money can I get?**

At this time, it is unknown how much each member of the Class who submits a valid claim will receive. Payments will be based on a number of factors, including the number of valid claims filed by all members of the Settlement Class and the dollar value of each member of the Class' purchase(s) in proportion to the total claims filed. No matter how many claims are filed, no money will be returned to the Defendants once the Court finally approves the Settlement. In order to receive a payment, you will need to file a valid claim form before the claims period ends. The net settlement funds, after the payment of Court-approved attorneys' fees, reimbursement of expenses, incentive awards, escrow fees, and claims administration fees and costs, shall be distributed to eligible members of the Class according to the Plan of Allocation described herein.

**9.      When will I get a payment?**

When you get your payment depends on several matters, including whether the Court decides to give Final Approval to the settlement, and any subsequent proceedings, including appeals from the Final Order and Judgment.

**If you decide not to exclude yourself from the Class, when you get a payment depends on the timing of Final Approval and any appeal of that Final Approval. The Net Settlement Fund will be allocated to members of the Class as soon as practicable after Final Approval has been obtained for the proposed Settlement. You will not be responsible for calculating the amount you may be entitled to receive.**

The Plan of Allocation is as follows: the Net Settlement Fund will be divided into two pools, one for consumers and one for third-party payors.  The Consumer Pool shall receive 21.2% of the Net Settlement Fund and the Third-Party Payor Pool shall receive 78.8% of the Net Settlement Fund Amount, both percentages to be adjusted to account for any opt-outs.  Eligible Claimants shall be paid out of each Allocation Pool for which they are eligible. Eligible Claimants will receive a distribution from their respective pool which allocation will be on a *pro rata* basis in the respective Consumer or Third-Party Payor Pool in proportion to how much Aggrenox® and/or generic Aggrenox® the Eligible Claimant purchased, paid for or reimbursed, net of rebates, coupons, etc. If the initial proposed distribution to an Allocation Pool results in the Claimants in that pool receiving more than their single damages, then the distributions shall be adjusted as noted in the Plan of Allocation, which is available on **www.InReAggrenoxAntitrustLitigation.com**.

If the proposed Settlement is given Final Approval, but there is an appeal of the Final Approval, the appeal could take several years to resolve. Any net earnings and accrued interest on the Settlement Fund will be included, *pro rata*, in the amount paid to the members of the Class.

If you do decide to exclude yourself from the Settlement Class, which means that you are choosing not to be a part of the Settlement Class and the Settlement, then you will not receive a share of the Settlement Fund.

**10.      What are my options as a member of the Class?**

If you are a member of the Settlement Class, you can choose to do nothing, exclude yourself from the Settlement Class, or object to the Settlement.

**11.      What does it mean to object?**

Objecting is telling the Court that you don't like something about the request for attorneys' fees and request for reimbursement of expenses, request for payment of incentive awards to the Class Representatives, or the proposed Settlement. You can give reasons why you think the Court should not approve it. The Court will consider your views before making a decision, but if the Court rejects your objection you will remain a member of the Class.

**12.      How do I object to the proposed Settlements?**

To object, you must prepare and sign a written objection that includes: (1) the case name and number ("*In re Aggrenox Antitrust Litigation*, Civil Action No. 3:14-md-2516"); (2) your full name, current address, and telephone number; (3) a written statement of your objections and the specific reasons for each; (4) any supporting papers, evidence, or documents; (5) a statement of whether you intend to appear and present your objections at the Fairness Hearing (see Question 23); and (6) your signature. You must send your objection to the Claims Administrator not later than **MAY 11, 2018**.

Aggrenox Settlement<br>
OBJECTION<br>
c/o A.B. Data, Ltd<br>
P.O. Box 173001<br>
Milwaukee, WI 53217

**EXCLUDING YOURSELF FROM THE SETTLEMENT**

**13.      What does it mean to request to be excluded from the Settlement?**

If you do not want to be part of the Settlement and you want to keep your right to sue the Defendants relating to the allegations in *In re Aggrenox Antitrust Litigation* concerning the alleged delay in the entry of generic Aggrenox, then you must take steps to remove yourself from the Settlement. This is called excluding yourself, or "opting out" of the Settlement Class. If you exclude yourself, you will not receive any payment or anything else from the Settlement. Any orders entered by the Court will not be binding on you.

**14.    How do I get out of the Settlement? (Excluding yourself.)**

To exclude yourself from the Settlement, you must send a letter by mail saying that you wish to be excluded from the Settlement Class for the Settlement Agreements with the Defendants in *In re Aggrenox Antitrust Litigation*, Civil Action No. 3:14-md-2516. Be sure to include your name, address, telephone number, and signature. You cannot exclude yourself on the telephone or by email. You must mail your Request for Exclusion, postmarked no later than **MAY 11, 2018**, to:

Aggrenox Settlement
EXCLUSION
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI  53217

**15.    How do Third-Party Payors get out of the Settlement? (Excluding a Third-Party Payor)**

Third-Party Payors that want to be excluded from the Settlement Class must submit a written request for exclusion to the Claims Administrator. Your request for exclusion must include: (1) the entity name, address, and IRS EIN; (2) the name and title of the entity representative; (3) the name of this case, *In re Aggrenox Antitrust Litigation*, Civil Action No. 3:14-md-2516; (4) a statement, signed by an authorized representative, that you are a member of the Settlement Class and wish to be excluded from the Settlement Class; (5) data sufficient to establish your entity's relevant Aggrenox and generic aspirin/extended-release dipyridamole purchases or payments, for the period November 30, 2009 through December 22, 2017, measured in number of prescriptions, number of pills, and dollars paid by you, and aggregated on a monthly basis for each of Aggrenox and generic aspirin/extended-release dipyridamole, and each Class State (those listed in Paragraph 7 above) in which relevant purchases or payments were made. Exclusion requests must be mailed to the Claims Administrator at the address below and postmarked no later than **MAY 11, 2018**.

Aggrenox Settlement
EXCLUSION
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI  53217

A separate exclusion request must be submitted by each Third-Party Payor electing to be excluded from the Settlement Class in the settlement with Defendants. Any Third-Party Payor included in the Settlement Class that does not submit a valid request for exclusion providing all necessary information will be bound by the terms of the settlement.

Any Third-Party Payor that wants to opt out the claims of others whom the Third-Party Payor represents (*e.g.*, welfare funds or employers for whom the Third-Party Payor acts as an Administrative Services Organization), must include for each such entity all of the information noted in subparagraphs 15 (1) through (5).  In addition, for each such entity the Third-Party Payor must provide a Declaration from an authorized representative of the entity, substantially in the form noted below and executed specifically in connection with this litigation, attesting to the Third-Party Payor's authority to opt the entity's claims out of the Class, and include the language in any written agreement that provides the Third-Party Payor with such authority. The Third-Party Payor must mail this information to the Claims Administrator at the address below and postmarked no later than **MAY 11, 2018**.

Date
Declarant Entity Name
Declarant Entity Address
Declarant Entity Telephone Number
Declarant Entity EIN:

Dear Notice Administrator:
I am [Name and Title of Officer or Employee of Declarant Entity Requesting Exclusion]. [Declarant Entity] has authorized [Third-Party Payor] to request exclusion from the Indirect Purchaser Class on [Declarant Entity's] behalf in the case *In re Aggrenox Antitrust Litigation*, 3:14-md-02516-(SRU). [Declarant Entity] hereby acknowledges that, as a result of this authorization and opting out, [Declarant Entity] will not receive any proceeds of the of the Indirect Purchaser Class case.

I do so declare under penalty of perjury.

_____     _____
Name of Officer or Employee                     Date Signed
Title of Officer or Employee

**FAILURE TO INCLUDE ALL OF THIS INFORMATION IN YOUR REQUEST FOR EXCLUSION WILL RESULT IN YOUR REQUEST NOT BEING VALID AND YOU WILL CONTINUE TO BE A MEMBER OF THE SETTLEMENT CLASS.**

**16.     What is the legal significance of excluding myself?**

If you exclude yourself, you will not be legally bound by the Settlement or orders entered by the Court. You may be able to sue the Defendants in the future.

**17.     If I don't exclude myself, can I sue later?**

No. Unless you exclude yourself, you give up the right to sue the Defendants relating to your purchases of Aggrenox® and/or its generic versions. That is called "releasing" your claims and potential claims relating to your purchases of Aggrenox® and/or generic Aggrenox from the Defendants. The full text of the release is included in the Settlement Agreement at Paragraph 14.  If you have your own pending lawsuit, speak to your lawyer in that case immediately, because you must exclude yourself from this Class to continue your own lawsuit against Defendants. You must exclude yourself from the Settlement Class to be able to bring your own, separate lawsuit(s) against the Defendants. Remember, the exclusion deadline is **MAY 11, 2018**.

**18.     What's the difference between objecting and excluding myself from the Settlement?**

Objecting is telling the Court that you do not like something about the request for attorneys' fees and reimbursement of expenses, request for incentive payments to the Class Representatives, or the Settlement. You can object only if you stay in Settlement Class. In contrast, excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself from the Settlement Class, you have no basis to object to the Settlement because the action no longer affects you.

| IF YOU DO NOTHING |
|---|

**19.     What happens if I do nothing at all?**

If you do nothing, and the Court approves the Settlement, you will be bound by its terms and you will participate in the Settlement. Unless you exclude yourself, you will not be able to file a lawsuit or be part of any other lawsuit asserting claims against the Defendants concerning or relating to the claims and factual allegations that were or could have been raised in this action. The complete Settlement Agreement is available at

www.InReAggrenoxAntitrustLitigation.com and the released claims are fully described at Paragraph 14 of the Settlement Agreement.

## THE LAWYERS REPRESENTING YOU

**20.    As a member of the Settlement Class, do I have a lawyer representing my interests in this Class Action and the Settlements?**

Yes. The Court has appointed lawyers to represent you and other members of the Class. These lawyers are called Class Counsel. You will not be charged individually for these lawyers. They will ask the Court to approve an award for attorneys' fees and expenses in connection with the Aggrenox Antitrust Litigation. The following lawyers represent the Class:

<u>COUNSEL FOR THE CLASS</u>

Renae Steiner
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
612-338-4605

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910,
Chicago, IL 60603
312-332-3400

Steve Shadowen
**HILLIARD & SHADOWEN LLP**
2407 S. Congress Ave., Ste. E 122
Austin, TX  78704
855-344-3298

**21.    How will the lawyers representing the Class be compensated? Will the named Plaintiffs receive an incentive award?**

If the Court gives Final Approval to the Settlement, then the Court will be asked to approve a fee to the lawyers representing the Class of up to thirty-three and one-third percent (33⅓%) of the Settlement Fund (including earnings and accrued interest) plus reimbursement to the lawyers for the costs and expenses they have paid. If you decide not to exclude yourself from the Class, you will not have to pay these fees, costs and expenses out of your own pocket. If the Court grants Class Counsel's requests, these amounts would be deducted from the Settlement Fund. Class Counsel also will apply for incentive awards of $10,000.00 to each of the Class Representatives for their services to the Settlement Class.

**22.    Should I get my own lawyer?**

You do not need to hire your own lawyer, but if you hire a lawyer to speak for you or appear in Court, your lawyer must file a Notice of Appearance. If you hire your own lawyer, you will have to pay for that lawyer on your own.

## THE COURT'S FINAL APPROVAL HEARING

**23.  When and where will the Court determine whether to approve the Settlement?**

The Final Approval Hearing will be on July 19, 2018, at 1:00 p.m. Eastern time before Judge Stefan R. Underhill in Courtroom 1 at the United States District Court for the District of Connecticut, Brien McMahon Federal Building, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. At this Hearing, the Court will consider whether the proposed Settlement and all of its terms are fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who have asked for permission to speak at the Hearing (see Question 12). At or after the Final Approval Hearing, the Court will decide whether to finally approve the proposed Settlement. There may be appeals after that. We do not know how long these decisions will take.

The time and date of the Final Approval Hearing is subject to change without further notice as provided by this Notice.  Please visit **www.InReAggrenoxAntitrustLitigation.com** for updates.

**24.  Do I have to attend the Final Approval Hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. So long as you file your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but that is not required.

**25.  May I speak at the Final Approval Hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include a Notice of Intent to Appear at the Final Approval Hearing with your objection (see Question 12). You must provide copies of any documents you intend to rely upon, including the names and addresses of any witnesses who will appear at the Final Approval Hearing, and the name of any counsel representing you as an objector. Ultimately, the Court will decide who will be allowed to speak at the Final Approval Hearing.  You cannot speak at the hearing if you excluded yourself as a Class Member or if you do not send a notice of intention to appear.

## GETTING MORE INFORMATION

**26.  Where do I get more information?**

This Notice contains a summary of relevant court papers. Complete copies of public pleadings, Court rulings, and other filings are available for review and copying at the Clerk's office. The address is Brien McMahon Federal Building, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Judge Stefan R. Underhill for the United States District Court for the District of Connecticut is overseeing the Class Action. You can also review relevant Decisions and Orders online at **www.InReAggrenoxAntitrustLitigation.com.** Additional information about the Class Action and proposed Settlement is available on the case website at **www.InReAggrenoxAntitrustLitigation.com** or you can call the Settlement Administrator toll-free at 1-800-494-2165. *Please do not contact the Court or Judge Underhill.*

**For more information, call the Settlement Administrator at 1-800-494-2165, or go to www.InReAggrenoxAntitrustLitigation.com.**

DATED: March 7, 2018                         BY ORDER OF THE UNITED STATES DISTRICT COURT
                                             DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut

| In re Aggrenox Antitrust Litigation | Case No. 3:14-md-02516 |

## INSTRUCTIONS FOR SUBMITTING YOUR PROOF OF CLAIM

If you are a member of the Settlement Class, you may file a claim for a share of the Settlement Fund.  You must complete this claim form and mail to the Aggrenox Settlement Administrator at the address provided below or submit your claim online at **www.InReAggrenoxAntitrustLitigation.com** **no later than September 14, 2018**.

To complete this form:

1. You must accurately complete all required portions of the attached Proof of Claim form.

2. Complete *Section A* of the attached Claim Form.

3. Answer the questions in *Section B* to determine your eligibility.  To be eligible, you must have either paid all or a portion of the price of Aggrenox[®] in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin from November 30, 2009 through December 22, 2017, inclusive.

4. Provide the number of prescriptions and the total amount of your purchases of Aggrenox[®] in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 and after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin from November 30, 2009 through December 22, 2017, inclusive in *Section C*.

5. Review and sign the Proof of Claim form in *Section E*, which includes the Certification that the information you provide is true and correct to the best of your knowledge. If you submit the form electronically, your electronic signature and submission of the form will have the same force and effect as if you signed the form on paper.

6. By signing and submitting the Proof of Claim form, you are swearing under penalty of perjury that you paid or reimbursed for Aggrenox[®] brand prescriptions dipyridamole in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 and after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin from November 30, 2009 through December 22, 2017, inclusive, and that you did not resell the Aggrenox[®].

7. You have two options for completing a Proof of Claim form:

    i.   You can mail the completed and **signed** Proof of Claim form and Certification by First-Class U.S. Mail, postage prepaid, postmarked no later than September 14, 2018, to:

    Aggrenox Settlement
    c/o A.B. Data, Ltd.
    P.O. Box 173046
    Milwaukee, WI 53217

    OR

    ii.  You can complete and submit the Proof of Claim form and Certification using the Settlement Administrator's Settlement Website, **www.InReAggrenoxAntitrustLitigation.com**. Upon completion of the online Proof of Claim form, you will receive an acknowledgement that your claim has been submitted. If you choose this option and file a claim electronically, your electronic signature and submission of the form will conform to the requirements of the Electronic Signatures Act, 15 U.S.C. § 7001, et seq., and will have the same force and effect as if you signed the Proof of Claim form in hard copy.

8. Your failure to complete and submit the Proof of Claim form postmarked or filed online by **September 14, 2018**, will prevent you from receiving any payment from this Settlement. Submission of this Proof of Claim form does not ensure that you will share in the payments related to the Settlement. If the Settlement Administrator disputes a material fact concerning your Claim, you will have the right to present information in a dispute resolution process. For more information on this process, visit **www.InReAggrenoxAntitrustLitigation.com**.

<table>
<tr><td><strong>MUST BE POSTMARKED<br>ON OR BEFORE</strong><br>September 14, 2018</td><td><em>In re Aggrenox Antitrust Litigation</em><br>Case No. 3:14-md-02516 (D. Conn.)</td><td><strong>FOR OFFICIAL USE ONLY</strong></td></tr>
</table>

## CONSUMER PROOF OF CLAIM

### <u>YOUR CLAIM MUST BE POSTMARKED ON OR BEFORE SEPTEMBER 14, 2018</u>

**Mail your claim to:**          Aggrenox Settlement
c/o A.B. Data, Ltd
P.O. Box 173046
Milwaukee, WI  53217

OR

Submit the Proof of Claim form using the Settlement Administrator's Website, www.InReAggrenoxAntitrustLitigation.com

### Section A: Claimant Identification

Claimant's Name

Agent/Legal Representative

Street Address

City                                                                                                State                          Zip Code

Daytime Telephone Number                                              E-Mail Address*

*By providing your e-mail address, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.

### Section B: Should I File a Claim Form?

You must meet the following definition to be eligible for cash from the Proposed Settlement:

All persons or entities in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, who, in one of the listed states, indirectly purchased, paid and/or provided reimbursement for some or all of the purchase price for branded or generic Aggrenox, for consumption by themselves, their families, or their members, employees, insureds, participants, or beneficiaries, other than for resale, from November 30, 2009 through December 22, 2017.

The following persons or entities are excluded from the proposed End-Payor Class Settlement: (a) Defendants and their counsel, officers, directors, management, employees, subsidiaries, or affiliates; (b) all federal or state governmental entities, *except* cities, towns, or municipalities with self-funded prescription drug plans; (c) all persons or entities who purchased Aggrenox for purposes of resale or who purchased directly from the Defendant or their affiliates; (d) fully-insured health plans (plans that purchased insurance from another third-party payor covering 100% of the plan's reimbursement obligations to its members); (e) Pharmacy Benefits Managers; (f) Humana Inc. and its subsidiaries as listed in paragraph 4 of Humana's Second Amended Complaint dated April 13, 2015

(Doc. No. 239); (f) Louisiana Health Service Indemnity Company d/b/a BlueCross/BlueShield of Louisiana ("BCBSLA") as defined in paragraph 17 of BCBSLA's Amended Complaint dated August 12, 2015 (Doc. No. 6, No. 3:15-cv-00964); (g) flat co-payers (consumers who paid the same co-payment amount for brand and generic drugs); (h) co-payers (consumers) who did not purchase branded Aggrenox before July 1, 2015 **and** who have a flat generic co-pay, *i.e.*, a fixed dollar copayment (*e.g.*, $10 for generic drugs) regardless of the co-payment applicable to branded drugs; (i) all persons who purchased or received branded or generic Aggrenox through a Medicaid program only; (j) the judges in this case and any members of their immediate families; (k); Purchasers for all purchases of Aggrenox in the State of Rhode Island prior to July 15, 2013; and (l) Purchasers for all purchases of Aggrenox in the State of Oregon before 2010.

☐ By checking this box, I confirm that I have read the definition of the class and I am not excluded from participating in the Proposed Settlement.

## Section C: Purchase Information

Provide the number of prescriptions that you purchased AND total amount of the Class Member's out-of-pocket expenditures for purchases or reimbursement of Aggrenox® or generic versions of Aggrenox® in **Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin, or Puerto Rico** from November 30, 2009 through December 22, 2017, inclusive.

Only include purchases in the states listed above from November 30, 2009 through December 22, 2017.

Do <u>NOT</u> include purchases in Oregon prior to 2010 or in Rhode Island prior to July 15, 2013.

| AGGRENOX® PRESCRIPTIONS | NUMBER OF PRESCRIPTIONS |
|---|---|
| Provide the number of prescription from November 30, 2009 through July 14, 2015 for which you purchased Aggrenox® and from July 15, 2015 thru December 22, 2017 for which you purchased generic versions of Aggrenox® **Only include your generic purchases if you had a percentage co-insurance plan (for example, 20% of prescriptions) OR if you did not use prescription drug insurance for the purchase.** | |

| AGGRENOX® PRESCRIPTIONS | TOTAL AMOUNT PAID |
|---|---|
| Purchases or Reimbursements  from November 30, 2009 through  July 14, 2015  for brand Aggrenox.  Also include your payments for generic Aggrenox from July 15, 2015 thru December 22, 2017, inclusive **if you had percentage co-insurance or if you paid the total cost of the generic** | $ |

## Section D: Note Regarding Documentation

<u>You do not need to provide any documentation at this time</u>.  However, the Claims Administrator may ask for additional proof of payment.  Any one of the following is acceptable as claim documentation for Aggrenox® brand or generic versions of Aggrenox® prescriptions purchased or reimbursed between November 30, 2009 and December 22, 2017, inclusive:

1) Itemized receipts, cancelled checks, or credit card statements that show a payment for Aggrenox® or generic versions of Aggrenox®; or
2) An EOB (explanation of benefits) from your insurer that shows you paid for Aggrenox® or generic versions of Aggrenox®; or
3) Records from your pharmacy showing that you paid for Aggrenox® or generic versions of Aggrenox®.

## Section E: Certification

I have read and am familiar with the contents of the Instructions accompanying this Claim Form. I certify that the information I have set forth in the above Proof of Claim and in any documents attached by me are true, correct and complete to the best of my knowledge. I certify that I or the Class Member I represent paid the total amount set forth above in out-of-pocket expenditures for purchases or reimbursements of Aggrenox® brand or generic versions of Aggrenox® prescriptions in **Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin, or Puerto Rico** from November 30, 2009 through December 22, 2017, inclusive. I further certify that I or the Class Member I represent did not opt out of the certified Class in this Action. Nor did I or the represented Class Member purchase such Aggrenox® or generic versions of Aggrenox® for purposes of resale. In addition, I have not (or the represented Class Member has not) served as counsel, officer, director, agent, or employee of Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Limited ("Teva"), Barr Pharmaceuticals Inc., Barr Laboratories, Inc. ("Barr"), Duramed Pharmaceuticals Inc., Duramed Pharmaceuticals Sales Corp. ("Duramed"), Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), (together, the "Defendants"), or a corporate parent, subsidiary, affiliate, or other related entity thereof; or served as a judge or justice assigned to hear any aspect of this lawsuit.

To the extent I have been given authority to submit this Proof of Claim by a Class Member on its behalf, and accordingly am submitting this Proof of Claim in the capacity of an Authorized Agent with authority to submit it by the Class Member identified on a separate sheet of paper submitted with this form, and to the extent I have been authorized to receive on behalf of this Class Member(s) any and all amounts that may be allocated to it from the Settlement Fund, I certify that such authority has been properly vested in me and that I will fulfill all duties I may owe the Class Member. In the event amounts from the Settlement Fund are distributed to me and a Class Member later claims that I did not have the authority to claim and/or receive such amounts on its behalf, I and/or my employer will hold the Class, counsel for the Class, and the Settlement Administrator harmless with respect to any claims made by the Class Member.

I hereby submit to the jurisdiction of the United States District Court for the District of Connecticut for all purposes connected with this Proof of Claim, including resolution of disputes relating to this Proof of Claim. I acknowledge that any false information or representations contained herein may subject me to sanctions, including the possibility of criminal prosecution. I agree to supplement this Proof of Claim by furnishing documentary backup for the information provided herein, upon request of the Settlement Administrator.

**I certify that the above information supplied by the undersigned is true and correct to the best of my knowledge and that this Proof of Claim form was executed this _____ day of _____, 2018.**

Signature

Print or Type Name

Mail the completed Claim Form postmarked on or before **September 14, 2018**, along with proof of payment, if required, to the following address:

Aggrenox Settlement

c/o A.B. Data, Ltd.

P.O. Box 173046

Milwaukee, WI 53217

Toll-Free Telephone: 1-800-494-2165          Website: www.InReAggrenoxAntitrustLitigation.com

**REMINDER CHECKLIST:**

1. Please complete and sign the above Proof of Claim form. Attach or upload any documentation supporting your claim.

2. Keep a copy of your Proof of Claim form and supporting documentation for your records.

3. If you would also like acknowledgement of receipt of your Proof of Claim form, please complete the form online or mail this form via Certified Mail, Return Receipt Requested.

4. If you move and/or your name changes, please send your new address and/or your new name or contact information to the Settlement Administrator via the Settlement Website or U.S. Mail (the addresses are listed above).

United States District Court
District of Connecticut

| | |
|---|---|
| *In re Aggrenox Antitrust Litigation* | *Case No. 3:14-md-02516* |

<u>INSTRUCTIONS FOR SUBMITTING YOUR THIRD-PARTY PAYOR PROOF OF CLAIM</u>

The information you provide will be kept confidential and will be used only for administering this Settlement. A Protective Order has been entered by the Court which can be downloaded from the Settlement website, www.InReAggrenoxAntitrustLitigation.com. If you have any questions, please call the Settlement Administrator at **1-800-494-2165**.

A TPP Class Member or an authorized agent can complete this Claim Form. If both a Class Member and its authorized agent submit a Claim Form, the Claims Administrator will only consider the Class Member's Claim Form. The Claims Administrator may request supporting documentation. The claim may be rejected if any requested documentation is not provided in a timely manner.

If you are a **Class Member** submitting a Claim Form on your own behalf, you must provide the information requested in "**Part 1, Section A – COMPANY OR HEALTH PLAN CLASS MEMBER ONLY**," in addition to the other information requested by this Claim Form.
If you are an **authorized agent** of one or more Class Members, you must provide the information requested in "**Part 1, Section B – AUTHORIZED AGENT ONLY**," in addition to the other information requested by this Claim Form.

You may submit a separate Claim Form for each Class Member, OR you may submit one Claim Form for all such Class Members as long as you provide the information required for each Class Member on whose behalf you are submitting the form.

If you are submitting Claim Forms both on your own behalf as a Class Member AND as an authorized agent on behalf of one or more Class Members, you should submit one Claim Form for yourself, completing Section A and another Claim Form or Forms as an authorized agent for the other Class Member(s), completing Section B. **Do not submit a Claim Form on behalf of any Class Member unless that Class Member provided prior authorization to submit the Claim Form.**

In order to qualify to receive a payment from this Settlement, you must complete and submit this Proof of Claim form either on paper or electronically on the Settlement Website, and you may need to provide certain requested documentation to substantiate your Claim.

Your failure to complete and submit the Proof of Claim form postmarked or filed online by **September 14, 2018**, will prevent you from receiving any payment from this Settlement. Submission of this Proof of Claim form does not ensure that you will share in the payments related to the Settlement. If the Settlement Administrator disputes a material fact concerning your Claim, you will have the right to present information in a dispute resolution process. For more information on this process, visit www.InReAggrenoxAntitrustLitigation.com.

<u>CLAIM DOCUMENTATION REQUIREMENTS</u>

You must provide all the information requested in "Part II: Amount Claimed."  You must submit claims data and information in support of the purchase amounts stated above if your total net claim amount is more than $300,000.  Your claimed purchase amounts of Aggrenox® must be net of co-pays, deductibles, and co-insurance.

It is mandatory that you provide the data for all categories listed below.  <u>Affidavits that do not include the information listed below will not be accepted.</u>

     a)   Unique patient identification number or code.

     b)   NDC Number (a list of NDC Numbers is included with this Proof of Claim form) – e.g., 00000-0000-00

c)   Fill Date or Date of Service – e.g., 01/01/2007

d)   Location (State) of Service – e.g., CA

e)   Amount Billed (not including dispensing fee) – e.g., $40.00

f)   Amount Paid by TPP net of co-pays, deductibles, and co-insurance – e.g., $20.00

If you are submitting a Proof of Claim form on behalf of multiple Class Members, also provide the following information for each prescription:

g)   Plan or Group Name.

h)   Plan or Group FEIN – provide group number for each transaction.


Information submitted will be covered by the Protective Order entered by the Court.  For your convenience, an exemplar spreadsheet containing these categories is attached at the end of this Proof of Claim form. In addition, an Excel spreadsheet can be downloaded from the Settlement Website, www.InReAggrenoxAntitrustLitigation.com. Please use this format if possible. A list of the NDCs that will be considered by the Settlement Administrator is provided following the exemplar spreadsheet.

If possible, please provide the electronic data in either Microsoft Excel format of ASCII flat file pipe "|" or tab-delimited or fixed-width format.

Please contact the Settlement Administrator at **1-800-494-2165** with any questions about the required claims data.

<table>
<tr><td>

**MUST BE POSTMARKED ON OR BEFORE**
**September 14, 2018**

</td><td>

*In re Aggrenox Antitrust Litigation*
Case No. 3:14-md-02516 (D. Conn.)

</td><td>

**FOR OFFICIAL USE ONLY**



</td></tr>
</table>

## THIRD-PARTY PAYOR PROOF OF CLAIM AND RELEASE

Use Blue or Black Ink Only

> ***ATTENTION: THIS FORM IS ONLY TO BE FILLED OUT ON BEHALF OF A THIRD-PARTY PAYOR NOT INDIVIDUAL CONSUMERS***

## PART I – CLAIMANT IDENTIFICATION

| SECTION A | | SECTION B |
|---|---|---|
| ONLY IF YOU ARE FILING AS A CLASS MEMBER FOR YOUR COMPANY'S HEALTH PLAN | **OR** | ONLY IF YOU ARE AN AUTHORIZED AGENT FILING ON BEHALF OF ONE OR MORE CLASS MEMBERS |

**Section A: Company or Health Plan Class Member Only**

Company or Health Plan Name

Contact Name

Address 1

Address 2                                                                 Floor/Suite

City                                          State                    Zip Code

Area Code - Telephone Number               Tax Identification Number

Email Address

List other names by which your company or health plan has been known or other Federal Employer Identification Numbers ("FEINs") it has used since November 30, 2009.

☐ Health Insurance Company/HMO     ☐ Self-Insured Employee Health Plan     ☐ Self-Insured Health & Welfare Fund

☐ Other (Explain)

**Section B: Authorized Agent Only**

\*\* As an Authorized Agent, please check how your relationship with the Class Member(s) is best described:

☐ Third-Party Administrator

☐ Pharmacy Benefits Manager

☐ Other (Explain): _____

Authorized Agent's Company Name
_____

Contact Name
_____

Address                                                          Floor/Suite
_____        _____

City                              State              Zip Code
_____        _____        _____

Area Code - Telephone Number              Authorized Agent's Tax Identification Number
_____        _____

Email Address
_____

Please list the name and FEIN of every Class Member (i.e., Company or Health Plan) for whom you have been duly authorized to submit this Claim Form (attach additional sheets to this Proof of Claim as necessary). Alternatively, you may submit the requested list of Class Member names and FEINs in an electronic format, such as Excel or a tab-delimited text file saved on a disk. Please contact the Claims Administrator to determine what formats are acceptable.

| CLASS MEMBER'S NAME | CLASS MEMBER'S FEIN |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## PART II – AMOUNT CLAIMED

Please type or print in the box below, the total amount paid or reimbursed for brand and generic Aggrenox® net of co-pays, deductibles, and co-insurance in the Commonwealth of Puerto Rico, Arizona, California, Colorado, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon (2010 or after), Rhode Island (after July 15, 2013), South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, other than for resale, from November 30, 2009 through December 22, 2017.

Note that this Settlement excludes all federal and state governmental entities, but includes cities, towns, or municipalities with self-funded prescription drug plans.

| AGGRENOX® PRESCRIPTIONS | TOTAL AMOUNT PAID |
|---|---|
| Purchases or Reimbursements from November 30, 2009 thru July 14, 2015 of brand Aggrenox and from July 15, 2015 thru December 22, 2017, inclusive of generic Aggrenox. | $ |

You <u>must</u> submit claims data and information in support of the purchase amounts stated above if your total net claim amount is more than $300,000.  Instructions on how to do so are found in the Claims Documentation Instructions on Page 1.  If your total net claim is $300,000 or less, you need not provide complete claims data with this Claim Form, but the Settlement Administrator may require supporting documentation.

## PART III – CERTIFICATION

I (We) have read and am (are) familiar with the contents of the Instructions accompanying this Claim Form. I (We) certify that the information I (we) have set forth in the above Proof of Claim and in any documents attached by me (us) are true, correct and complete to the best of my (our) knowledge. I (We) certify that I (we) of the Class Member(s) I (we) represent paid the total amount set forth above in out-of-pocket expenditures for purchases or reimbursements of brand or generic Aggrenox® prescriptions (aspirin/extended-release dipyridamole) the United States and its territories and possessions including Puerto Rico from November 30, 2009 through December 22, 2018, inclusive. I (We) further certify that I (we) or the Class Member(s) I (we) represent did not opt out of the certified Class in these Actions. Nor did I (we) or the represented Class Member(s) purchase such Aggrenox® for purposes of resale. In addition, I (we) have not (or the represented Class Member(s) has not) served as counsel, officer, director, agent, or employee of Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Limited ("Teva"), Barr Pharmaceuticals Inc., Barr Laboratories, Inc. ("Barr"), Duramed Pharmaceuticals Inc., Duramed Pharmaceuticals Sales Corp. ("Duramed"), Boehringer Ingelheim Pharma GmbH & Co. KG, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), (together, the "Defendants"), or a corporate parent, subsidiary, affiliate, or other related entity thereof; or served as a judge or justice assigned to hear any aspect of this lawsuit.

To the extent I (we) have been given authority to submit this Proof of Claim by a Class Member(s) on its behalf, and accordingly am submitting this Proof of Claim in the capacity of an Authorized Agent with authority to submit it by the Class Member(s) identified on a separate sheet of paper submitted with this form, and to the extent I (we) have been authorized to receive payment on behalf of this Class Member(s). In the event amounts from the Settlement Fund are distributed to me (us) and a Class Member(s) later claims that I (we) did not have authority to claim and/or receive such amounts on its behalf, I (we) and/or my (our) employer will hold the Class, counsel for the Class, and the Settlement Administrator harmless with respect to any claims made by the Class Member(s).

I (We) hereby submit to the jurisdiction of the **United States District Court for the District of Connecticut** for all purposes connected with the Proof of Claim, including resolution of disputes relating to this Proof of Claim. I(we) acknowledge that any false information or representations contained herein may subject me (us) to sanctions, including the possibility of criminal prosecution. I (we) agree to supplement this Proof of Claim by furnishing documentary backup for the information provided herein, upon request of the Settlement Administrator.

**I certify that the above information supplied by the undersigned is true and correct to the best of my knowledge and that this Proof of Claim form was executed this _____ day of _____, 2018.**

Signature

| |
|---|

Position/Title

| |
|---|

Print Name

| |
|---|

Date

| |
|---|

Mail the completed Claim Form, along with any supporting documentation as described in Claim Documentation Instructions on page 2 above, postmarked on or before **September 14, 2018** to:

Aggrenox Settlement
c/o A.B. Data, Ltd.
P.O. Box 173046
Milwaukee, WI 53217

Toll-Free Telephone: 1-800-494-2165          Website: **www.InReAggrenoxAntitrustLitigation.com**

**REMINDER CHECKLIST:**

1. Please complete and sign the above Proof of Claim form. Attach or upload any documentation supporting your claim.
2. Keep a copy of your Proof of Claim form and supporting documentation for your records.
3. If you would also like acknowledgement of receipt of your Proof of Claim form, please complete the form online or mail this form via Certified Mail, Return Receipt Requested.
4. If you move and/or your name changes, please send your new address and/or your new name or contact information to the Settlement Administrator via the Settlement Website or U.S. Mail (the addresses are listed above).

**In re Aggrenox Antitrust Litigation**

*Payments for Aggrenox from November 30, 2009 through December 22, 2017 and generic Aggrenox from July 15, 2015 through December 22, 2017 prescription in AZ, CA, CO, DC, FL, HI, IL, IA, KS, ME, MA, MI, MN, MS, MO, NE, NV, NH, NM, NY, NC, ND, OR, RI, SD, TN, UT, VT, WV, WI, AND PR*

*Do NOT include purchases in Oregon prior to 2010 or in Rhode Island prior to July 15, 2013.*

| | Aggrenox | | | Generic Aggrenox | | | |
|---|---|---|---|---|---|---|---|
| | *0597-0001-60* | | | *0054-0575-21* | | | |
| | *21695-656-60* | | | *0093-3040-06* | | | |
| | *54868-5143-0* | | | *0115-1711-13* | | | |
| | *68151-3971-6* | | | *65162-0596-06* | | | |
| Unique Patient ID | NDC Number | Fill Date or Date of Service | State of Service or Location of Service | Amount Billed *(not including dispensing fee)* | Amount Paid by TPP *(net of co-pays, deductibles, and co-insurance)* | Plan or Group Name *(Required if you are submitting a Claim Form on behalf of multiple Class Members)* | Plan or Group FEIN *(Required if you are submitting a Claim Form on behalf of multiple Class Members)* |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |