## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE AGGRENOX ANTITRUST LITIGATION | Docket No. 3:14 MD 2516 (SRU) |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR CLASS ACTIONS | |

### ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUND, APPROVING PAYMENT OF CLAIMS ADMINISTRATOR, APPROVING LATE-FILED CLAIMS, AND AWARD OF ATTORNEYS' FEES FROM SET ASIDE FUND

Pursuant to this Court's Order Granting Final Judgment and Order of Dismissal Approving Indirect Purchaser Settlement And Dismissing Indirect Purchaser Class Claims Against Boehringer And Teva [Doc. No 821] and specifically ¶ 19 which provides: "The Court retains exclusive jurisdiction over the Settlement and Settlement Agreement as described therein, including the administration and consummation of the Settlement, and over this Final Order and Judgment",  and after review and consideration of Class Counsel's motion for approval of the proposed distribution of the settlement fund, approval of the charges by A.B. Data, Ltd., approval of late-filed claims, the Declaration of Eric J. Miller of A.B. Data, Ltd., the approved Claims Administrator, and of the motion of Class Counsel for an award of attorneys' fees from the Set Aside Fund;

IT IS HEREBY ORDERED:

1. The proposed distribution of the settlement fund to eligible members of the class is approved.

2. The charges of A.B. Data, Ltd. in the sum of $215,777.60, are approved and shall be paid from the settlement fund;

3. The late filed claims reflected on Exhibits E and K to the Declaration of Eric J. Miller are approved to be eligible and shall be included for purposes of participation in the distribution of the settlement fund;

4. Class Counsel's request for an award of attorneys' fees to be paid from the Set Aside escrow fund is granted and $535,000 shall be paid upon entry of this Order.

Dated: January 6, 2020
      Bridgeport, CT

**SO ORDERED:**

**/s/ STEFAN R. UNDERHILL**
Stefan R. Underhill
United States District Judge